## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

10X GENOMICS, INC. and PRESIDENT
AND FELLOWS OF HARVARD
COLLEGE,

       Plaintiffs,

       v.

NANOSTRING TECHNOLOGIES, INC.,

       Defendant.

NANOSTRING TECHNOLOGIES, INC.,

       Counterclaim-Plaintiff,

       v.

10X GENOMICS, INC.,

       Counterclaim-Defendant.

)))))))))))

C.A. No. 22-261 (MFK)

**JURY TRIAL DEMANDED**

## NANOSTRING TECHNOLOGIES, INC. FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFFS' FIRST AMENDED COMPLAINT

OF COUNSEL:

Edward R. Reines
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

FARNAN LLP
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*
*Nanostring Technologies, Inc.*

Date: July 29, 2022

Defendant NanoString Technologies, Inc. ("NanoString") hereby provides its Answer to the First Amended Complaint ("FAC") of 10x Genomics, Inc. ("10x") and President and Fellows of Harvard College ("Harvard") (collectively "Plaintiffs"), and amended Counterclaim as against 10x ("Counterclaim-Defendant") as set forth below.  Unless expressly admitted, NanoString denies each and every allegation in Plaintiffs' FAC.  To the extent the allegations in the FAC purport to characterize the nature or contents of the Exhibits to the FAC, NanoString lacks sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis denies them.  Additionally, to the extent that the headings or any other non-numbered statements in the FAC contain any allegations, NanoString denies each and every such allegation.

## NATURE OF THE ACTION

1.      NanoString admits that the FAC purports to state a claim for patent infringement of United States Patent Nos. 10,227,639 ("the 639 Patent), 11,021,737 ("the 737 Patent"), 11,293,051 ("the 051 Patent"), 11,293,052 ("the 052 Patent"), and 11,293,054 ("the 054 Patent") (collectively, the "Asserted Patents") arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. § 271.  Except as so admitted, NanoString denies any remaining allegations in paragraph 1.

## THE PARTIES

2.      Admitted.

3.      Denied.

4.      NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 4 and on that basis denies them.

5.      NanoString admits that it is a Delaware Corporation with its principal place of business is located in Seattle, WA. Except as so admitted, NanoString denies any remaining allegations in paragraph 5.

6.      Denied.

## JURISDICTION AND VENUE

7.      NanoString incorporates by reference and restates its responses to paragraphs 1-6 of the FAC as though fully set forth herein.

8.      NanoString admits that the FAC purports to state a claim for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, et seq., including in particular 35 U.S.C. §§ 271. NanoString further admits that this Court has subject matter jurisdiction over causes of action for alleged patent infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.      NanoString admits that it is an entity organized under the laws of Delaware and that venue is proper in this District. Except as so admitted, NanoString denies any remaining allegations of paragraph 9.

**A.      Response to Allegations Regarding 10x's Products**

10.     Denied.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

**B.      Response To Allegations Regarding 10x and *In Situ* Technologies**

15.     Paragraph 15 of the FAC includes allegations that are vague, ambiguous, and incomplete, and on that basis NanoString denies the allegations of paragraph 15.

16.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 16 and on that basis denies them.

17.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 17 and on that basis denies them.

### C.     Response to Allegations Regarding NanoString's Products

18.     NanoString admits that it announced the launch of its Technology Access Program for the Spatial Molecular Imager Platform in March 2021.  NanoString further admits that it issued a press release referencing the new CosMx Spatial Molecular Imager in November 2021. NanoString admits that Paragraph 18 accurately quotes a portion of NanoString's website. Paragraph 18 of the FAC further includes allegations that purport to characterize technical aspects of NanoString's products in a manner that is vague, ambiguous, and incomplete, and on that basis NanoString denies the remaining allegations of paragraph 18.

19.     Denied.

20.     NanoString admits that it markets certain products under the trade name CosMx. Paragraph 20 of the FAC further includes allegations that purport to characterize technical aspects of NanoString's products in a manner that is vague, ambiguous, and incomplete, and on that basis NanoString denies the remaining allegations of paragraph 20.

### D.     Response to Allegations Regarding the Patents In Suit

21.     Denied.

22.     NanoString admits that, on its face, the 639 Patent states that it was issued on March 12, 2019 and that it lists the named inventors as Daniel Levner, Jehyuk Lee, George M. Church, and Michael Super.  Except as so admitted, NanoString denies any remaining allegations of paragraph 22.

23.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 23 and on that basis denies them.

24.     NanoString admits that, on its face, the 737 Patent states that it was issued on June 1, 2021 and that it lists the named inventors as Daniel Levner, Jehyuk Lee, George M. Church, and Michael Super.   Except as so admitted, NanoString denies any remaining allegations of paragraph 24.

25.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 25 and on that basis denies them.

26.     NanoString admits that, on its face, the 051 Patent states that it was issued on April 5, 2022, and that it lists the named inventors as Daniel Levner, Jehyuk Lee, George M. Church, and Michael Super.   Except as so admitted, NanoString denies any remaining allegations of paragraph 26.

27.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 27 and on that basis denies them.

28.     NanoString admits that, on its face, the 052 Patent states that it was issued on April 5, 2022, and that it lists the named inventors as Daniel Levner, Jehyuk Lee, George M. Church, and Michael Super.   Except as so admitted, NanoString denies any remaining allegations of paragraph 28.

29.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 29 and on that basis denies them.

30.     NanoString admits that, on its face, the 054 Patent states that it was issued on April 5, 2022, and that it lists the named inventors as Daniel Levner, Jehyuk Lee, George M. Church,

and Michael Super.   Except as so admitted, NanoString denies any remaining allegations of paragraph 30.

31.     NanoString lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 31 and on that basis denies them.

## COUNT I

32.     NanoString incorporates and restates by reference its responses to paragraphs 1-31 of the FAC as though fully set forth herein.

33.     Denied.

34.     Denied.

35.     Denied.

## COUNT II

36.     NanoString incorporates and restates by reference its responses to paragraphs 1-35 of the FAC as though fully set forth herein.

37.     Denied.

38.     Denied.

39.     Denied.

## COUNT III

40.     NanoString incorporates and restates by reference its responses to paragraphs 1-39 of the FAC as though fully set forth herein.

41.     Denied.

42.     Denied.

43.     Denied.

## COUNT IV

44.     NanoString incorporates and restates by reference its responses to paragraphs 1-43 of the FAC as though fully set forth herein.

45.     Denied.

46.     Denied.

47.     Denied.

## COUNT V

48.     NanoString incorporates and restates by reference its responses to paragraphs 1-47 of the FAC as though fully set forth herein.

49.     Denied.

50.     Denied.

51.     Denied.

## PRAYER FOR RELIEF

NanoString denies that Plaintiffs are entitled to any relief whatsoever, including the relief stated in paragraphs A through F, from either NanoString or the Court.  Plaintiffs' prayer for relief should be denied in its entirety.

## AFFIRMATIVE DEFENSES

NanoString hereby sets forth defenses to the FAC in order to place Plaintiffs on notice regarding applicable defenses.  By listing any matter as a defense herein, NanoString does not assume the burden of proving any matter upon which Plaintiffs, or any other party, bears the burden of proof under applicable law.

## FIRST DEFENSE – NON-INFRINGEMENT

NanoString has not infringed, and is not infringing directly, indirectly, contributorily, by inducement, or in any other manner any valid and enforceable claim of the Asserted Patents, either literally or under the doctrine of equivalents.

## SECOND DEFENSE – INVALIDITY

The asserted claims of the Asserted Patents are invalid for failing to comply with one or more of the requirements for patentability under, including, but not limited to 35 U.S.C. §§ 101, 102, 103, 112 et seq., and the rules, regulations, and laws pertaining to those provisions, including the applicable provisions of Title 37 of the Code of Federal Regulations.

## THIRD DEFENSE – 35 U.S.C. § 287

Plaintiffs' patent infringement claims and Prayer for Relief are limited by 35 U.S.C. § 287.

## FOURTH DEFENSE – ADEQUATE REMEDY AT LAW

Plaintiffs have an adequate remedy at law and the alleged injury to Plaintiffs is not immediate or irreparable.  Accordingly, Plaintiffs are not entitled to injunctive relief even if it were able to establish liability.

## FIFTH DEFENSE – NO EXCEPTIONAL CASE

NanoString has not engaged in any conduct that would make this an exceptional case or that would entitle Plaintiffs to an award of attorneys' fees.

## SIXTH DEFENSE – FAILURE TO STATE A CLAIM

Plaintiffs' FAC fails to state a claim upon which relief may be granted.

## <u>NANOSTRING'S AMENDED COUNTERCLAIMS AGAINST PLAINTIFFS</u>

In further response to Plaintiffs' FAC, Defendant and Counter-Plaintiff NanoString hereby asserts these Counterclaims against Plaintiff Harvard and Counter-Defendant 10x and alleges as follows.

## <u>NATURE OF THE ACTION</u>

1.      In response to Plaintiffs' allegations in the FAC, NanoString seeks a declaratory judgment that it has not infringed the Asserted Patents and that the Asserted Patents are invalid, arising under the Patent Laws of the United States 35 U.S.C. § 271 *et seq.* NanoString also seeks a finding of infringement of U.S. Patent No. 11,377,689 ("the '689 Patent") by Counter-Defendant 10x.

## <u>THE PARTIES</u>

2.      Plaintiff 10x is a Delaware corporation with its principal place of business at 6230 Stoneridge Mall Road, Pleasanton, CA 94588.

3.      Plaintiff Harvard is a Massachusetts educational institution according to its allegations in the FAC.

4.      NanoString is a Delaware corporation with its principal place of business at 530 Fairview Ave. N, Seattle, WA 98109.

## <u>JURISDICTION AND VENUE</u>

5.      These Counterclaims arise under the Patent Act, and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 & 1338, the Declaratory Judgement Act, 28 U.S.C. §§ 2201 & 2202, and the Patent Laws of the United States, 35 U.S.C. § 1, *et seq*

6.      The Court has personal jurisdiction over 10x and Harvard because 10x is a Delaware corporation and both 10x and Harvard have consented to jurisdiction in this District by filing their FAC in this action.

7.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) because 10x is a Delaware corporation and both 10x and Harvard have consented to this venue by filing their original complaint in this action.

## BACKGROUND

8.      NanoString is the pioneer in the field of spatial biology. As a respected, leading innovator of translational tools, NanoString has developed and brought to market breakthrough technologies that enable scientists across the globe to envision molecular interactions in three dimensions. NanoString's GeoMx Digital Spatial Profiler ("GeoMx DSP") product is the first of its kind – it uniquely combines high-plex and high-throughput spatial profiling, which allows researchers to rapidly and quantitatively assess the biological implications of heterogeneity within tissues.   Since its launch, GeoMx DSP has been amply described in prestigious scientific publications, and studies performed using GeoMx DSP have been widely presented at industry conferences.

9.      On July 5, 2022, the United States Patent and Trademark Office duly and legally issued the United States Patent No. 11,377,689 ("the '689 Patent"), entitled "Chemical Compositions and Uses Thereof".  The named inventors of the '689 Patent are Joseph Beechem, Dae Kim, Margaret Hoang, Mark Gregory, Erin Piazza, and Denise Zhou. By operation of law and as a result of written assignment agreements, Counterclaim-Plaintiff NanoString obtained the entire right, title, and interest to and in the '689 Patent. The '689 Patent is attached hereto.  Ex. 1.

10.      Since its issuance, NanoString has owned the '689 Patent.

11.      As its Abstract explains, the '689 Patent is directed to an improved and novel way of spatially detecting target analytes in regions of interest.  More specifically, the method claimed in the '689 Patent permits the simultaneous, multiplexed detection and quantification of protein

and/or nucleic acid expression in a user-defined region of a tissue, cell, and/or subcellular structure within a cell, while maintaining the morphological context of the sample.

12.     The claimed invention of the '689 Patent is an improvement over the prior art means of detecting target analytes in a sample.  Conventional immunohistochemical methods allow for simultaneous detection of six to ten protein targets at most.   Similarly, *in situ* hybridization methods are limited to less than ten nucleic acid targets.  '689 Patent at 16:30-32. While useful, these methods do not enable the simultaneous detection of a large number of genes, proteins, or other biologically active molecules in the same sample.  Laser microdissection is able to capture many genes, but it is limited to a small number of locations and very expensive.  The claimed invention of the '689 Patent uniquely addresses and solves these problems.  As such, the invention offers a spatial profiling method for RNA and/or protein in a tissue sample of much higher plex and sensitivity, providing researchers the ability to look at many biological targets at many locations in the same sample at the same time.  As the '689 Patent explains, the "present disclosure provides detection of large combinations of nucleic acid targets and/or protein targets from a defined region of a sample. The present disclosure provides an increase in objective measurements by digital quantification and increased reliability and consistency, thereby enabling comparison of results among multiple centers." *Id.* at 16:37-43.  Specifically, more than 1000 targets can be detected, and "[t]here is no pre-defined upper limit to the number of regions of interest and comparisons that can be made." *Id.* at 16:21-23; 40:61-64.  Furthermore, the invention is compatible with existing, readily available sequencing technologies, making it accessible to a large number of users; it also allows for an economical assay design, as inexpensive and widely-available synthetic DNA oligonucleotides can be used instead of more expensive probes.  *Id.* at Abstract; 37:50-55.

13.     On information and belief, 10x launched and began shipping its commercial spatial profiling products, Visium Spatial system ("Visium") and related products in November, 2019. *See*   https://www.globenewswire.com/news-release/2019/11/26/1952684/0/en/10x-Genomics-Begins-Shipments-of-Visium-Spatial-Gene-Expression-Solution.html.

14.     Visium and related products are all products, components, and services that are made, used, performed, offered to sell, sold, and/or imported in the United States by or on behalf of 10x in connection with 10x's Visium.  Visium and related products include, for example and without limitation, Visium CytAssist, Visium Spatial Gene Expression slides, Visium Spatial Gene Expression reagents, and analysis and visualization software, Space Ranger and Loupe Browser, and Certified Service Providers (CSP), that when used together allow researchers to "map the whole transcriptome within the tissue context" and "[c]ombine histological and gene expression data with easy-to-use software."    *See*  https://www.10xgenomics.com/products/spatial-gene-expression.

15.     Visium and related products provide spatial profiling for protein and/or RNA in a tissue sample.  10x offers benchtop instrument, slides, reagents, and software for protein and RNA analysis using workflows that are compatible with standard next generation sequencing (NGS) applications.  10x markets Visium as designed to "discover and reveal the spatial organization of cell types, states, and biomarkers."    *See*   https://pages.10xgenomics.com/rs/446-PBO-704/images/10x_LIT059_ProductSheet_VisiumSpatialGeneExpression_Letter_digital.pdf. Furthermore, 10x states that Visium is able to "[s]patially profile RNA expression for over 18,000 genes in human and mouse FFPE samples with high resolution across entire tissue sections,"  *see*  https://pages.10xgenomics.com/rs/446-PBO-704/images/10x_LIT000128_PS_Spatial_biology_without_limits_Spatial_gene_expression_in_F

FPE.pdf, offers "tissue profiling with transcriptomics and protein co-detection," *see* https://www.10xgenomics.com/products/spatial-proteogenomics, allows users to "define regions of interest," *see* https://pages.10xgenomics.com/rs/446-PBO-704/images/10x_LIT088_RevA_ProductSheet_Immunofluorescence%20Capability_Letter_digital.pdf, and is "[e]asy to integrate with current histological laboratory methods and tools for tissue analysis." *Id.*

16.    10x practices the '689 Patent by using Visium and related products on behalf of its own scientists, researchers, and its Visium customers for various purposes, including without limitation research, development, sales, and support.

17.    10x infringes the '689 Patent by providing customers with Certified Service Providers (CSP), who offer support for complete end-to-end Visium workflows and perform various tasks, from sample preparation to library generation to data processing, for its customers. *See* https://www.10xgenomics.com/service-providers?query=&page=1.

18.    10x additionally infringes the '689 Patent by making, using, selling, offering for sale, importing into the United States, and supplying from the United States the patented inventions and/or its components, including without limitation Visium, Visium CytAssist, Visium Spatial Gene Expression slides, Visium Spatial Gene Expression reagents, and analysis and visualization software, Space Ranger and Loupe Browser, and CSP.

19.    Through the development and subsequent making, using, selling, offering for sale, importing and exporting of its Visium and related products, and performing every step of the patented invention by using products, services, devices, systems, and/or components of the systems that embody the patented inventions, such as Visium and related products, 10x has and

continues to directly infringe, contributorily infringe, and/or induce the infringement of the '689 Patent.

### FIRST COUNT

**(Declaration of Non-Infringement of United States Patent No. 10,227,639)**

20.     NanoString incorporates by references and restates the preceding Paragraphs 1-18 of its Counterclaims as though fully set forth herein.

21.     Plaintiffs have brought an action asserting the 639 Patent against NanoString.

22.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 639 Patent.

23.     Plaintiff 10x has alleged that it is the exclusive licensee of the 639 Patent.

24.     Plaintiffs have alleged and continue to allege that NanoString has infringed and continues to infringe one or more claims of the 639 Patent.

25.     An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 639 Patent.

26.     NanoString's products are not infringing directly or in any other manner any valid and enforceable claim of the 639 Patent.

27.     For example, as described therein, when properly construed, the 639 Patent claims require analytes to be immobilized in the sample for analyte identification.   In contrast, NanoString's CosMx SMI does not immobilize analytes for analyte identification.

28.     Also, as described therein, when properly construed, the 639 Patent claims require pre-determined subsequences to form an identifier of analyte.  In contrast, to the extent they are used in CosMx SMI, pre-determined subsequences are not identifiers, but intermediate sequences for hybridization of probes.

29.     Furthermore, as described therein, when properly construed, the 639 Patent claims require a first decoder probe to be removed before the hybridization of the second decoder probe. In contrast, CosMx SMI do not remove any such decoder probes during hybridization.

30.     Moreover, as described therein, when properly construed, the 639 Patent claims require identification of a probe for analyte identification. In contrast, NanoString's CosMx SMI does not identify a probe to identify an analyte.

31.     Besides, as described therein, when properly construed, the 639 Patent claims require the use of two detectable labels for analyte identification. To the extent any accused products do not use two detectable labels for analyte identification, they do not infringe the 639 Patent.

32.     By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 639 Patent.

33.     A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## SECOND COUNT

### (Declaration of Non-Infringement of United States Patent No. 11,021,737)

34.     NanoString incorporates by references and restates the preceding Paragraphs 1-32 of its Counterclaims as though fully set forth herein.

35.     Plaintiffs have brought an action asserting the 737 Patent against NanoString.

36.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 737 Patent.

37.     Plaintiff 10x has alleged that it is the exclusive licensee of the 737 Patent.

38.     Plaintiffs have alleged and continue to allege that NanoString has infringed and continues to infringe one or more claims of the 737 Patent.

39.     An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 737 Patent.

40.     NanoString's products are not infringing directly or in any other manner any valid and enforceable claim of the 737 Patent.

41.     For example, as described therein, when properly construed, the 737 Patent claims require the analytes to be in the cell or tissue sample during analyte identification.  In contrast, NanoString's CosMx SMI does not identify analytes in the cell or tissue sample.

42.     Furthermore, as described therein, when properly construed, the 737 Patent claims require signal signatures to be associated with one or more pre-determined subsequences.  In contrast, to the extent they are used in CosMx SMI, signal signatures are not associated with pre-determined subsequences, but with the hybridized decoder probes.

43.     Moreover, as described therein, when properly construed, the 737 Patent claims require first decoder probe to be removed before the hybridization of the second decoder probe. In contrast, CosMx SMI does not remove the decoder probes during serial hybridization.

44.     Besides, as described therein, when properly construed, the 737 Patent require a temporal order of signal signatures for analyte identification. To the extent any accused products do not use a temporal order of signal signatures for analyte identification, they do not infringe the 639 Patent.

45.     By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 737 Patent.

46.     A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## THIRD COUNT

### (Declaration of Non-Infringement of United States Patent No. 11,293,051)

47.     NanoString incorporates by references and restates the preceding Paragraphs 1-45 of its Counterclaims as though fully set forth herein.

48.     Plaintiffs have brought an action asserting the 051 Patent against NanoString.

49.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 051 Patent.

50.     Plaintiff 10x has alleged that it is the exclusive licensee of the 051 Patent.

51.     Plaintiffs have alleged and continue to allege that NanoString has infringed and continues to infringe one or more claims of the 051 Patent.

52.     An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 051 Patent.

53.     NanoString's products are not infringing directly or in any other manner any valid and enforceable claim of the 051 Patent.

54.     For example, as described therein, when properly construed, the 051 Patent claims require the analytes to be in the cell or tissue sample for analyte identification.  In contrast, NanoString's CosMx SMI does not identify analytes in the cell or tissue sample.

55.     Also, as described therein, when properly construed, the 051 Patent claims require a temporal order of signal signatures to correspond to a location in a cell or tissue sample. In contrast, NanoString's CosMx SMI does not use a temporal order of signal signatures corresponding to a location.

56.     Furthermore, as described therein, when properly construed, the 051 Patent claims require first plurality of signal signatures to be removed from the cell or tissue sample before the

second readout cycle.  In contrast, CosMx SMI does not remove the first signal signatures from the cell or tissue sample, but from the bound probes.

57.     Moreover, as described therein, when properly construed, the 051 Patent claims require the first subset of detection reagents associated with the first set of decoding reagents and the second set of detection reagents associated with the second set of decoding reagents to overlap. To the extent any of the accused products do not let the first subset of detection reagents and the second subset of detection reagents to overlap, they do not infringe the 051 Patent.

58.     By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 051 Patent.

59.     A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## FOURTH COUNT

### (Declaration of Non-Infringement of United States Patent No. 11,293,052)

60.     NanoString incorporates by references and restates the preceding Paragraphs 1-58 of its Counterclaims as though fully set forth herein.

61.     Plaintiffs have brought an action asserting the 052 Patent against NanoString.

62.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 052 Patent.

63.     Plaintiff 10x has alleged that it is the exclusive licensee of the 052 Patent.

64.     Plaintiffs have alleged and continue to allege that NanoString has infringed and continues to infringe one or more claims of the 052 Patent.

65.     An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 052 Patent.

66.     NanoString's products are not infringing directly or in any other manner any valid and enforceable claim of the 052 Patent.

67.     For example, as described therein, when properly construed, the 052 Patent claims require the analyte to be at a location in a biological sample during identification.  In contrast, NanoString's CosMx SMI does not identify the analyte at the location in a biological sample.

68.     Furthermore, as described therein, when properly construed, the 052 Patent claims require the first optical signal to be removed from the location in the biological sample before the second readout cycle.  In contrast, CosMx SMI does not remove the first optical signal from the sample, but from the bound probes.

69.     Moreover, as described therein, when properly construed, the 052 Patent claims require the detection of multiple signal signatures and the absence thereof during analyte identification. To the extent any of the accused products do not detect multiple signal signatures for analyte detection, they do not infringe the 052 Patent.

70.     By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 052 Patent.

71.     A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## FIFTH COUNT

### (Declaration of Non-Infringement of United States Patent No. 11,293,054)

72.     NanoString incorporates by references and restates the preceding Paragraphs 1-70 of its Counterclaims as though fully set forth herein.

73.     Plaintiffs have brought an action asserting the 054 Patent against NanoString.

74.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 054 Patent.

75.    Plaintiff 10x has alleged that it is the exclusive licensee of the 054 Patent.

76.    Plaintiffs have alleged and continue to allege that NanoString has infringed and continues to infringe one or more claims of the 054 Patent.

77.    An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 054 Patent.

78.    NanoString's products are not infringing directly or in any other manner any valid and enforceable claim of the 054 Patent.

79.    For example, as described therein, when properly construed, the 054 Patent claims require generation of signal signatures in a cell or tissue sample.  In contrast, NanoString's CosMx SMI does not generate a signal signatures in a cell or tissue sample.

80.    Furthermore, as described therein, when properly construed, the 054 Patent claims require a nucleic acid label coupled to a probe to permit the said probe to bind to an analyte. In contrast, to the extent it is used in NanoString's CosMx SMI, the nucleic acid label does not permit the probe to bind to an analyte.  Rather, the probe is itself designed to target an analyte.

81.    Moreover, as described therein, when properly construed, the 054 Patent claims require first decoder probe to be removed before the hybridization of the second decoder probe. In contrast, CosMx SMI do not remove the decoder probes during serial hybridization.

82.    By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 054 Patent.

83.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

**SIXTH COUNT**

**(Declaration of Invalidity of U.S. Patent No. 10,227,639)**

84.    NanoString incorporates by references and restates the preceding Paragraphs 1-82 of its Counterclaims as though fully set forth herein.

85.    Plaintiffs have brought an action asserting the 639 Patent against NanoString.

86.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the 639 Patent.

87.    Plaintiff 10x has alleged that it is the exclusive license of the 639 Patent.

88.    Plaintiffs have alleged and continues to allege that NanoString has infringed and continues to infringe one or more claims of the 639 Patent.

89.    An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 639 Patent.

90.    The claims of the 639 Patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116, and/or the rules, regulations and law pertaining thereto.

91.    For example, the asserted claims of the Asserted Patents are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of U.S. Patent No. 10,961,566 ("Chee"), alone or in combination with additional prior art, including U.S. Patent App. Pub. No. 2005/0064435 ("Su"), Göransson et al., A single molecule array for digital targeted molecular analyses, 37 Nucleic Acids Research e7 (2008) ("Göransson"), or U.S. Patent No. 8,741,566 ("Winther"), which disclose and/or render obvious all elements of the claims of the Asserted Patents.

92.    All claims of the Asserted Patents are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, the claim term "temporal order", read in light of

the specification and the prosecution history, fails to inform, with reasonable certainty, those skilled in the art of the boundaries of protected subject matter, and therefore does not meet the definiteness standard.

93.     Moreover, the specifications of the Asserted Patents fail to contain a written description of the claims or sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims.  For example, there is a lack of an adequate written description and a lack of enablement for signal detection in the cell or tissue sample.

94.     By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 639 Patent.

95.     A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## SEVENTH COUNT

### (Declaration of Invalidity of U.S. Patent No. 11,021,737)

96.     NanoString incorporates by references and restates the preceding Paragraphs 1-94 of its Counterclaims as though fully set forth herein.

97.     Plaintiffs have brought an action asserting the 737 Patent against NanoString.

98.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 737 Patent.

99.     Plaintiff 10x has alleged that it is the exclusive license of the 737 Patent.

100.     Plaintiffs have alleged and continues to allege that NanoString has infringed and continues to infringe one or more claims of the 737 Patent.

101.     An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 737 Patent.

102.    The claims of the 737 Patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116, and/or the rules, regulations and law pertaining thereto.

103.    For example, the asserted claims of the Asserted Patents are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of U.S. Patent No. 10,961,566 ("Chee"), alone or in combination with additional prior art, including U.S. Patent App. Pub. No. 2005/0064435 ("Su"), Göransson et al., A single molecule array for digital targeted molecular analyses, 37 Nucleic Acids Research e7 (2008) ("Göransson"), or U.S. Patent No. 8,741,566 ("Winther"), which disclose and/or render obvious all elements of the claims of the Asserted Patents.

104.    All claims of the Asserted Patents are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, the claim term "temporal order", read in light of the specification and the prosecution history, fails to inform, with reasonable certainty, those skilled in the art of the boundaries of protected subject matter, and therefore does not meet the definiteness standard.

105.    Moreover, the specifications of the Asserted Patents fail to contain a written description of the claims or sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims.  For example, there is a lack of an adequate written description and a lack of enablement for generating a three dimensional matrix of nucleic acids in situ in a cell or tissue sample and amplifying, detecting, and sequencing such nucleic acids within the matrix; there is also a lack of an adequate written description and a lack of enablement for analyte detection while allowing spatial movement of an analyte in a sample.

106.     By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 737 Patent.

107.     A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## EIGHTH COUNT

### (Declaration of Invalidity of U.S. Patent No. 11,293,051)

108.     NanoString incorporates by references and restates the preceding Paragraphs 1-106 of its Counterclaims as though fully set forth herein.

109.     Plaintiffs have brought an action asserting the 051 Patent against NanoString.

110.     Plaintiff Harvard has alleged that it is the legal owner by assignment of the 051 Patent.

111.     Plaintiff 10x has alleged that it is the exclusive license of the 051 Patent.

112.     Plaintiffs have alleged and continues to allege that NanoString has infringed and continues to infringe one or more claims of the 051 Patent.

113.     An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 051 Patent.

114.     The claims of the 051 Patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116, and/or the rules, regulations and law pertaining thereto.

115.     For example, the asserted claims of the Asserted Patents are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of U.S. Patent No. 10,961,566 ("Chee"), alone or in combination with additional prior art, including U.S. Patent App. Pub. No. 2005/0064435 ("Su"), Göransson et

al., A single molecule array for digital targeted molecular analyses, 37 Nucleic Acids Research e7 (2008) ("Göransson"), or U.S. Patent No. 8,741,566 ("Winther"), which disclose and/or render obvious all elements of the claims of the Asserted Patents.

116.    Moreover, the specifications of the Asserted Patents fail to contain a written description of the claims or sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims.  For example, there is a lack of an adequate written description and a lack of enablement for generating a three dimensional matrix of nucleic acids in situ in a cell or tissue sample and amplifying, detecting, and sequencing such nucleic acids within the matrix; there is also a lack of an adequate written description and a lack of enablement for analyte detection while allowing spatial movement of an analyte in a sample.

117.    By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 051 Patent.

118.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## NINTH COUNT

### (Declaration of Invalidity of U.S. Patent No. 11,293,052)

119.    NanoString incorporates by references and restates the preceding Paragraphs 1-117 of its Counterclaims as though fully set forth herein.

120.    Plaintiffs have brought an action asserting the 052 Patent against NanoString.

121.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the 052 Patent.

122.    Plaintiff 10x has alleged that it is the exclusive license of the 052 Patent.

123.    Plaintiffs have alleged and continues to allege that NanoString has infringed and continues to infringe one or more claims of the 052 Patent.

124.   An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 052 Patent.

125.   The claims of the 052 Patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116, and/or the rules, regulations and law pertaining thereto.

126.   For example, the asserted claims of the Asserted Patents are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of U.S. Patent No. 10,961,566 ("Chee"), alone or in combination with additional prior art, including U.S. Patent App. Pub. No. 2005/0064435 ("Su"), Göransson et al., A single molecule array for digital targeted molecular analyses, 37 Nucleic Acids Research e7 (2008) ("Göransson"), or U.S. Patent No. 8,741,566 ("Winther"), which disclose and/or render obvious all elements of the claims of the Asserted Patents.

127.   All claims of the Asserted Patents are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, the claim terms "signal signature" and "temporal order", read in light of the specification and the prosecution history, fails to inform, with reasonable certainty, those skilled in the art of the boundaries of protected subject matter, and therefore does not meet the definiteness standard.

128.   Moreover, the specifications of the Asserted Patents fail to contain a written description of the claims or sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims.  For example, there is a lack of an adequate written description and a lack of enablement for analyte identification at a location in a biological sample.

129.    By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 052 Patent.

130.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## TENTH COUNT

### (Declaration of Invalidity of U.S. Patent No. 11,293,054)

131.    NanoString incorporates by references and restates the preceding Paragraphs 1-129 of its Counterclaims as though fully set forth herein.

132.    Plaintiffs have brought an action asserting the 054 Patent against NanoString.

133.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the 054 Patent.

134.    Plaintiff 10x has alleged that it is the exclusive license of the 054 Patent.

135.    Plaintiffs have alleged and continues to allege that NanoString has infringed and continues to infringe one or more claims of the 054 Patent.

136.    An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, has arisen and exists between Plaintiffs and NanoString concerning whether NanoString has infringed and is infringing any valid and enforceable claim of the 054 Patent.

137.    The claims of the 054 Patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or 116, and/or the rules, regulations and law pertaining thereto.

138.    For example, the asserted claims of the Asserted Patents are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of U.S. Patent No. 10,961,566 ("Chee"), alone or in combination with additional prior art, including U.S. Patent App. Pub. No. 2005/0064435 ("Su"), Göransson et

al., A single molecule array for digital targeted molecular analyses, 37 Nucleic Acids Research e7 (2008) ("Göransson"), or U.S. Patent No. 8,741,566 ("Winther"), which disclose and/or render obvious all elements of the claims of the Asserted Patents.

139.   All claims of the Asserted Patents are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112. For example, the claim term "temporal order", read in light of the specification and the prosecution history, fails to inform, with reasonable certainty, those skilled in the art of the boundaries of protected subject matter, and therefore does not meet the definiteness standard.

140.   Moreover, the specifications of the Asserted Patents fail to contain a written description of the claims or sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims. For example, there is a lack of an adequate written description and a lack of enablement for signal detection in the cell or tissue sample.

141.   By virtue of the foregoing, NanoString desires a judicial determination of its rights and duties with respect to any alleged infringement of the 054 Patent.

142.   A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## ELEVENTH COUNT

### (Infringement of United States Patent No. 11,377,689 by 10x)

143.   NanoString incorporates by references and restates the preceding Paragraphs 141 of its Counterclaims as though fully set forth herein.

144.   10x has infringed and continues to directly infringe one or more claims of the '689 Patent, including without limitation claims 1-30, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making and/or using, offering to sell, selling, and/or importing into the United States without authority all products, components, and services in connection with

10x's Visium, including without limitation Visium CytAssist, Visium Spatial Gene Expression slides, Visium Spatial Gene Expression reagents, and analysis and visualization software, Space Ranger and Loupe Browser, CSP, and other products and services sold by 10x for use in 10x's Visium workflows.

145.    10x has had knowledge of the '689 Patent since at least July 11, 2022, the date when 10x was notified of NanoString's intent to add a counterclaim of infringement of U.S. Patent 11,377,689 to the 22-cv-261 litigation.   Furthermore, 10x received NanoString's proposed amended counterclaims, along with detailed infringement claim chart applying the '689 Patent to 10x's products, on July 19, 2022.  On information and belief, 10x's outside counsel subsequently reviewed NanoString's amended pleadings with 10x's internal legal personnel, and 10x has affirmatively decided to continue infringing.  At the very least, service of NanoString's proposed amended counterclaim on July 19, 2022 provided 10x with not just notice of the '689 Patent, but also 10x's ongoing infringement of the '689 patent.  10x's infringement since this time has been willful.

146.    10x has actively induced and continues to induce the infringement of one or more claims of the '689 Patent, including without limitation claims 1-30, pursuant to 35 U.S.C. § 271(b) through a range of activities, including without limitation making and selling Visium and related products; controlling the design, manufacture, and supply of materials, software, and instruments to be used with Visium and related products; substantially marketing Visium and related products; intentionally instructing or otherwise encouraging others, including 10x's customers and end users, to use the infringing products in the United States in the manner that infringes one or more claims of the '689 Patent; creating distribution channels for the infringing products; and supporting the sale of those products in the United States.  As an example, 10x implemented Certified Service

Provider (CSP) program to promote, service, and sell the infringing products domestically. As a further example, 10x distributes Visium and related products promotional and marketing materials and Visium and related products User Manuals in websites directed to the United States Market.

147.    10x has contributed and continues to contribute to the infringement of one or more claims of the '689 Patent, including without limitation claims 1-30, pursuant to 35 U.S.C. § 271(c) through a range of activities, including without limitation, without authority, importing into the United States materials and instruments that are material components of the claimed inventions of the '689 Patent; without authority, importing into the United States materials and instruments for practicing the patented method of the '689 Patent; selling and/or offering for sale Visium and related products, or has others perform such acts on its behalf; and instructing users of 10x's Visium workflows to directly infringe one or more claims of the '689 Patent. Visium and related products are specifically designed to be used in an infringing manner, where no non-infringing use of Visium and related products has been described in 10x's instructional materials. Therefore, 10x's Visium and related products constitute a material part of the claimed invention of the '689 Patent, and are not a staple article or commodity of commerce suitable for substantial non-infringing use. As an example, 10x supplies in the United States products specifically designed for use in practicing one or more claims of the '689 Patent, including for example the Visium Spatial Gene Expression slides, Visium Spatial Gene Expression reagents, Space Ranger, and Loupe Browser and threaten to sell those products throughout the United States.

148.    To demonstrate how 10x infringes one or more claims of the '689 Patent, attached is a preliminary and exemplary infringement claim chart. Ex. 2. This chart is not intended to limit NanoString's right to modify this chart or any other claim chart or allege that other activities of 10x infringes the identified claims or any other claims of the '689 Patent or any other patents. This

chart is hereby incorporated by reference in its entirety. Each claim element that is mapped to Visium and related products shall be considered an allegation within the meaning of the Federal Rules of Civil Procedure and therefore a response to each allegation is required.

149.    NanoString has suffered and continues to suffer damages as a result of 10x's infringement of the '689 Patent.

150.    Unless 10x is enjoined from infringing the '689 Patent, 10x's efforts to design, develop, market, offer to sell, and sell Visium and related products will cause NanoString to suffer irreparable injury for which damages are an inadequate remedy.

## REQUEST FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' FAC and having asserted Affirmative Defenses, and Counterclaims, NanoString respectfully requests the following relief:

A.    That this Court enter judgment on Plaintiffs' FAC and NanoString's Counterclaims in favor of NanoString, against Plaintiffs, with Plaintiffs being awarded no relief of any kind in this action;

B.    That this Court enter judgment and/or declarations that NanoString does not infringe the Asserted Patents and that the Asserted Patents are invalid;

C.    That this Court enter judgement that Counterclaim-Defendant 10x has infringed and continues to infringe one or more claims of the '689 Patent, either literally or under the doctrine of equivalents;

D.    That this Court enter a declaration that the '689 Patent is valid and enforceable;

E.    That this Court enter an order preliminarily and permanently enjoining Counterclaims-Defendant 10x, and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, assigns and successors in interest, and all others acting in active concert therewith, including related individuals and entities, customers, representatives,

distributors, and dealers, from further infringement of the '689 Patent.  In the alternative, if the Court finds that an injunction is not warranted, Counterclaim-Plaintiff NanoString requests an award of post-judgement royalty to compensate for future infringement;

F.      An award of all monetary relief adequate to compensate for damages resulting from 10x's infringement, including lost profits but in no event less than a reasonable royalty under 35 U.S.C. § 284 for 10x's infringement, including all pre-judgement and post-judgement interest at the maximum rate allowed by law;

G.      That this Court enter a judgment declaring this case exceptional under 35 U.S.C. § 285 and awarding NanoString its attorneys' fees and prejudgment and post-judgment interest;H.

That this Court award NanoString all of its costs of this action; and

I.      That this Court grant such other and further relief as the Court shall deem just and proper.

Respectfully submitted,

FARNAN LLP

OF COUNSEL:

By: /s/ Brian E. Farnan
    Brian E. Farnan (Bar No. 4089)
Edward R. Reines
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

    Brian E. Farnan (Bar No. 4089)
    Michael J. Farnan (Bar No. 5165)
    919 N. Market St., 12th Floor
    Wilmington, DE 19801
    (302) 777-0300
    (302) 777-0301 (Fax)
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

*Attorneys for Defendant*
*Nanostring Technologies, Inc.*

Date: July 29, 2022

# Exhibit 1



US011377689B2

(12) **United States Patent**
Beechem et al.

(10) Patent No.: **US 11,377,689 B2**
(45) Date of Patent: **\*Jul. 5, 2022**

(54) **CHEMICAL COMPOSITIONS AND USES THEREOF**

(71) Applicant: **NanoString Technologies, Inc.**, Seattle, WA (US)

(72) Inventors: **Joseph M. Beechem**, Eugene, OR (US); **Dae Kim**, Bellevue, WA (US); **Margaret Hoang**, Seattle, WA (US); **Mark Gregory**, Boise, ID (US); **Erin Piazza**, Edmonds, WA (US); **Denise Zhou**, Seattle, WA (US)

(73) Assignee: **NanoString Technologies, Inc.**, Seattle, WA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/476,707**

(22) Filed: **Sep. 16, 2021**

(65) **Prior Publication Data**

US 2021/0403998 A1     Dec. 30, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/272,487, filed on Feb. 11, 2019, now abandoned.

(Continued)

(51) **Int. Cl.**
*C12P 19/34*     (2006.01)
*C12Q 1/6876*     (2018.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... *C12Q 1/6876* (2013.01); *C12Q 1/6804* (2013.01); *C12Q 1/686* (2013.01);
(Continued)

(58) **Field of Classification Search**
USPC .......... 435/6.1, 6.11, 6.12, 91.1, 91.2, 91.51, 435/283.1, 287.1, 287.2; 436/94, 501;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,320,814 A     6/1994   Walt et al.
5,543,838 A     8/1996   Hosier et al.
(Continued)

FOREIGN PATENT DOCUMENTS

JP      2008-542783 A     11/2008
WO     WO 97/07245 A1     2/1997
(Continued)

OTHER PUBLICATIONS

"Large Molecules Cross Membranes via Vesicles". Printed on Jan. 10, 2022.\*

(Continued)

*Primary Examiner* — Frank W Lu
(74) *Attorney, Agent, or Firm* — Cooley LLP; Ivor R. Elrifi; Matthew Pavao

(57) **ABSTRACT**

The present invention relates to, among other things, probes, compositions, methods, and kits for simultaneous, multiplexed detection and quantification of protein and/or nucleic acid expression in a user-defined region of a tissue, user-defined cell, and/or user-defined subcellular structure within a cell that are adaptable for use with existing sequencing technologies.

**30 Claims, 40 Drawing Sheets**
**(29 of 40 Drawing Sheet(s) Filed in Color)**
**Specification includes a Sequence Listing.**



**US 11,377,689 B2**

Page 2

## Related U.S. Application Data

(60) Provisional application No. 62/771,212, filed on Nov. 26, 2018, provisional application No. 62/629,180, filed on Feb. 12, 2018.

(51) **Int. Cl.**

| | |
|---|---|
| *C12Q 1/6818* | (2018.01) |
| *C12Q 1/6858* | (2018.01) |
| *C12Q 1/6848* | (2018.01) |
| *C12Q 1/6869* | (2018.01) |
| *C12Q 1/686* | (2018.01) |
| *C12Q 1/6851* | (2018.01) |
| *C12Q 1/6855* | (2018.01) |
| *C12Q 1/6841* | (2018.01) |
| *C12Q 1/6804* | (2018.01) |

(52) **U.S. Cl.**
CPC ......... *C12Q 1/6818* (2013.01); *C12Q 1/6841* (2013.01); *C12Q 1/6848* (2013.01); *C12Q 1/6851* (2013.01); *C12Q 1/6855* (2013.01); *C12Q 1/6858* (2013.01); *C12Q 1/6869* (2013.01); *C12Q 2600/16* (2013.01)

(58) **Field of Classification Search**
USPC ........................... 536/23.1, 24.3, 24.33, 25.3
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,635,352 A | 6/1997 | Urdea et al. |
| 6,100,030 A | 8/2000 | McCasky Feazel et al. |
| 6,207,392 B1 | 3/2001 | Weiss et al. |
| 6,429,027 B1 | 8/2002 | Chee et al. |
| 6,596,257 B2 | 7/2003 | Bryan |
| 6,602,661 B1 | 8/2003 | Knezevic et al. |
| 6,690,470 B1 | 2/2004 | Baer et al. |
| 6,942,968 B1 | 9/2005 | Dickinson et al. |
| 7,060,507 B2 | 6/2006 | Akeson et al. |
| 7,132,519 B2 | 11/2006 | Monforte et al. |
| 7,214,477 B1 | 5/2007 | Emmert-Buck |
| 7,255,999 B2 | 8/2007 | Singh et al. |
| 7,402,399 B2 | 7/2008 | Mukherjeei et al. |
| 7,569,392 B2 | 8/2009 | Levy et al. |
| 7,648,828 B2 | 1/2010 | Chan-Hui et al. |
| 7,728,287 B2 | 6/2010 | Felton et al. |
| 8,003,312 B2 | 8/2011 | Krutzik et al. |
| 8,221,972 B2 | 7/2012 | Lemaire et al. |
| 8,309,306 B2 | 11/2012 | Nolan et al. |
| 8,349,574 B2 | 1/2013 | Bates et al. |
| 8,362,415 B2 | 1/2013 | Felton et al. |
| 8,486,623 B2 | 7/2013 | Monforte et al. |
| 8,637,650 B2 | 1/2014 | Cherkasov et al. |
| 8,753,824 B2 | 6/2014 | Papin et al. |
| 8,865,414 B2 | 10/2014 | Hennig et al. |
| 8,906,700 B2 | 12/2014 | Lim et al. |
| 9,046,477 B2 | 6/2015 | Emedcoles et al. |
| 9,228,948 B2 | 1/2016 | Emedcoles et al. |
| 9,297,762 B2 | 3/2016 | Emedcoles et al. |
| 9,304,084 B2 | 4/2016 | Emedcoles et al. |
| 9,376,677 B2 | 6/2016 | Mir |
| 9,376,678 B2 | 6/2016 | Gormley et al. |
| 9,644,204 B2 | 5/2017 | Hindson et al. |
| 9,975,122 B2 | 5/2018 | Masquelier et al. |
| 10,053,723 B2 | 8/2018 | Hindson et al. |
| 10,071,377 B2 | 9/2018 | Bharadwaj et al. |
| 10,501,777 B2 | 12/2019 | Beechem et al. |
| 10,640,816 B2 | 5/2020 | Beechem et al. |
| 2001/0002315 A1 | 5/2001 | Schultz et al. |
| 2001/0007775 A1 | 7/2001 | Seul et al. |
| 2001/0023078 A1 | 9/2001 | Bawendi et al. |
| 2001/0029049 A1 | 10/2001 | Walt et al. |
| 2001/0034034 A1 | 10/2001 | Bruchez et al. |
| 2001/0053334 A1 | 12/2001 | Chen et al. |

| | | |
|---|---|---|
| 2002/0028457 A1 | 3/2002 | Empedocles et al. |
| 2002/0034737 A1 | 3/2002 | Drmanac |
| 2002/0034827 A1 | 3/2002 | Singh et al. |
| 2002/0039728 A1 | 4/2002 | Kain et al. |
| 2002/0051971 A1 | 5/2002 | Stuelpnagel et al. |
| 2002/0068018 A1 | 6/2002 | Pepper et al. |
| 2002/0177141 A1 | 11/2002 | Chee et al. |
| 2002/0187515 A1 | 12/2002 | Chee et al. |
| 2003/0008323 A1 | 1/2003 | Ravkin et al. |
| 2003/0013091 A1 | 1/2003 | Dimitrov |
| 2003/0028981 A1 | 2/2003 | Chandler et al. |
| 2003/0148335 A1 | 8/2003 | Shen et al. |
| 2003/0152952 A1 | 8/2003 | Van Ness et al. |
| 2003/0186426 A1 | 10/2003 | Brewer et al. |
| 2004/0000519 A1 | 1/2004 | Yong et al. |
| 2005/0048498 A1 | 3/2005 | Woudenberg et al. |
| 2005/0131006 A1 | 6/2005 | Mukherjee et al. |
| 2005/0170439 A1 | 8/2005 | Chan-Hui et al. |
| 2005/0196786 A1 | 9/2005 | Levy |
| 2005/0233318 A1 | 10/2005 | Chee et al. |
| 2006/0063196 A1 | 3/2006 | Akeson et al. |
| 2007/0166708 A1 | 7/2007 | Dimitrov et al. |
| 2008/0038725 A1 | 2/2008 | Luo et al. |
| 2008/0038734 A1 | 2/2008 | Sorge et al. |
| 2008/0118934 A1 | 5/2008 | Gerdes et al. |
| 2010/0015607 A1 | 1/2010 | Geiss et al. |
| 2010/0047924 A1 | 2/2010 | Webster et al. |
| 2010/0075858 A1 | 3/2010 | Davis et al. |
| 2010/0112710 A1 | 5/2010 | Geiss et al. |
| 2010/0151472 A1 | 6/2010 | Nolan et al. |
| 2010/0209913 A1 | 8/2010 | Endress et al. |
| 2010/0261026 A1 | 10/2010 | Ferree et al. |
| 2010/0262374 A1 | 10/2010 | Hwang et al. |
| 2011/0086774 A1 | 4/2011 | Dunaway et al. |
| 2011/0151451 A1 | 6/2011 | Lemaire et al. |
| 2011/0172115 A1 | 7/2011 | Thompson |
| 2011/0223613 A1 | 9/2011 | Gut |
| 2011/0245111 A1 | 10/2011 | Chee |
| 2013/0023433 A1 | 1/2013 | Luo et al. |
| 2013/0178372 A1 | 7/2013 | Geiss et al. |
| 2014/0120532 A1 | 5/2014 | Lee et al. |
| 2014/0120550 A1 | 5/2014 | Baranov |
| 2014/0121117 A1 | 5/2014 | Tanner |
| 2014/0371088 A1 | 12/2014 | Webster |
| 2015/0080233 A1 | 3/2015 | Bendall et al. |
| 2015/0099650 A1 | 4/2015 | Sood et al. |
| 2015/0132763 A1 | 5/2015 | Amorese et al. |
| 2015/0141297 A1 | 5/2015 | Lim et al. |
| 2015/0287578 A1 | 10/2015 | Bendall et al. |
| 2015/0329852 A1 | 11/2015 | Nolan |
| 2015/0368697 A1 | 12/2015 | Samusik et al. |
| 2016/0194701 A1 | 7/2016 | Beechem et al. |
| 2016/0362730 A1 | 12/2016 | Alexander et al. |
| 2017/0016053 A1 | 1/2017 | Beechem et al. |
| 2017/0275669 A1 | 9/2017 | Weissleder et al. |
| 2018/0142286 A1 | 5/2018 | Dunaway et al. |
| 2019/0249248 A1 | 8/2019 | Beechem et al. |
| 2020/0040382 A1 | 2/2020 | Beechem et al. |
| 2020/0040385 A1 | 2/2020 | Beechem et al. |
| 2021/0403999 A1 | 12/2021 | Beechem et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/14028 A2 | 4/1997 |
| WO | WO 99/18434 A1 | 4/1999 |
| WO | WO 00/73777 A1 | 12/2000 |
| WO | WO 01/00875 A2 | 1/2001 |
| WO | WO 2007/000669 A2 | 1/2007 |
| WO | WO 2009/156725 A1 | 12/2009 |
| WO | WO 2010/081114 A2 | 7/2010 |
| WO | WO 2012/106385 A2 | 8/2012 |
| WO | WO 2012/140224 A1 | 10/2012 |
| WO | WO 2013/122996 A1 | 8/2013 |
| WO | WO 2014/060483 A1 | 4/2014 |
| WO | WO 2014/200767 A1 | 12/2014 |
| WO | WO 2015/128272 A2 | 9/2015 |
| WO | WO 2016/162309 A1 | 10/2016 |

**US 11,377,689 B2**

Page 3

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2017/015099 A1 | 1/2017 |
| WO | WO 2018/026873 A1 | 2/2018 |
| WO | WO 2018/091656 A1 | 5/2018 |

OTHER PUBLICATIONS

U.S. Appl. No. 16/272,487, filed Feb. 11, 2019.
U.S. Appl. No. 16/596,587, filed Oct. 8, 2019.
U.S. Appl. No. 16/596,596, filed Oct. 8, 2019.
U.S. Appl. No. 17/476,712, filed Sep. 16, 2021.
Agasti, S. S. et al., "Photocleavable DNA Barcode—Antibody Conjugates Allow Sensitive and Multiplexed Protein Analysis in Single Cells," J. Am. Chem. Soc., 134:18499-18502 (2012).
Alfano, R. R. et al., "Optical Sensing, Imaging, and Manipulation for Biological and Biomedical Applications," SPIE—The International Society for Optical Engineering, Jul. 2000, vol. 4082, Taiwan, 342 pages.
Angelo, M. et al., "Multiplexed ion beam imaging of human breast tumors," Nature Medicine, 20(4):436-442 (2014).
Armani, M. et al., "2D-PCR: a method of mapping DNA in tissue sections," Lab Chip., 9(24):3526-3534 (2009); doi:10.1039/b910807f.
Bailey, R. C. et al., "DNA-Encoded Antibody Libraries: A Unified Platform for Multiplexed Cell Sorting and Detection of Genes and Proteins," J. Am. Chem. Soc., 129:1959-1967 (2007).
Cesano, A. et al., "Abstract 1371: Spatially-resolved, multiplexed digital characterizatio nof protein distribution and abundance in FFPE tissue sections," AACR 107th Annual Meeting, Apr. 16-20, 2016, 5 pages.
Chow, S. et al., "Measurement of MAP Kinase Activation by Flow Cytometry Using Phospho-Specific Antibodies to MEK and ERK: Potential for Pharmacodynamic Monitoring of Signal Transduction Inhibitors," Cytometry (Communications in Clinical Cytometry), 46:72-78 (2001).
Crossetto, N. et al., "Spatially resolved transcriptomics and beyond," Nature Reviews Genetics, 16:57-66 (2015).
Dictionary Definition of "Abundance." Printed on Sep. 22, 2021, 1 page.
Dierck, K. et al., "Quantitative multiplexed profiling of cellular signaling networks using phosphotyrosine-specific DNA-tagged SH2 domains," Nature Methods, 3:737-744 (2006).
"Digital spatial profiling platform allows for spatially-resolved, high-plex quantification of mRNA distribution and abundance on FFPE and fresh frozen tissue sections," Poster #3434, Power Point Presentation, AACR Annual Meeting, Apr. 14-18, 2018, 1 page.
Drummond, E. S. et al., "Proteomic analysis of neurons microdissected from formalinfixed, paraffin-embedded Alzheimer's disease brain tissue," Scientific Reports, 5:15456 (2015), 8 pages, doi: 10.1038/srep15456.

Ferguson, J. A. et al., "High-Density Fiber-Optic DNA Random Microsphere Array," Analytical Chemistry, 72(22):5618-5624 (2000).
Frei, A. P. et al., "Highly multiplexed simultaneous detection of RNAs and proteins in single cells," Nature Methods, 13:269-275 (2016).
Geiss, G. K. et al., "Direct multiplexed measurement of gene expression with color-coded probe pairs," Nature Biotechnology, 26(3):317-326 (2008).
Gullberg, M. et al., "Cytokine detection by antibody-based proximity ligation," PNAS, 101(22):8420-8424 (2004).
Lee, H. et al., "Colour-barcoded magnetic microparticles for multiplexed bioassays," Nature Materials, 9:745-749 (2010).
Lemaire, R. et al., "Tag-Mass: Specific Molecular Imaging of Transcriptome and Proteome by Mass Spectrometry Based on Photocleavable Tag," J Proteome Res., 6(6):2057-2067 (2007); oi:10.1021/pr0700044.
Lind, K. & Kubista, M., "Development and evaluation of three real-time immuno-PCR assemblages for quantification of PSA," Journal of Immunological Methods, 304:107-116 (2005).
"Membrane permeability," last updated Jul. 9, 2020, https://phys.libretexts.org/Courses/University_of_California_Davis/UCD%3A_Biophysics_241_-_Membrane_Biology/04%3A_Membrane-Protein_Interactions/4.01%3A_Membrane_Permeability; 5 pages.
Steemers, F. J. et al., "Screening unlabeled DNA targets with randomly ordered fiber-optic gene arrays," Nature Biotechnology, 18:91-94 (2000).
"Strategies for Detecting mRNA Northern blotting, Nuclease Protection Assays, In Situ hybridization, and RT-PCR," ThermoFisher Scientific. Printed on Sep. 22, 2021, 2 pages.
Thiery-Lavenant, G. et al., "Targeted Multiplex Imaging Mass Spectrometry in Transmission Geometry for Subcellular Spatial Resolution," Journal of the American Society for Mass Spectrometry, 24:609-614 (2013).
Ullal, A. V. et al., "Cancer cell profiling by barcoding allows multiplexed protein analysis in fine needle aspirates," Science Translational Medicine, 6(219):219ra9 (2015), 22 pages, doi: 10.1126/scitranslmed.3007361.
Werner, J. H. et al., Current status of DNA sequencing by single molecule detection, Proc. SPIE 3602, Advances in Fluorescence Sensing Technology IV, pp. 355-366 (1999).
Zinchuk, V. et al., "Quantitative Colocalization Analysis of Multicolor Confocal Immunofluorescence Microscopy Images: Pushing Pixels to Explore Biological Phenomena," The Japan Society of Histochemistry and Cytochemistry, 40(4):101-111 (2007).
Zollinger, D. et al., "Abstract 3434: Digital spatial profiling platform allows for spatially resolved, high-plex quantification of mRNA distribution and abundance on FFPE and fresh frozen tissue sections," AACR Annual Meeting, Apr. 14-18, 2018, 2 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20

| Protein Immuno-oncology Panel (30-plex) |
|---|
| AKT |
| B7-H3 |
| Bcl-2 |
| Beta-2-microglobulin |
| Beta-Catenin |
| CD14 |
| CD19 |
| CD3 |
| CD4 |
| CD44 |
| CD45 |
| CD45RO |
| CD56 |
| CD68 |
| CD8A |
| FOXP3 |
| GZMB |
| Histone H3 |
| Ki67 |
| CD20 |
| P-AKT |
| PanCK |
| PD1 |
| PD-L1 |
| S6 |
| STAT3 |
| P-STAT3 |
| VISTA |
| IgG Rabbit isotype control |
| IgG Mouse isotype control |

FIG. 21A



**FIG. 21B**



**FIG. 21C**



FIG. 21D

| RNA Immuno-oncology Panel (20-plex) |
| --- |
| CD3E |
| CD3G |
| CD4 |
| CD20 |
| CD40 |
| CD45 |
| CD74 |
| CD79A |
| CTLA4 |
| GAPDH |
| KRT13 |
| PD1 |
| PSA |
| RPS6 |
| Negative probe 1 |
| Negative probe 2 |
| Negative probe 3 |
| Negative probe 4 |
| Negative probe 5 |
| Negative probe 6 |

FIG. 22A



FIG. 22B



FIG. 22C



FIG. 22D



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27

ROI selection on TMA



ROI selection in
non-tissue region
(i.e. "Glass")
as negative control

FIG. 28



FIG. 29



**FIG. 30**



FIG. 31



FIG. 32



FIG. 33



FIG. 34

US 11,377,689 B2

1

## CHEMICAL COMPOSITIONS AND USES THEREOF

This application is a continuation of U.S. patent application Ser. No. 16/272,487, filed Feb. 11, 2019. U.S. patent application Ser. No. 16/272,487 claims priority to, and the benefit of, U.S. Provisional Application No. 62/629,180, filed Feb. 12, 2018 and U.S. Provisional Application No. 62/771,212, filed Nov. 26, 2018. The contents of each of the aforementioned patent applications are incorporated herein by reference in their entireties.

### BACKGROUND OF THE INVENTION

#### Sequence Listing

The instant application contains a Sequence Listing which has been submitted in ASCII format via EFS-Web and is hereby incorporated by reference in its entirety. Said ASCII copy, created on Sep. 15, 2021, is named "NATE-037_CO1US_SeqList.txt" and is about 50,062 bytes in size.

### BACKGROUND OF THE INVENTION

Standard immunohistochemical and in situ hybridization methods allow for simultaneous detection of, at most, six to ten protein or nucleic acid targets, with three to four targets being typical. There exists a need for probes, compositions, methods, and kits for simultaneous, multiplexed detection and quantification of protein and/or nucleic acid expression in a user-defined region of a tissue, user-defined cell, and/or user-defined subcellular structure within a cell. Furthermore, there is a need for such systems to be adaptable for use with existing sequencing technologies that are already available to a large number of end users.

### SUMMARY OF THE INVENTION

The present disclosure relates to probes, compositions, methods, and kits for simultaneous, multiplexed, spatial detection and quantification of protein and/or nucleic acid expression in a user-defined region of a tissue, user-defined cell, and/or user-defined subcellular structure within a cell.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) ligating to the released identifier oligonucleotide at least one nucleic acid adapter, wherein the nucleic acid adapter comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, a nucleic acid sequence comprising a unique molecular identifier, a first amplification primer binding site, a second amplification primer binding site and optionally, a constant nucleic acid sequence to minimize ligation bias; (5) amplifying the ligation product produced in step (4); and (6) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

2

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) ligating to the released identifier oligonucleotide at least one nucleic acid adapter, wherein the nucleic acid adapter comprises: a nucleic acid sequence comprising a unique molecular identifier, a first amplification primer binding site, a second amplification primer binding site and optionally, a constant nucleic acid sequence to minimize ligation bias, and wherein at least one of the first or second amplification primer binding sites identifies the specific location of the tissue sample from which the identifier oligonucleotide was released; (5) amplifying the ligation product produced in step (4); and (6) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) ligating to the released identifier oligonucleotide at least one nucleic acid adapter, wherein the nucleic acid adapter comprises: a nucleic acid sequence comprising a unique molecular identifier, a first amplification primer binding site, a second amplification primer binding site and optionally, a constant nucleic acid sequence to minimize ligation bias; (5) amplifying the extension product produced in step (4) using a first amplification primer capable of binding to the first amplification primer binding site and a second amplification primer capable of binding to the second amplification primer binding site, wherein at least one of the amplification primers comprise a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released; and (6) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The nucleic acid adapter of step (4) can be a partially double-stranded nucleic acid molecule. A partially double-stranded nucleic acid adapter can comprise a double-stranded annealed region, a first single-stranded mismatched region and a second single-stranded mismatched region. The first single-stranded mismatched region and the second single stranded mismatched region can be present on opposing sides of the double-stranded annealed region.

The nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can be present in the double-stranded annealed region of a partially double-stranded nucleic acid adapter.

US 11,377,689 B2

**3**

The constant nucleic acid sequence to minimize ligation bias can be present in the double-stranded annealed region of a partially double-stranded nucleic acid adapter.

A unique molecular identifier can be present in at least one of the first or second single-stranded mismatched regions of a partially double-stranded nucleic acid adapter.

The first amplification primer binding site can be present in the first single-stranded mismatched region of a partially double-stranded nucleic acid adapter and the second amplification primer binding site can be present in the second single-stranded mismatched region of the same partially double-stranded nucleic acid adapter.

The methods of the present disclosure described in the preceding can further comprise prior to step (4), performing an end repair reaction. The methods can also further comprise prior to step (4), performing a tailing reaction to attach a single nucleotide overhang to the 3' ends of the identifier oligonucleotide. The methods can further comprise, prior to step (4), performing an end repair reaction and a tailing reaction to attach a single nucleotide overhang to the 3' ends of the identifier oligonucleotide. The tailing reaction and the end repair reaction can be performed sequentially or concurrently.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a first amplification primer binding site, and a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) ligating to the released identifier oligonucleotide at least one nucleic acid adapter, wherein the nucleic acid adapter comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, a nucleic acid sequence comprising a unique molecular identifier, a second amplification primer binding site and, optionally, a constant nucleic acid sequence to minimize ligation bias; (5) amplifying the ligation product produced in step (4); and (6) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises: a first amplification primer binding site and a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) ligating to the released identifier oligonucleotide at least one nucleic acid adapter, wherein the nucleic acid adapter comprises a nucleic acid sequence comprising a unique molecular identifier, a second amplification primer binding site, and a constant nucleic acid sequence to minimize ligation bias; (5) amplifying the extension product produced in step (4) using a first amplification primer capable of binding to the first amplification primer binding site and a second amplification

**4**

primer capable of binding to the second amplification primer binding site, wherein at least one of the amplification primers comprise a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released; and (6) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The nucleic acid adapter of step (4) can be a partially double-stranded nucleic acid molecule. A partially double-stranded nucleic acid adapter can comprise a double-stranded annealed region and a single-stranded mismatched region.

The nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can be present in the double-stranded annealed region of a partially double-stranded nucleic acid adapter.

The constant nucleic acid sequence to minimize ligation bias can be present in the double-stranded annealed region of a partially double-stranded nucleic acid adapter. The constant nucleic acid sequence can also comprise a cleavable moiety. The cleavable moiety can be an enzymatically cleavable moiety. The enzymatically cleavable moiety can be a USER sequence.

A unique molecular identifier can be present in the single-stranded mismatched region of a partially double-stranded nucleic acid adapter.

The second amplification primer binding site can be present in the single-stranded mismatched region of a partially double-stranded nucleic acid adapter.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a first amplification primer binding site, and a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a single stranded nucleic acid template, wherein the nucleic acid template comprises a region complementary to the unique nucleic acid sequence of the identifier oligonucleotide, a nucleic acid sequence comprising a unique molecular identifier, a nucleic acid sequence complementary to a second amplification primer binding site and optionally, an affinity molecule; (5) extending the identifier oligonucleotide of step (4) to form an extension product complementary to the single stranded nucleic acid template, wherein the extension product comprises the identifier oligonucleotide, the nucleic acid sequence complementary to the unique molecular identifier, and the second amplification primer binding site; (6) amplifying the extension product produced in step (5) using a first amplification primer capable of binding to the first amplification primer binding site and a second amplification primer capable of binding to the second amplification primer binding site, wherein at least one of the amplification primers comprise a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released; (7) Identifying the released identifier oligonucleotide by sequencing the amplified products pro-

US 11,377,689 B2

5

duced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a first amplification primer binding site and a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a single stranded nucleic acid template, wherein the nucleic acid template comprises a region complementary to the unique nucleic acid sequence of the identifier oligonucleotide, a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, a nucleic acid sequence comprising a unique molecular identifier, a nucleic acid sequence complementary to a second amplification primer binding site and optionally, an affinity molecule; (5) extending the identifier oligonucleotide of step (4) to form an extension product complementary to the single stranded nucleic acid template, wherein the extension product comprises the identifier oligonucleotide, the nucleic acid sequence complementary to the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, the nucleic acid sequence complementary to the unique molecular identifier and the second amplification primer binding site; (6) amplifying the extension product produced in step (5); and (7) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The single stranded nucleic acid template can further comprise an affinity molecule. In aspects in which the single stranded nucleic acid template comprises an affinity molecule, the methods of the present disclosure described in the preceding can further comprise an affinity purification step between steps (4) and (5).

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and a first amplification primer binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a unique molecular identifier and a second amplification primer binding site, and wherein the first the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the

6

second nucleic acid probes are adjacent but not overlapping; (5) performing nick repair such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide and a first amplification primer binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide and a second amplification primer binding site, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence comprising a unique molecular identifier, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent but not overlapping; (5) performing nick repair such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and a first amplification primer binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a unique molecular identifier and a second amplification primer binding site, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first

US 11,377,689 B2

7 8

and the second nucleic acid probes are not adjacent and are not overlapping; (5) performing a gap extension and nick repair reaction such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide and a first amplification primer binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide and a second amplification primer binding site, and wherein at least one of the first or second nucleic acid probes comprises a unique nucleic acid sequence comprising a unique molecular identifier, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are not adjacent and are not overlapping; (5) performing a gap extension and nick repair reaction such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

In aspects in which the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released is located on the first nucleic acid probe, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can be located 5' to the first amplification primer binding site.

In aspects in which a unique molecular identifier is located on the second nucleic acid probe, the unique molecular identifier can be located 3' to the second amplification primer binding site.

In aspects in which the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and a unique molecular identifier are present in the first nucleic acid probe, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and a unique molecular identifier can be located 5' to the first amplification primer binding site.

In aspects in which the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and a

unique molecular identifier are present in the second nucleic acid probe, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and the unique molecular identifier can be located 3' to the second amplification primer binding site.

In aspects in which a unique molecular identifier is present in the first nucleic acid probe and the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released is present in the second nucleic acid probe, the unique molecular identifier can be located 5' to the first amplification primer binding site and the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can be located 3' to the second amplification primer binding site.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, a first amplification primer binding site, a nucleic acid sequence comprising a first unique molecular identifier and a first flow cell binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a second unique molecular identifier, a nucleic acid sequence comprising a third unique molecular identifier and a second flow cell binding site, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent but not overlapping; (5) performing nick repair such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a first ampli-

US 11,377,689 B2

9                                                                                    10

fication primer binding site, a nucleic acid sequence comprising a first unique molecular identifier and a first flow cell binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a second unique molecular identifier and a second flow cell binding site, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence comprising a third unique molecular identifier, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent but not overlapping; (5) performing nick repair such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to the identifier oligonucleotide, a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, a first amplification primer binding site, a nucleic acid sequence comprising a first unique molecular identifier and a first flow cell binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to the identifier oligonucleotide, a nucleic acid sequence comprising a second unique molecular identifier, a nucleic acid sequence comprising a third unique molecular identifier and a second flow cell binding site, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are not adjacent and are not overlapping; (5) performing a gap extension and nick repair reaction such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue

sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises a nucleic acid complementary to the identifier oligonucleotide, a first amplification primer binding site, a nucleic acid sequence comprising a first unique molecular identifier and a first flow cell binding site, and wherein the second nucleic acid probe comprises a nucleic acid complementary to the identifier oligonucleotide, a nucleic acid sequence comprising a second unique molecular identifier and a second flow cell binding site, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence comprising a third unique molecular identifier, and wherein at least one of the first or second nucleic acid probes comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are not adjacent and are not overlapping; (5) performing a gap extension and nick repair reaction such that the hybridized first and second nucleic acid probes are ligated together; (6) amplifying the ligation product produced in step (5); and (7) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

In aspects in which the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and the first unique molecular identifier are present in the first nucleic acid probe, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and the first unique molecular identifier can be located 5' to the first flow cell binding site.

In aspects in which the second and the third unique molecular identifiers are present in the second nucleic acid probe, the second and the third unique molecular identifiers can be located 3' to the second flow cell binding site.

In some aspects, the first unique molecular identifier can be present in the first nucleic acid probe and can be located 5' to the first flow cell binding site. In other aspects, the second unique molecular identifier can be present in the second nucleic acid probe and can be located 3' to the second flow cell binding site.

In some aspects, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and the third unique molecular identifier can be present in the first nucleic acid probe and can be located 5' to the first flow cell binding site.

In some aspects, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and the third unique molecular identifier can be present in the second nucleic acid probe and can be located 3' to the second flow cell binding site.

In some aspect, the third unique molecular identifier can be present in the first nucleic acid probe and can be located 5' to the first flow cell binding site. In this same aspect, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can be present in the second nucleic acid probe and can be located 3' to the second flow cell binding site.

US 11,377,689 B2

11

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain, a nucleic acid sequence comprising a unique molecular identifier, a first amplification primer binding site, and a second amplification primer binding site; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) amplifying the released identifier oligonucleotide using a first amplification primer capable of binding to the first amplification primer binding site and a second amplification primer capable of binding to the second amplification primer binding site, wherein at least one of the amplification primers comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released; (5) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure also provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain, a first amplification primer binding site and a second amplification primer binding site; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) amplifying the released identifier oligonucleotide using a first amplification primer capable of binding to the first amplification primer binding site and a second amplification primer capable of binding to the second amplification primer binding site, wherein at least one of the amplification primers comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released, and wherein at least one of the amplification primers comprises a nucleic acid sequence comprising a unique molecular identifier; and (5) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain and a capture probe binding site; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a capture probe, wherein the capture probe comprises an affinity molecule and a region complementary to the capture probe binding site; and (5) Identifying the

12

released identifier oligonucleotide by sequencing the amplified hybridized product produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain, a capture probe binding site and a multiplexing probe binding site; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a capture probe and a multiplexing probe, wherein the capture probe comprises an affinity molecule and a region complementary to the capture probe binding site, and wherein the multiplexing probe comprises a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released and a region complementary to the multiplexing probe binding site; and (5) Identifying the released identifier oligonucleotide by sequencing the hybridized product produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe, wherein the first nucleic acid probe comprises: a nucleic acid complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a unique molecular identifier, a first amplification primer binding site, and wherein the second nucleic acid probe comprises: a nucleic acid complementary to a portion of the identifier oligonucleotide, and a second amplification primer binding site, and wherein the first and the second nucleic acid probes hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent but not overlapping; (5) ligating the hybridized first and second nucleic acid probes together; (6) amplifying the ligation product produced in step (5); and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

The present disclosure provides a method for spatially detecting at least one target analyte in at least one cell from a tissue sample comprising: (1) contacting at least one target analyte in at least one cell in a tissue sample with at least one probe comprising a target binding domain and an identifier oligonucleotide, wherein the identifier oligonucleotide comprises: a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain, a nucleic acid sequence comprising a unique molecular identifier, a first amplification primer binding site, and a second ampli-

US 11,377,689 B2

13

fication primer binding site; (2) providing a force to a location of the tissue sample sufficient to release the identifier oligonucleotide; (3) collecting the released identifier oligonucleotide; (4) amplifying the collected identifier oligonucleotide; (5) Identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

A In all methods of the present disclosure, the ligation process can be a nick ligation process. The nick ligation process can be a nick repair process.

In all methods of the present disclosure, the sequencing can be an enzyme free sequencing method.

In all methods of the present disclosure, the identifier oligonucleotide can be double-stranded. In aspects in which the identifier oligonucleotide is double-stranded, at least one of the two strands of the identifier oligonucleotide can comprise at least two separate nucleic acid molecules. Alternatively, at least one 3' end of an identifier oligonucleotide can comprise a single nucleotide overhang.

In all methods of the present disclosure, the identifier oligonucleotide can be single-stranded.

In all methods of the present disclosure, the unique nucleic acid sequence which identifies the target analyte bound to a target binding domain can comprise between about 5 nucleotides and about 40 nucleotides preferably about 35 nucleotides, preferably still about 10 nucleotides.

In all methods of the present disclosure, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can comprise between about 6 nucleotides and about 15 nucleotides, preferably about 12 nucleotides, preferably still about 10 nucleotides.

In all methods of the present disclosure, at least one of a first nucleic acid probe or a second nucleic acid probe can comprise an affinity molecule. For example, at least one of a first nucleic acid probe or a second nucleic acid probe can comprise a biotin.

In all methods of the present disclosure, an amplification primer binding site can comprise between about 18 nucleotides and about 40 nucleotides, preferably about 32 nucleotides, preferably still about 25 nucleotides. An amplification primer binding site can comprise an i7 sequence, wherein an the i7 sequence comprises the sequence set forth in SEQ ID NO: 1. An amplification primer binding site can comprise an i5 sequence, wherein the i5 sequence comprises the sequence set forth in SEQ ID NO: 2.

In all methods of the present disclosure, an amplification primer can comprise a flow cell adapter sequence, wherein the flow cell adapter sequence is suitable for sequencing. An amplification primer can comprise a P5 flow cell adapter sequence, wherein the P5 flow cell adapter sequence comprises the sequence set forth in SEQ ID NO: 3. An amplification primer can comprise a P7 flow cell adapter sequence, wherein the P7 flow cell adapter sequence comprises the sequence set forth in SEQ ID NO: 4.

In all methods of the present disclosure, a flow cell binding site can comprise a flow cell adapter sequence, wherein the flow cell adapter sequence is suitable for sequencing. A flow cell binding site can comprise a P5 flow cell adapter sequence, wherein the P5 flow cell adapter sequence comprises the sequence set forth in SEQ ID NO: 3. A flow cell binding site can comprise a P7 flow cell adapter sequence, wherein the P7 flow cell adapter sequence comprises the sequence set forth in SEQ ID NO: 4.

14

In all methods of the present invention, at least one of the amplification primers can comprise an affinity molecule. For example, at least one of the amplification primers cam comprise a biotin.

In all methods of the present disclosure, amplification can comprise performing PCR. Performing PCR can comprise an amplification primer.

An amplification primer can comprise a flow cell binding site. An amplification primer can comprise a nucleic sequence which identifies the specific location of the tissue sample from which an identifier oligonucleotide was released. An amplification primer can comprise a nucleic acid sequence complementary to an amplification primer binding site.

Any of the above aspects can be combined with any other aspect.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure belongs. In the Specification, the singular forms also include the plural unless the context clearly dictates otherwise; as examples, the terms "a," "an," and "the" are understood to be singular or plural and the term "or" is understood to be inclusive. By way of example, "an element" means one or more element. Throughout the specification the word "comprising," or variations such as "comprises" or "comprising," will be understood to imply the inclusion of a stated element, integer or step, or group of elements, integers or steps, but not the exclusion of any other element, integer or step, or group of elements, integers or steps. About can be understood as within 10%, 9%, 8%, 7%, 6%, 5%, 4%, 3%, 2%, 1%, 0.5%, 0.1%, 0.05%, or 0.01% of the stated value. Unless otherwise clear from the context, all numerical values provided herein are modified by the term "about."

Although methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present disclosure, suitable methods and materials are described below. All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. The references cited herein are not admitted to be prior art to the claimed invention. In the case of conflict, the present Specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and are not intended to be limiting. Other features and advantages of the disclosure will be apparent from the following detailed description and claim.

BRIEF DESCRIPTION OF THE DRAWINGS

The patent or application file contains at least one drawing executed in color. Copies of this patent or patent application publication with color drawings will be provided by the Office upon request and payment of the necessary fee.

The above and further features will be more clearly appreciated from the following detailed description when taken in conjunction with the accompanying drawings.

FIG. 1 is a schematic of a two-ended adapter ligation method of the present disclosure.

FIG. 2 is a schematic of a one-ended adapter ligation method of the present disclosure.

FIG. 3 is a schematic of a template-primer extension method of the present disclosure.

FIG. 4 is a schematic of a template-extended identifier oligonucleotide of the present disclosure.

FIG. **5** is a schematic of a short probe hybridization method of the present disclosure.

FIG. **6** is a schematic of a short probe hybridization method of the present disclosure.

FIG. **7** is a schematic of a short probe hybridization method of the present disclosure.

FIG. **8** is a schematic of a long probe hybridization method of the present disclosure.

FIG. **9** is a schematic of a long probe hybridization method of the present disclosure.

FIG. **10** is a schematic of a long probe hybridization method of the present disclosure.

FIG. **11** is a schematic of a direct-PCR method of the present disclosure.

FIG. **12** is a schematic of an enzyme free method of the present disclosure.

FIG. **13** is a schematic of a multiplexed enzyme free method of the present disclosure.

FIG. **14** is a schematic of a probe of the present disclosure indirectly binding to a target nucleic acid.

FIG. **15** is a schematic of an identifier oligonucleotide-short nucleic acid probe complex of the present disclosure.

FIG. **16** is a schematic of a short probe hybridization method of the present disclosure.

FIG. **17** is a schematic of an identifier oligonucleotide-short nucleic acid probe complex of the present disclosure.

FIG. **18** is a schematic of a short probe hybridization method of the present disclosure.

FIG. **19** is a schematic of a direct-PCR method of the present disclosure.

FIG. **20** is a schematic overview of the methods of the present disclosure.

FIG. **21**A, FIG. **21**B, FIG. **21**C and FIG. **21**D show the spatial detection of protein target analytes using the methods of the present disclosure.

FIG. **22**A, FIG. **22**B, FIG. **22**C and FIG. **22**D show the spatial detection of RNA target analytes using the methods of the present disclosure.

FIG. **23** shows the spatial detection of protein target analytes using the methods of the present disclosure.

FIG. **24** shows the spatial detection of RNA target analytes using the methods of the present disclosure.

FIG. **25** shows the spatial detection of protein target analytes using the methods of the present disclosure.

FIG. **26** is a schematic of a probe of the present disclosure. The nucleic acid sequence shown in FIG. **26** corresponds to SEQ ID NO: 175.

FIG. **27** shows the use of probe tiling in the methods of the present disclosure.

FIG. **28** shows the regions of interest selected on a tissue microarray.

FIG. **29** is a series of graphs showing the read depth achieved using the methods of the present disclosure.

FIG. **30** is a series of graphs showing the spatial detection of RNA target analytes in negative control samples using the methods of the present disclosure.

FIG. **31** is a series of graphs showing the spatial detection of RNA target analytes in a HEK293 sample (top panel) and a Jurkat cell sample (bottom panel) using the methods of the present disclosure.

FIG. **32** is a series of graphs showing the spatial detection of RNA target analytes in sixteen FFPE samples using the methods of the present disclosure.

FIG. **33** is a graph showing the spatial detection of RNA target analytes in a HEK293 sample using the methods of the present disclosure.

FIG. **34** is a graph showing the spatial detection of RNA target analytes in a Jurkat cell sample using the methods of the present disclosure.

## DETAILED DESCRIPTION OF THE INVENTION

The present disclosure is based in part on probes, compositions, methods, and kits for simultaneous, multiplexed spatial detection and quantification of protein and/or nucleic acid expression in a user-defined region of a tissue, user-defined cell, and/or user-defined subcellular structure within a cell using existing sequencing methods.

The present disclosure provides a comparison of the identity and abundance of target proteins and/or target nucleic acids present in a first region of interest (e.g., tissue type, a cell (including normal and abnormal cells), and a subcellular structure within a cell) and the identity and abundance of target proteins and/or target nucleic acids present in a second region of interest. There is no pre-defined upper limit to the number of regions of interest and comparisons that can be made; the upper limit relates to the size of the region of interest relative the size of the sample. As examples, when a single cell represents a region of interest, then a section may have hundreds to thousands of regions of interest; however, if a tissue section includes only two cell types, then the section may have only two regions of interest (each including only one cell type).

The present disclosure provides a higher degree of multiplexing than is possible with standard immunohistochemical or in situ hybridization methods. Standard immunohistochemical methods allow for maximal simultaneous detection of six to ten protein targets, with three to four protein targets being more typical. Similarly, in situ hybridization methods are limited to simultaneous detection of fewer than ten nucleic acid targets. The present disclosure provides detection of large combinations of nucleic acid targets and/or protein targets from a defined region of a sample. The present disclosure provides an increase in objective measurements by digital quantification and increased reliability and consistency, thereby enabling comparison of results among multiple centers.

Various compositions and methods of the present disclosure are described in full detail herein.

In one aspect, the present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "two-ended adapter ligation method".

A two ended-adapter ligation method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure. The probes and samples of the present disclosure are described in further detail herein. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain.

US 11,377,689 B2

17                                                                18

Following contacting the at least on target analyte with the at least one probe, a two-ended adapter ligation method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of the identifier oligonucleotide, a two-ended adapter ligation method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location, thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of the released identifier oligonucleotide, a two-ended adapter ligation method can further comprise: (4) ligating to the released identifier oligonucleotide collected in step (3) at least one nucleic acid adapter.

The nucleic acid adapter can comprise a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. For example, if the identifier oligonucleotide was released from location of the sample designated "ROI #1", the nucleic acid adapter would comprise a nucleic acid sequence that corresponds to "ROI #1".

The nucleic acid adapter can also comprise a unique molecular identifier.

The nucleic acid adapter can also comprise a first amplification primer binding site. In other aspects, the nucleic acid adapter can also comprise a second amplification primer binding site.

In some aspects, the nucleic acid adapter can also comprise a constant nucleic acid sequence to minimize ligation bias caused by differences in sequences of particular identifier oligonucleotides.

The nucleic acid adapter can be a partially double-stranded nucleic acid molecule. In aspects in which the nucleic acid adapter is partially double-stranded, the nucleic acid adapter comprises a double-stranded annealed region, a first single-stranded mismatched region, and a second single-stranded mismatched region. The first single-stranded mismatched region and the second single stranded mismatched region can be present on opposing sides of the double-stranded annealed region.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released, the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released can be present in the double-stranded annealed region of the nucleic acid adapter.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a constant nucleic acid sequence to minimize ligation bias, the constant nucleic acid sequence to minimize ligation bias can be present in the double-stranded annealed region of the nucleic acid adapter.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a unique molecular identifier, the unique molecular identifier can be present in at least one of the first or second single-stranded mismatched regions of the nucleic acid adapter.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a first and a second amplification primer binding site, the first amplification primer binding site can be present in the first single-stranded mismatched region of the nucleic acid adapter and the second amplification primer binding site can be present in the second single-stranded mismatched region of the nucleic acid adapter.

After ligation of the at least one nucleic acid adapter, a two-ended adapter ligation method can further comprise: (5) amplifying the ligation product produced in step (4) using amplification primers that bind to the first and second amplification primer binding sites; and (6) identifying the released oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the sample.

A two-ended adapter ligation method of the present disclosure can further comprise, prior to step (4), performing an end repair reaction using methods known in the art. The method can also further comprise, prior to step (4), performing a tailing reaction to attach a single nucleotide overhang to the 3' ends of the identifier oligonucleotide using methods known in the art. In aspects, the end repair reaction and the tailing reaction can be performed sequentially or concurrently.

In preferred aspects of a two-ended adapter ligation method, a nucleic acid adapter is ligated to both ends of the released and collected identifier oligonucleotide.

In other aspects of a two-ended adapter ligation method, at least one of the amplification primers used in step (5) to amplify the ligation product produced in step (4) comprises a nucleic acid sequence which identifies the specific location of the tissue sample form which the identifier oligonucleotide was released. For example, if the identifier oligonucleotide was released from location of the sample designated "ROI #1", at least one of the amplification primers would comprise a nucleic acid sequence that corresponds to "ROI #1".

FIG. **1** shows a schematic of a preferred aspect of a two-ended adapter ligation method of the present disclosure. In this aspect, the probe comprises a target binding domain comprising an antibody that binds to a target protein. In the upper left panel, the probe binds to the target protein. In the upper right panel, a UV photo-cleavable linker located between the target binding domain and the identifier oligonucleotide is cleaved, releasing the identifier oligonucleotide. The identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target protein bound to the target binding domain. In the bottom panel, a nucleic acid adapter is ligated to both ends of the identifier oligonucleotide. In this non-limiting example, the nucleic acid adapter is partially double-stranded and comprises a double-stranded annealed region, a first single-stranded mismatched region, and a second single-stranded mismatched region. Present in the double-stranded annealed region is a constant nucleic acid sequence to minimize ligation bias and a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. Present in the first single-stranded mismatched region is a first amplification primer binding site. Present in the second single-stranded mismatched region is a unique molecular identifier and a second amplification primer binding site. Following ligation of the nucleic acid adapters to the identifier oligonucleotide, the product is amplified using amplification primers that bind the first and the second

US 11,377,689 B2

**19**

amplification primer binding sites and sequenced to identify the target protein bound by the probe.

In one aspect, the present disclosure provides a composition of an identifier oligonucleotide dually ligated to two nucleic acid adapters for spatially detecting at least one target analyte in a sample. An identifier oligonucleotide dually ligated to two nucleic acid adapters comprises an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which is capable of identifying a target analyte in a sample. Each end of the identifier oligonucleotide is attached to a nucleic acid adapter molecule, wherein the nucleic acid adapter molecule is partially double-stranded and comprises a double-stranded annealed region, a first single-stranded mismatched region and a second single-stranded mismatched region. The first single-stranded mismatched region and the second single stranded mismatched region are present on opposing sides of the double-stranded annealed region. The double-stranded mismatch region comprises a constant nucleic acid sequence to minimize ligation bias and a nucleic acid sequence nucleic acid sequence which is capable of identifying a specific location of a sample. The first single-stranded mismatched region comprises a first amplification primer binding site. The second single-stranded mismatched region comprises a second amplification primer binding site and a nucleic acid sequence comprising a unique molecular identifier. A schematic of an identifier oligonucleotide dually ligated to two nucleic acid adapters is shown in the bottom panel of FIG. **1**.

In another aspect, the present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "one-ended adapter ligation method".

A one-ended adapter ligation method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain. The identifier oligonucleotide can also comprise a first amplification primer binding site. In some aspects, the identifier oligonucleotide also comprises at least one 3' end with a single nucleotide overhang.

Following contacting the at least one target analyte with the at least one probe, a one-ended adapter ligation method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of the identifier oligonucleotide, a one-ended adapter ligation method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that

**20**

location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of the released identifier oligonucleotide, a one-ended adapter ligation method can further comprise: (4) ligating to the released oligonucleotide collected in step (3) at least one nucleic acid adapter;

The nucleic acid adapter can comprise a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. For example, if the identifier oligonucleotide was released from location of the sample designated "ROI #1", the nucleic acid adapter would comprise a nucleic acid sequence that corresponds to "ROI #1". The nucleic acid adapter can also comprise a unique molecular identifier. The nucleic acid adapter can also comprise a second amplification primer binding site.

In some aspects, the nucleic acid adapter can also comprise a constant nucleic acid sequence to minimize ligation bias caused by differences in sequences of particular identifier oligonucleotides. The constant nucleic acid sequence can comprise a cleavable moiety. The cleavable moiety can be enzymatically cleavable. In a non-limiting example, the enzymatically cleavable moiety can be a USER sequence, wherein the USER sequence comprises the sequence GUGUAUUG.

The nucleic acid adapter can comprise any combination of the features described above.

The nucleic acid adapter can be a partially double-stranded nucleic acid molecule. In aspects in which the nucleic acid adapter is partially double-stranded, the nucleic acid adapter comprises a double-stranded annealed region and a single-stranded mismatched region.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released, the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released can be present in the double-stranded annealed region of the nucleic acid adapter.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a constant nucleic acid sequence to minimize ligation bias, the constant nucleic acid sequence to minimize ligation bias can be present in the double-stranded annealed region of the nucleic acid adapter.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a unique molecular identifier, the unique molecular identifier can be present in the single-stranded mismatched region.

In aspects in which the nucleic acid adapter is partially double-stranded and comprises a second amplification primer binding site, the second amplification primer binding site can be present in the single-stranded mismatched region of the nucleic acid adapter.

After ligation of the at least one nucleic acid adapter, a two-ended adapter ligation method can further comprise: (5) amplifying the ligation product produced in step (4); and (6) identifying the released oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the sample.

In other aspects of a one-ended adapter ligation method of the present disclosure, at least one of the amplification primers used in step (5) to amplify the ligation product

US 11,377,689 B2

21                                                  22

produced in step (4) comprises a nucleic acid sequence which identifies the specific location of the tissue sample form which the identifier oligonucleotide was released. For example, if the identifier oligonucleotide was released from location of the sample designated "ROI #1", at least one of the amplification primers would comprise a nucleic acid sequence that corresponds to "ROI #1".

FIG. **2** shows a schematic of a preferred aspect of a one-ended adapter ligation method of the present disclosure. In this aspect, the probe comprises a target binding domain that is an antibody that binds to a target protein. In the upper left panel, the probe binds to the target protein. In upper right panel, the UV photo-cleavable linker located between the target binding domain and the identifier oligonucleotide is cleaved, releasing the identifier oligonucleotide. The identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target protein and a first amplification primer binding site. In this non-limiting example, the identifier oligonucleotide is double-stranded with one strand that comprises three separate nucleic acid molecules. The identifier oligonucleotide also comprises one 3' end with a single nucleotide overhang.

In the bottom panel of FIG. **2**, a nucleic acid adapter is ligated to the end of the identifier oligonucleotide that comprises the 3' single nucleotide overhang. In this non-limiting example, the nucleic acid adapter is partially double-stranded and comprises a double-stranded annealed region and a single-stranded mismatched region. Present in the double-stranded annealed region is a constant nucleic acid sequence to minimize ligation bias and a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. Present in the single-stranded mismatched region is a unique molecular identifier and a second amplification primer binding site. Following ligation of the nucleic acid adapter to the identifier oligonucleotide, the product is amplified using amplification primers that bind to the first and the second amplification primer binding sites and sequenced to identify the target protein bound by the probe.

In one aspect, the present disclosure provides a composition of an identifier oligonucleotide ligated to one nucleic acid adapter for spatially detecting at least one target analyte in a sample. An identifier oligonucleotide ligated to one nucleic acid adapter comprises an identifier oligonucleotide, wherein the identifier oligonucleotide comprises a unique nucleic acid sequence which is capable of identifying a target analyte in a sample and a first amplification primer binding site. One end of the identifier oligonucleotide is attached to a nucleic acid adapter molecule, wherein the nucleic acid adapter molecule is partially double-stranded and comprises a double-stranded annealed region and a single-stranded mismatched region and a second single-stranded mismatched region. The double-stranded mismatch region comprises a constant nucleic acid sequence to minimize ligation bias and a nucleic acid sequence nucleic acid sequence which is capable of identifying a specific location of a sample. The single-stranded mismatched region comprises a second amplification primer binding site. A schematic of an identifier oligonucleotide ligated to one nucleic acid adapter is shown in the bottom panel of FIG. **2**.

In another aspect, the present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "templated-primer extension method".

A templated-primer extension method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain. The identifier oligonucleotide can also comprise a first amplification primer binding site.

Following contacting the at least one target analyte with the at least one probe, a templated-primer extension method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of the identifier oligonucleotide, a templated-primer extension method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of the released identifier oligonucleotide, a templated-primer extension method can further comprise: (4) hybridizing to the released identifier oligonucleotide collected in step (3) a single stranded nucleic acid template.

The single stranded nucleic acid template can comprise a region complementary to the unique nucleic acid sequence of the identifier oligonucleotide, thereby allowing for the hybridization of the single stranded nucleic acid template and the collected identifier oligonucleotide.

The single stranded nucleic acid template can also comprise a nucleic acid sequence comprising a unique molecular identifier.

The single stranded nucleic acid template can also comprise a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released.

The single stranded nucleic acid template can also comprise a nucleic acid sequence that is complementary to a second amplification primer binding site.

The single stranded nucleic acid template can comprise any combination of the features described above.

Following hybridization of the identifier oligonucleotide to the single stranded nucleic acid template, a templated-primer extension method can further comprise: (5) extending the identifier oligonucleotide of step (4) to form an extension produce complementary to the single stranded nucleic acid template, wherein the extension product comprises the identifier oligonucleotide and the sequence complementary to the single stranded nucleic acid template; (6) amplifying the extension product of step (6) using amplification primers that hybridize to the first and second

US 11,377,689 B2

23

amplification primer binding sites; and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the sample.

In some aspects, the single stranded nucleic acid template can comprise an affinity molecule. In aspects in which the single stranded nucleic acid template comprises an affinity molecule, a templated-primer extension method can further comprise an affinity purification step between steps (4) and (5).

FIG. **3** shows a schematic of a preferred aspect of a templated-primer extension method of the present disclosure. In this aspect, the probe comprises a target binding domain that is an antibody that binds to a target protein. In the upper left panel, the probe binds to the target protein. In upper right panel, the UV photo-cleavable linker located between the target binding domain and the identifier oligonucleotide is cleaved, releasing the identifier oligonucleotide. The identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target protein and a first amplification primer binding site. In the lower right panel, the identifier oligonucleotide is hybridized to a single stranded nucleic acid template. In this non-limiting example, the single-stranded nucleic acid template comprises an affinity molecule, a nucleic acid sequence complementary to the unique nucleic acid sequence of the identifier oligonucleotide, a first unique molecular identifier, and a sequence complementary to a second amplification primer biding site. The identifier oligonucleotide is extended to form an extension product complementary to the single stranded nucleic acid template. As shown in the lower left panel, the extension product comprises the identifier oligonucleotide, the nucleic acid sequence complementary to the first unique molecular identifier, and the second amplification primer binding site. Following the extension reaction, the primer extension product is amplified using amplification primers that bind to the first and the second amplification primer binding sites. In this non-limiting example, one of the amplification primers comprises a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. The amplified product is then sequenced to identify the target protein bound by the probe.

In one aspect, the present disclosure provides a composition of a template-extended identifier oligonucleotide for spatially detecting at least one target analyte in a sample. The template-extended identifier oligonucleotide comprises a first flow cell adapter sequence suitable for sequencing, followed by a first unique molecular identifier, followed by an identifier oligonucleotide, followed by a second unique molecular identifier, followed by a second amplification primer binding site, followed by a third unique molecular identifier, followed by a second flow cell adapter sequence suitable for sequencing. The identifier oligonucleotide comprises a first amplification primer binding site and a unique nucleic acid sequence which is capable of identifying a target analyte in a sample. A schematic of a template-extended identifier oligonucleotide is shown in the bottom panel of FIG. **4**.

In another aspect, the present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "short probe hybridization method".

A short probe hybridization method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure.

24

The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain.

Following contacting the at least one target analyte with the at least one probe, a short probe hybridization method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of the identifier oligonucleotide, a short probe hybridization method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of the released identifier oligonucleotide, a short probe hybridization method can further comprise: (4) hybridizing to the release identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe.

The first or the second nucleic acid probe can comprise a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. The first or the second nucleic acid probe can also comprise a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. The first or the second nucleic acid probe can also comprise a nucleic acid sequence comprising unique molecular identifier. The first nucleic acid probe can comprise a first amplification primer binding site. The second nucleic acid probe can comprise a second amplification primer binding site.

The first or the second nucleic acid probe can comprise any combination of the features described above. In a preferred aspect depicted in FIG. **5**, the first nucleic acid probe comprises a first amplification primer binding site, a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the identifier oligonucleotide. In the same preferred aspect, the second nucleic acid probe comprises a second amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this preferred aspect, the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released is located 5' to the first amplification primer binding site and the unique molecular identifier is located 3' to the second amplification primer binding site.

In another preferred aspect depicted in FIG. **6**, the first nucleic acid probe comprises a first amplification primer

25 26

binding site, a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this same preferred aspect, the second nucleic acid probe comprises a second amplification primer binding site and a nucleic acid sequence complementary to the identifier oligonucleotide. In this preferred aspect, the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and the unique molecular identifier are located 5' to the first amplification primer binding site.

In another preferred aspect depicted in FIG. 7, the first nucleic acid probe comprises a first amplification primer binding site and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this same preferred aspect, the second nucleic acid probe comprises a second amplification primer binding site, a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to the identifier oligonucleotide. In this preferred aspect, the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and the unique molecular identifier are located 3' to the second amplification primer binding site.

In another preferred aspect depicted in FIG. 15, the first nucleic acid probe comprises a first amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In the same preferred aspect, the second nucleic acid probe comprises a second amplification primer binding site and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this preferred aspect, the nucleic acid sequence comprising a unique molecular identifier is located 3' to the first amplification binding site.

In another preferred aspect depicted in FIG. 17, the first nucleic acid probe comprises a first amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In the same preferred aspect, the second nucleic acid probe comprises a second amplification primer binding site and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this preferred aspect, the nucleic acid sequence comprising a unique molecular identifier is located 5' to the first amplification binding site.

The first nucleic acid probe and the second nucleic acid probe can hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent and are not overlapping. Alternatively, the first nucleic acid probe and the second nucleic acid probe can hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are not adjacent and are not overlapping.

Following hybridization of the first and the second nucleic acid probe to the identifier oligonucleotide, a short probe hybridization method can further comprise: (5) in the aspect in which the first and the second nucleic acid probe hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent and are not overlapping, ligating the first and the second nucleic acid probes together, for example, by performing a nick repair reaction. Alternatively, in the aspect in which the first and the second nucleic acid probe hybridize to the identifier oligonucleotide

such that the first and the second nucleic acid probes are not adjacent and are not overlapping, the method comprises ligating the first and the second nucleic acid probes together, for example, by performing a gap extension reaction and a nick repair reaction, such that the first and the second nucleic acid probes are ligated together.

Following ligation of the first and the second nucleic acid probe, a short probe hybridization method can further comprise: (6) amplifying the ligation product produced in step (5) using amplification primers that hybridize to the first and second amplification primer binding sites; and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the sample.

In one aspect, the present disclosure provides a composition of an identifier oligonucleotide-short nucleic acid probe complex for spatially detecting at least one target analyte in a sample. An identifier oligonucleotide-short nucleic acid probe complex comprises an identifier oligonucleotide hybridized to a first nucleic acid probe and a second nucleic acid probe. The identifier oligonucleotide comprises a unique nucleic acid sequence capable of identifying a target analyte in a sample. The first nucleic acid probe comprises a first amplification primer binding site, followed by a unique nucleic acid sequence capable of identifying a specific location in a sample, followed by a region complementary to the identifier oligonucleotide. The second nucleic acid probe comprises a second amplification primer binding site, followed by a nucleic acid sequence comprising a unique molecular identifier, followed by a region complementary to the identifier oligonucleotide. A schematic of an identifier oligonucleotide-short nucleic acid probe complex is depicted in FIG. 5.

In one aspect, the present disclosure provides a composition of an identifier oligonucleotide-short nucleic acid probe complex for spatially detecting at least one target analyte in a sample. An identifier oligonucleotide-short nucleic acid probe complex comprises an identifier oligonucleotide hybridized to a first nucleic acid probe and a second nucleic acid probe. The identifier oligonucleotide comprises a unique nucleic acid sequence capable of identifying a target analyte in a sample. The first nucleic acid probe comprises a first amplification primer binding site, followed by a nucleic acid sequence comprising a unique molecular identifier, followed by a region complementary to the identifier oligonucleotide, wherein the nucleic acid sequence comprising a unique molecular identifier is located 3' to the first amplification primer binding site. The second nucleic acid probe comprises a second amplification primer binding site followed by a region complementary to the identifier oligonucleotide. A schematic of an identifier oligonucleotide-short nucleic acid probe complex is depicted in FIG. 15.

In one aspect, the present disclosure provides a composition of an identifier oligonucleotide-short nucleic acid probe complex for spatially detecting at least one target analyte in a sample. An identifier oligonucleotide-short nucleic acid probe complex comprises an identifier oligonucleotide hybridized to a first nucleic acid probe and a second nucleic acid probe. The identifier oligonucleotide comprises a unique nucleic acid sequence capable of identifying a target analyte in a sample. The first nucleic acid probe comprises a first amplification primer binding site, followed by a nucleic acid sequence comprising a unique molecular identifier, followed by a region complementary to the identifier oligonucleotide, wherein the nucleic acid sequence comprising a unique molecular identifier is located

US 11,377,689 B2

27 28

5' to the first amplification primer binding site. The second nucleic acid probe comprises a second amplification primer binding site followed by a region complementary to the identifier oligonucleotide. A schematic of an identifier oligonucleotide-short nucleic acid probe complex is depicted in FIG. **17**.

FIG. **16** shows a schematic overview of an exemplary short probe hybridization method of the present disclosure. First at least one target analyte in a sample is contacted with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target domain.

Following contacting the at least one target analyte with the at least one probe, a force is then provided to a location of the sample sufficient to release the identifier oligonucleotide. The identifier oligonucleotide is collected following release, as shown in the top panel of FIG. **16**.

As shown in the second panel from the top of FIG. **16**, the released identifier oligonucleotide is then hybridized to a first nucleic acid probe and a second nucleic acid probe. In this non-limiting example, the first nucleic acid probe comprises a first amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. The nucleic acid sequence comprising the unique molecular identifier is located 3' to the first amplification primer binding site. The second nucleic acid probe comprises a second amplification primer binding site and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this non-limiting example, the first and the second nucleic acid probe hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent and are not overlapping. Following hybridization to the identifier oligonucleotide, the first and second probe are ligated together, for example, by performing a nick repair reaction.

Following ligation of the first and second nucleic acid probes, the ligation product is amplified via PCR using amplification primers that hybridize to the first and second amplification primer binding sites. As shown in the second panel from the bottom of FIG. **16**, the amplification primer that hybridizes to the second amplification primer binding site comprises a first flow cell binding site, a first nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the second amplification primer binding site. The amplification primer that hybridizes to the first amplification primer binding site comprises a second flow cell binding site, a second nucleic acid sequence which identifies the specific location from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the first amplification primer binding site. The PCR product shown in the bottom panel of FIG. **16** is then sequenced to identify the released oligonucleotide, thereby spatially detecting the at least one target analyte in the sample.

FIG. **18** shows a schematic overview of an exemplary short probe hybridization method of the present disclosure. First, at least one target analyte in a sample is contacted with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target domain.

Following contacting the at least one target analyte with the at least one probe, a force is then provided to a location of the sample sufficient to release the identifier oligonucleotide. The identifier oligonucleotide is collected following release, as shown in the top panel of FIG. **18**.

As shown in the second panel from the top of FIG. **18**, the released identifier oligonucleotide is then hybridized to a first nucleic acid probe and a second nucleic acid probe. In this non-limiting example, the first nucleic acid probe comprises a first amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. The nucleic acid sequence comprising the unique molecular identifier is located 5' to the first amplification primer binding site. The second nucleic acid probe comprises a second amplification primer binding site and a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. In this non-limiting example, the first and the second nucleic acid probe hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent and are not overlapping. Following hybridization to the identifier oligonucleotide, the first and second probe are ligated together, for example, by performing a nick repair reaction.

Following ligation of the first and second nucleic acid probes, the ligation product is amplified via PCR using amplification primers that hybridize to the first and second amplification primer binding sites. As shown in the second panel from the bottom of FIG. **18**, the amplification primer that hybridizes to the second amplification primer binding site comprises a first flow cell binding site, a first nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the second amplification primer binding site. The amplification primer that hybridizes to the first amplification primer binding site comprises a second flow cell binding site, a second nucleic acid sequence which identifies the specific location from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the first amplification primer binding site. The PCR product shown in the bottom panel FIG. **18** is then sequenced to identify the released oligonucleotide, thereby spatially detecting the at least one target analyte in the sample.

In another aspect, the present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "long probe hybridization method".

A long probe hybridization method of the present disclosure can comprise: (1) contacting at least one target analyte

in a sample with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain.

Following contacting the at least one target analyte with the at least one probe, a long probe hybridization method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of the identifier oligonucleotide, a long probe hybridization method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of the released identifier oligonucleotide(s), a long probe hybridization method can further comprise: (4) hybridizing to the released identifier oligonucleotide a first nucleic acid probe and a second nucleic acid probe.

The first or the second nucleic acid probe can comprise a nucleic acid sequence complementary to a portion of the identifier oligonucleotide. The first or the second nucleic acid probe can also comprise a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released.

The first or the second nucleic acid probe can also comprise a first unique molecular identifier. The first or the second nucleic acid probe can also comprise a second unique molecular identifier. The first or the second nucleic acid probe can also comprise a third unique molecular identifier.

The first nucleic acid probe can comprise a first amplification primer binding site.

The first nucleic acid probe can also comprise a first flow cell binding site. The second nucleic acid probe can comprise a second flow cell binding site.

The first and the second nucleic acid probes can comprise any combination of the features described above. In a preferred aspect depicted in FIG. **8**, the first nucleic acid probe comprises a first flow cell binding site, a first unique molecular identifier, a first amplification primer binding site, a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the identifier oligonucleotide. In the same preferred aspect, the second nucleic acid probe comprises a second flow cell binding site, a second unique molecular identifier, a third unique molecular identifier and a nucleic acid sequence

complementary to the identifier oligonucleotide. In this preferred aspect, the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and the first unique molecular identifier are located 5' to the first flow cell binding site and the second and the third unique molecular identifiers are located 3' to the second flow cell binding site.

In another preferred aspect depicted in FIG. **9**, the first nucleic acid probe comprises a first flow cell binding site, a first unique molecular identifier, a second unique molecular identifier, a first amplification primer binding site, a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the identifier oligonucleotide. In the same preferred aspect, the second nucleic acid probe comprises a second flow cell binding site, a third unique molecular identifier and a nucleic acid sequence complementary to the identifier oligonucleotide. In this preferred aspect, the first unique molecular identifier, the second unique molecular identifier and the nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released are located 5' to the first flow cell binding site and the third unique molecular identifier is located 3' to the second flow cell binding site.

In another preferred aspect depicted in FIG. **10**, the first nucleic acid probe comprises a first flow cell binding site, a first unique molecular identifier, a first amplification primer binding site and a nucleic acid sequence complementary to the identifier oligonucleotide. In this same preferred aspect, the second nucleic acid probe comprises a second flow cell binding site, a second unique molecular identifier, a third unique molecular identifier, a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the identifier oligonucleotide. In this preferred aspect, the first unique molecular identifier is located 5' to the first flow cell binding site and the second unique molecular identifier, the third unique molecular identifier, and the nucleic acid sequence which identifies the specific location of the sample form which the identifier oligonucleotide was released are located 3' to the second amplification primer binding site.

The first nucleic acid probe and the second nucleic acid probe can hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent and are not overlapping. Alternatively, the first nucleic acid probe and the second nucleic acid probe can hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are not adjacent and are not overlapping.

Following hybridization of the first and the second nucleic acid probe to the identifier oligonucleotide, a long probe hybridization method can further comprise: (5) in the aspect in which the first and the second nucleic acid probe hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are adjacent and are not overlapping, performing a nick repair reaction such that the first and the second nucleic acid probes are ligated together. Alternatively, in the aspect in which the first and the second nucleic acid probe hybridize to the identifier oligonucleotide such that the first and the second nucleic acid probes are not adjacent and are not overlapping, the method comprises performing a gap extension and a nick repair reaction such that the first and the second nucleic acid probes are ligated together.

The name method can further comprise: (6) amplifying the ligation product produced in step (5) using amplification

US 11,377,689 B2

31                                              32

primers that hybridize to the first and second amplification primer binding sites; and (7) identifying the released identifier oligonucleotide by sequencing the amplified products produced in step (6), thereby spatially detecting the at least one target analyte in the sample.

In one aspect, the present disclosure provides a composition of an identifier oligonucleotide-long nucleic acid probe complex for spatially detecting at least one target analyte in a sample. An identifier oligonucleotide-long nucleic acid probe complex comprises an identifier oligonucleotide hybridized to a first nucleic acid probe and a second nucleic acid probe. The identifier oligonucleotide comprises a unique nucleic acid sequence capable of identifying a target analyte in a sample. The first nucleic acid probe comprises a first flow cell binding site suitable for sequencing, followed by a first unique molecular identifier, followed by a first amplification primer binding site, followed by a unique nucleic acid sequence capable of identifying a specific location in a sample, followed by a region complementary to the identifier oligonucleotide. The second nucleic acid probe comprises a second flow cell binding site, followed by a second unique molecular identifier, followed by a third unique molecular identifier, followed by a region complementary to the identifier oligonucleotide. A schematic of an identifier oligonucleotide-short nucleic acid probe complex is depicted in FIG. 8.

In another aspect, the present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "direct PCR method".

A direct PCR method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain. The identifier oligonucleotide can also comprise a first amplification primer binding site, a second amplification primer binding site, or a unique molecular identifier. The identifier oligonucleotide can comprise any combination of these features. Any of these features can also be flanked by regions comprising constant nucleic acid sequences of about 1 nucleotide to about 10 nucleotides.

Following contacting the at least one analyte with the at least one probe, a direct PCR method further comprises: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

A direct PCR method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identi-

fier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following release of the identifier oligonucleotide, a direct PCR method can further comprise: (4) amplifying the released identifier oligonucleotide using a first amplification primer capable of binding to the first amplification primer binding site and a second amplification primer capable of binding to the second amplification primer binding site. In some aspects, at least one of the amplification primers comprises a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. For example, if the identifier oligonucleotide was released from location of the sample designated "ROI #1", at least one of the amplification primers would comprise a nucleic acid sequence that corresponds to "ROI #1". In still other aspects, at least one of the amplification primers comprises a unique molecular identifier.

Following amplification, a direct PCR method of the present disclosure can further comprise: (5) identifying the released oligonucleotide by sequencing the amplified products produced in step (5), thereby spatially detecting the at least one target analyte in the sample.

FIG. 11 shows a schematic of a preferred aspect of a direct PCR method of the present disclosure. In this aspect, the probe comprises a target binding domain comprising a nucleic acid sequence that is complementary to a target nucleic acid. In the upper panel, the probe hybridizes to the target nucleic acid. In the lower panel, a UV photo-cleavable linker located between the target binding domain and the identifier oligonucleotide is cleaved, releasing the identifier oligonucleotide. The identifier oligonucleotide comprises a first amplification primer binding site, a second amplification primer binding site, a unique molecular identifier, and a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain. Located between these four features are constant spacer regions that are 3 nucleotides in length. The identifier oligonucleotide is double-stranded and comprises a strand that comprises 3 separate nucleic acid molecules. After release, the identifier oligonucleotide is amplified using a first amplification primer that hybridizes to the first amplification primer binding site and comprises a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a second amplification primer that hybridizes to the second amplification primer binding site. The amplified product is then sequenced to identify the target nucleic acid bound by the probe.

FIG. 19 shows a schematic of a preferred aspect of a direct PCR method of the present disclosure. In this aspect, the identifier oligonucleotide comprises a first amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier, a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain and a second amplification primer binding site, as shown in the top panel of FIG. 19. The identifier oligonucleotide is amplified using amplification primers that hybridize to the first and second amplification primer binding sites. As shown in the middle panel of FIG. 19, the amplification primer that hybridizes to the second amplification primer binding site comprises a first flow cell binding site, a first nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence comple-

33                                                  34

mentary to the second amplification primer binding site. The amplification primer that hybridizes to the first amplification primer binding site comprises a second flow cell binding site, a second nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a nucleic acid sequence complementary to the first amplification primer binding site. The PCR product shown in the bottom panel of FIG. **19** is sequenced to identify the released identifier oligonucleotide, thereby spatially detecting the at least one target analyte in the sample.

In one aspect, the present disclosure provides a composition of a direct-PCR compatible identifier oligonucleotide for spatially detecting at least one target analyte in a sample. A direct-PCR compatible identifier oligonucleotide comprises a first amplification primer binding site, followed a unique nucleic acid sequence which is capable of identifying a target analyte in a sample, followed by a unique molecular identifier, followed by a second amplification primer binding site. A schematic of a direct-PCR compatible identifier oligonucleotide is depicted in the lower panel of FIG. **11**.

In one aspect, the present disclosure provides a composition of a direct-PCR compatible identifier oligonucleotide for spatially detecting at least one target analyte in a sample. A direct-PCR compatible identifier oligonucleotide comprises a first amplification primer binding site, followed a nucleic acid sequence comprising a unique molecular identifier, followed by a unique nucleic acid sequence which is capable of identifying a target analyte in a sample, followed by a second amplification primer binding site. A schematic of a direct-PCR compatible identifier oligonucleotide is shown in the top panel of FIG. **19**.

In some aspects of the methods of the present disclosure at least one, or at least two, or at least three, or at least four, or at least five, or at least six, or at least seven, or at least eight, or at least nine, or at least ten, or at least eleven, or at least twelve, or at least thirteen, or at least fourteen, or at least fifteen, or at least sixteen, or at least seventeen, or at least eighteen, or at least nineteen, or at least twenty, or at least thirty, or at least forty, or at least fifty, or at least sixty, or at least seventy, or at least eighty, or at least ninety, or at least one hundred probes can been to a single target analyte. As used herein, the term "tiling" is used to describe when more than one probe of the present disclosure is bound to a target analyte. The top panel of FIG. **27** shows the tiling of probes onto a target RNA. Tiling multiple probes onto a target analyte means that each target analyte will be individually detected multiple times, increasing the overall accuracy of the measurement. In a non-limiting example, as shown in the bottom panel of FIG. **27**, in the case where 10 probes are tiled onto a single target RNA, one of the probes may be incorrectly detected too many times (outlier high count probe), while another probe may be incorrectly detected too few times (outlier low count probe). However, the other 8 probes may be detected at a similar level, indicating that the two outliers should be discarded during analysis and the signals from the 8 probes used to generate a more accurate measurement of the abundance of the target RNA.

The present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as an "enzyme free method".

An enzyme free method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. An identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain. An identifier oligonucleotide can also comprise a capture probe binding site.

Following contacting at least one target analyte with at least one probe, an enzyme free method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of an identifier oligonucleotide, an enzyme free method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of a released identifier oligonucleotide, an enzyme free method can further comprise: (4) hybridizing to a released identifier oligonucleotide a capture probe.

A capture probe can comprise a region complementary to the capture probe binding site. A capture probe can also comprise an affinity molecule.

Following hybridization of a capture probe, an enzyme free method can further comprise: (5) Identifying a released identifier oligonucleotide by sequencing the hybridized product produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

A hybridized product produced in step (4) can be sequenced using an enzyme free method of sequencing. Enzyme-free methods of sequencing have been described in, e.g., US2014946386 and U.S. Ser. No. 15/819,151 (U.S. Pat. No. 10,415,080), each of which is incorporated herein by reference in its entirety.

FIG. **12** shows a schematic of a preferred aspect of an enzyme free method of the present disclosure. In this aspect, the probe comprises a target binding domain comprising a nucleic acid sequence that is complementary to a target nucleic acid. In the top panel, the probe hybridizes to the target nucleic acid. In the middle panel, a UV photo-cleavable linker located between the target binding domain and the identifier oligonucleotide is cleaved, releasing the identifier oligonucleotide. The identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target nucleic acid bound to the target binding domain and a capture probe binding site. After release, the identifier oligonucleotide is hybridized to a capture probe, as depicted in the bottom panel. The capture probe comprises a nucleic acid sequence complementary to the capture probe binding

US 11,377,689 B2

35                                                              36

site and an affinity molecule. The hybridized product is then sequenced using enzyme free sequencing methods to identify the target nucleic acid bound by the probe.

In one aspect, the present disclosure provides a composition of a hybridized identifier oligonucleotide-capture probe complex for spatially detecting at least one target analyte in a sample. A hybridized identifier oligonucleotide-capture probe complex comprises an identifier oligonucleotide hybridized to a capture probe. An identifier oligonucleotide comprises a unique nucleic acid sequence capable of identifying a specific a target analyte in a sample and a capture probe binding site. A capture probe comprises an affinity molecule and a region complementary to the capture probe binding site. A schematic of a hybridized identifier oligonucleotide-capture probe complex is depicted in the bottom of panel FIG. 12.

The present disclosure provides compositions and methods for spatially detecting at least one target analyte in a sample using the probes of the present disclosure in a method herein referred to as a "multiplexed enzyme free method".

A multiplexed enzyme free method of the present disclosure can comprise: (1) contacting at least one target analyte in a sample with at least one probe of the present disclosure. The at least one target analyte can be a target protein or a target nucleic acid. In the aspect that the at least one target analyte is a target protein, the probe can comprise a target binding domain that is a target protein-binding region that can specifically bind to a target protein of interest. In the aspect that the at least one target analyte is a target nucleic acid, the probe can comprise a target nucleic acid-binding region that can directly or indirectly hybridize to a target nucleic acid of interest. The probe further comprises an identifier oligonucleotide. The identifier oligonucleotide can comprise a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain. The identifier oligonucleotide can also comprise a capture probe binding site. The identifier oligonucleotide can also comprise a multiplexing probe binding site.

Following contacting the at least one target analyte with the at least one probe, a multiplexed enzyme free method can further comprise: (2) providing a force to a location of the sample sufficient to release the identifier oligonucleotide. In a non-limiting example, in aspects in which the probe comprises a photo-cleavable linker between the identifier oligonucleotide and the target binding domain, a region-of-interest (ROI) is excited with light of a sufficient wavelength capable of cleaving the photo-cleavable linker.

Following release of the identifier oligonucleotide, a multiplexed enzyme free method can further comprise: (3) collecting the released identifier oligonucleotide. By directing the force only to a specific location in step (2), identifier oligonucleotides are only released from probes within that location and not from probes located outside that location. Thus, identifier oligonucleotides are collected only for probes that are bound to targets within that location in step (3), thereby permitting detection of the identities and quantities of the targets (proteins and/or nucleic acids) located only within that location.

Following collection of the released identifier oligonucleotide, a multiplexed enzyme free method can further comprise: (4) hybridizing to the released identifier oligonucleotide a capture probe and a multiplexing probe.

A capture probe can comprise a region complementary to the capture probe binding site. A capture probe can also comprise an affinity molecule.

A multiplexing probe can comprise a region complementary to the multiplexing probe binding site. A multiplexing probe can also comprise a nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a region complementary to the multiplexing probe binding site.

Following hybridization of a capture probe and a multiplexing probe, a multiplexed enzyme free method can further comprise: (5) Identifying the released identifier oligonucleotide by sequencing the hybridized product produced in step (4), thereby spatially detecting the at least one target analyte in the at least one cell in a tissue sample.

A hybridized product produced in step (4) can be sequenced using an enzyme free method of sequencing. Enzyme-free methods of sequencing have been described in, e.g., US2014946386 and U.S. Ser. No. 15/819,151, each of which is incorporated herein by reference in its entirety.

FIG. 13 shows a schematic of a preferred aspect of a multiplexed enzyme free method of the present disclosure. In this aspect, the probe comprises a target binding domain comprising a nucleic acid sequence that is complementary to a target nucleic acid. In the top panel, the probe hybridizes to the target nucleic acid. In the middle panel, a UV photo-cleavable linker located between the target binding domain and the identifier oligonucleotide is cleaved, releasing the identifier oligonucleotide. The identifier oligonucleotide comprises a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain, a capture probe binding site, and a multiplexing probe binding site, as shown in the middle panel. After release, the identifier oligonucleotide is hybridized to a capture probe and a multiplexing probe as shown in the lower panel. The capture probe comprises a nucleic acid sequence complementary to the capture probe binding site and an affinity molecule. The multiplexing probe comprises a nucleic acid sequence complementary to the multiplexing probe binding site and a nucleic acid sequence which identifies the specific location of a sample from which the identifier oligonucleotide was released. The hybridized product is then sequenced using enzyme free sequencing methods to identify the target nucleic acid bound by the probe.

In one aspect, the present disclosure provides a composition of a hybridized identifier oligonucleotide-capture probe-multiplex probe complex for spatially detecting at least one target analyte in a sample. A hybridized identifier oligonucleotide-capture probe-multiplex probe complex comprises an identifier oligonucleotide hybridized to a capture probe and a multiplexing probe. The identifier oligonucleotide comprises a unique nucleic acid sequence capable of identifying a specific a target analyte in a sample, a capture probe binding site and a multiplexing probe binding site. The capture probe comprises an affinity molecule and a region complementary to the capture probe binding site. The multiplexing probe comprises a nucleic acid sequence which identifies the specific location of a sample from which the identifier oligonucleotide was released and a region complementary to the multiplexing probe binding site. A schematic of a hybridized identifier oligonucleotide-capture probe-multiplex probe complex is depicted in the bottom panel of FIG. 13.

FIG. 20 is an exemplary schematic of overview of the methods of the present disclosure. First, a sample on a microscope slide is contacted with a plurality of probes of the present disclosure (step 1 in FIG. 20). The slide is then imaged and particular regions of interest (ROIs) are selected (step 2 in FIG. 20). A specific ROI is then illuminated by UV

US 11,377,689 B2

37

38

light to release identifier oligonucleotides from probes bound within the ROI. The released identifier oligonucleotides are then collected via aspiration with a microcapillary. Following aspiration, the identifier oligonucleotides are transferred to a particular well within a 96 well plate. Steps 4 and 5 are then repeated for each ROI identified in step **2**. After all ROIs have been illuminated and all released identifier oligonucleotides collected, the identifier oligonucleotides are sequenced using next generation sequencing methods to spatially detect at least one target analyte in the sample.

As described in the preceding, the present disclosure provides probes for the compositions and methods of spatially detecting at least one target analyte in a sample. The present disclosure provides probes comprising a target binding domain and an identifier oligonucleotide. The target binding domain is a region of the probe that specifically binds to at least one target analyte in a sample.

Probes of the present disclosure can be used for spatially detecting a target nucleic acid. In this aspect, the target binding domain can be a target nucleic acid-binding region. The target nucleic acid-binding region is preferably at least 15 nucleotides in length, and more preferably is at least 20 nucleotides in length. In specific aspects, the target nucleic acid-binding region is approximately 10 to 500, 20 to 400, 25, 30 to 300, 35, 40 to 200, or 50 to 100 nucleotides in length. Probes and methods for binding and identifying a target nucleic acid have been described in, e.g., US2003/0013091, US2007/0166708, US2010/0015607, US2010/0261026, US2010/0262374, US2010/0112710, US2010/0047924, and US2014/0371088, each of which is incorporated herein by reference in its entirety.

The target nucleic acid-binding region can directly hybridize to a target nucleic acid present in a sample. Alternatively, the probes of the present disclosure can indirectly hybridize to a target nucleic acid present in a sample (via an intermediary oligonucleotide). FIG. **14** illustrates a probe (or composition) of this aspect. The probe includes a target nucleic-acid binding domain which binds to a synthetic oligonucleotide (the intermediary oligonucleotide) that in turn binds to a target nucleic acid in a biological sample. It could be said that the intermediary oligonucleotide is a probe, as defined herein, since it comprises a nucleic acid backbone and is capable of binding a target nucleic acid. In these aspects, a probe's target nucleic acid-binding region hybridizes to a region of an intermediary oligonucleotide (i.e., a synthetic oligonucleotide) which is different from the target nucleic acid present in a sample. Thus, the probe's target binding region is independent of the ultimate target nucleic acid in the sample. This allows economical and rapid flexibility in an assay design, as the target (present in a sample)-specific components of the assay are included in inexpensive and widely-available synthetic DNA oligonucleotides rather than the more expensive probes. Such synthetic oligonucleotides are simply designed by including a region that hybridizes to the target nucleic acid present in a sample and a region that hybridizes to a probe. Therefore, a single set of indirectly-binding probes can be used to detect an infinite variety of target nucleic acids (present in a sample) in different experiments simply by replacing the target-specific (synthetic) oligonucleotide portion of the assay.

A target nucleic acid may be DNA or RNA and preferably messenger RNA (mRNA) or miRNA.

Probes of the present disclosure can be used for detecting a target protein. In this aspect, the target binding domain can be a target protein-binding region. A target protein-binding region includes molecules or assembles that are designed to bind to at least one target protein, at least one target protein surrogate, or both and can, under appropriate conditions, form a molecular complex comprising the probe and the target protein. The target-protein binding region can include an antibody, a peptide, an aptamer, or a peptoid. The antibody can be obtained from a variety of sources, including but not limited to polyclonal antibody, monoclonal antibody, monospecific antibody, recombinantly expressed antibody, humanized antibody, plantibodies, and the like. The terms protein, polypeptide, peptide, and amino acid sequence are used interchangeably herein to refer to polymers of amino acids of any length. The polymer may be linear or branched, it may comprise modified amino acids, and it may be interrupted by non-amino acids or synthetic amino acids. The terms also encompass an amino acid polymer that has been modified, for example, by disulfide bond formation, glycosylation, lipidation, acetylation, phosphorylation, or any other manipulation, such as conjugation with a labeling component. As used herein the term amino acid refers to either natural and/or unnatural or synthetic amino acids, including but not limited to glycine and both the D or L optical isomers, and amino acid analogs and peptidomimetics. Probes and methods for binding and identifying a target protein have been described, e.g., in US2011/0086774, the contents of which is incorporated herein by reference in its entirety.

An identifier oligonucleotide is a nucleic acid molecule that identifies the target analyte bound to the target binding domain. The identifier oligonucleotide comprises a unique nucleic acid sequence that identifies the target analyte bound to the target binding domain of the probe. In a non-limiting example, a probe with a target binding domain that binds to the protein P53 comprises an identifier oligonucleotide with a unique nucleic acid sequence that corresponds to P53, while a probe with a target binding domain that binds to the protein P97 comprises an identifier oligonucleotide with a unique nucleic acid sequence that corresponds to P97.

An identifier oligonucleotide can be DNA, RNA, or a combination of DNA and RNA.

In some aspects, an identifier oligonucleotide can comprise at least one amplification primer binding site. An amplification primer binding site is a nucleic acid sequence capable of binding to an amplification primer. An amplification primer can be used to amplify the nucleic molecule to which it is bound using methods known in the art, including, but not limited to, polymerase chain reaction (PCR).

In some aspects, an identifier oligonucleotide can comprise at least one unique molecular identifier.

An identifier oligonucleotide can be a single-stranded, a double-stranded, or a partially double-stranded nucleic acid molecule. In the aspects in which an identifier oligonucleotide is double-stranded or partially double-stranded, at least one of the two strands can comprise at least two separate nucleic acid molecules which, without being bound by theory, allows for denaturing of the identifier oligonucleotide at lower temperatures.

An identifier oligonucleotide can also comprise at least one 3' end that comprises a single nucleotide overhang.

An identifier oligonucleotide can also comprise a capture probe binding site. A capture probe binding site is a nucleic acid sequence to which a capture probe can bind.

A capture probe of the present disclosure can comprise a nucleic acid sequence complementary to a capture probe binding site. A capture probe can also comprise an affinity molecule.

US 11,377,689 B2

39 40

An identifier oligonucleotide can also comprise a multiplexing probe binding site. A multiplexing probe binding site is a nucleic acid sequence to which a multiplexing probe can bind.

A multiplexing probe of the present disclosure can comprise a nucleic acid sequence complementary to a multiplexing probe binding site. A multiplexing probe can also comprise a nucleic acid sequence which identifies the specific location of the tissue sample from which an identifier oligonucleotide was released.

A probe of the present disclosure can include a region which permits the release of an identifier oligonucleotide following the application of a suitable force. In one non-limited example, the region is a cleavable motif (e.g., a restriction enzyme site or cleavable linker). The cleavable motif allows release of an identifier oligonucleotide from a bound target nucleic acid or protein and the identifier oligonucleotide can then be collected and detected. The region which permits the release of an identifier oligonucleotide can be positioned between the target-binding domain and the identifier oligonucleotide, allowing for the release of the identifier oligonucleotide from the target binding domain. An identifier oligonucleotide is said to be releasable when it can be separated (i.e., cleaved and released) from the remainder of the probe. Examples of cleavable motives include but are not limited to photo-cleavable linkers. Photo-cleavable linkers can be cleaved by light provided by a suitable coherent light source (e.g., a laser and a UV light source) or a suitable incoherent light source (e.g., an arc-lamp and a light-emitting diode (LED)).

In some aspects, the identifier oligonucleotide is collected from a solution proximal to, e.g., at least immediately above or surrounding, the point at which the identifier oligonucleotide is released or the at least one cell. The proximal solution may be collected by aspirating, e.g., via a pipette, a capillary tube, a microarray pin, a flow cell comprising holes, or another suitable aspirating system known in the art or any combination thereof. The capillary tube may comprise an optical device capable of transmitting a light force, e.g., UV light, to the at least one cell. The pipette or a microarray pin may be attached to an array comprising a plurality of pipettes or microarray pins. The proximal solution may comprise an anionic polymer, e.g., dextran sulfate, and/or salmon sperm DNA and/or the collected signal oligonucleotide may be added to a solution comprising an anionic polymer, e.g., dextran sulfate, and/or salmon sperm DNA. Other non-specific blocking agents known in the art in addition to or instead of salmon sperm DNA may be used.

In some aspects, the identifier oligonucleotide is collected from a tissue, at least one cell or proximal to the point at which the identifier oligonucleotide is released via liquid laminar, turbulent, or transitional flow. The flow may be via a channel, e.g., having 25 to 500 m depth between the tissue and a fluidic device or impermeable barrier placed over the tissue.

In aspects where the target-binding domain of a probe is an antibody, the probe can be prepared using a cysteine bioconjugation method that is stable, site-specific to, preferably, the antibody's hinge-region heavy-chain. This preparation method provides relatively controllable identifier oligonucleotides to antibody stoichiometric ratios. A probe can comprise a plurality (i.e., more than one, e.g., 2, 3, 4, 5, or more) identifier oligonucleotides per antibody. Generally, "heavier" probes, which comprise 3 or 4 identifier oligonucleotides per antibody, are significantly less sensitive than antibodies lacking an identifier oligonucleotide or "lighter" probes, which comprise 1 or 2 identifier oligonucleotides per antibody.

In aspects, probes are provided to a sample at concentrations typically less than that used for immunohistochemistry (IHC) or for in situ hybridization (ISH). Alternately, the concentration may be significantly less than that used for IHC or ISH. For example, the probe concentration may be 2 fold less, 5 fold less, 10 fold less, 20 fold less, 25 fold less, 30 fold less, 50 fold less, 60 fold less, 70 fold less, 80 fold less, 90 fold less, 100 fold less, 200 fold less, 300 fold less, 400 fold less, 500 fold less, 600 fold less, 700 fold less, 800 fold less, 900 fold less, 1000 fold less, 2000 fold less, or less and any number in between. In aspects, probes are provided at a concentration of 100 nM, 70 nM, 60 nM, 50 nM, 40 nM, 30 nM, 20 nM, 10 nM, 9 nM, 8 nM, 7 nM, 6 nM, 5 nM, 4 nM, 3 nM, 2 nM, 1 nM, 0.9 nM, 0.8 nM, 0.7 nM, 0.6 nM, 0.5 nM, 0.4 nM, 0.3 nM, 0.2 nM, 0.1 nM, 0.09 nM, 0.08 nM, 0.07 nM, 0.06 nM, 0.05 nM, 0.04 nM, 0.03 nM, 0.02 nM, 0.01 nM, and less and any concentration in between.

Background noise, during protein detection, can be reduced by performing a negative purification of the intact probe molecule. This can be done by conducting an affinity purification of the antibody or photo-cleavable linker after collection of eluate from a region of interest. Normally, released signal oligonucleotides will not be pulled out of solution. A protein-G or -O mechanism in a pipet tip, tube, or plate can be employed for this step. Such devices and reagents commercially available.

Background noise, during nucleic acid detection, can be reduced by performing a negative purification of the intact probe molecule. This can be done by conducting an affinity purification of the target binding domain or photo-cleavable linker after collection of eluate from a region of interest. Normally, released signal oligonucleotides will not be pulled out of solution. To assist in the negative purification, a universal purification sequence may be included in a probe, e.g., in the target binding domain.

Protein-targeting probes and nucleic acid-targeting probes may be applied simultaneously as long as conditions allow for binding of both a protein target and a nucleic acid target. Alternately, protein-targeting probes and nucleic acid-targeting probes may be applied sequentially when conditions allowing for binding of both a protein target and a nucleic acid target are not possible.

A set of probes is synonymous with a composition of probes. A set of probes includes at least one species of probes, i.e., directed to one target. A set of probes preferably includes at least two, e.g., 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 20, 30, 40, 50, 60, 70, 80, 90, 100, 200, 300, 400, 500, 600, 700, 800, 900, 1000 or more species of probes. A probe set may include one or multiple copies of each species of probe.

A first set of probes only may be applied to a sample. Alternately, a second set (or higher number) of probes may be later applied to the sample. The first set and second (or higher number) may target only nucleic acids, only proteins, or a combination thereof.

In the present disclosure, two or more targets (i.e., proteins, nucleic acids, or a combination thereof) are detected; 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 20, 30, 40, 50, 60, 70, 80, 90, 100, 200, 300, 400, 500, 600, 700, 800, 900, 1000 or more targets, and any number there between, are detected.

A set of probes may be pre-defined based upon the cell type or tissue type to be targeted. For example, if the tissue is a breast cancer, then the set of probes will include probes

41

directed to proteins relevant to breast cancer cells (e.g., Her2, EGFR, and PR) and/or probes directed to proteins relevant to normal breast tissues. Additionally, the set of probes may be pre-defined based upon developmental status of a cell or tissue to be targeted. Alternately, the set of probes may be pre-defined based upon subcellular localizations of interest, e.g., nucleus, cytoplasm, and membrane. For example, antibodies directed to Foxp3, Histone H3, or P-S6 label the nucleus, antibodies directed to CD3, CD4, PD-1, or CD45RO label the cytoplasm, and antibodies directed to PD-L1 label membranes.

A probe may be chemically synthesized or may be produced biologically using a vector into which a nucleic acid encoding the probe has been cloned.

Any probe or set of probes described herein may be used in methods and kits of the present disclosure.

For the herein-described probes, association of a unique nucleic acid sequence to a specific target nucleic acid or target protein is not fixed.

As described in the preceding, probes of the present disclosure can be used to detect a target nucleic acid or target protein present in any sample, e.g., a biological sample. As will be appreciated by those in the art, the sample may comprise any number of things, including, but not limited to: cells (including both primary cells and cultured cell lines) and tissues (including cultured or explanted). In aspects, a tissue sample (fixed or unfixed) is embedded, serially sectioned, and immobilized onto a microscope slide. As is well known, a pair of serial sections will include at least one cell that is present in both serial sections. Structures and cell types, located on a first serial section will have a similar location on an adjacent serial section. The sample can be cultured cells or dissociated cells (fixed or unfixed) that have been immobilized onto a slide. A sample can be a formalin-fixed paraffin-embedded (FFPE) tissue sample.

In aspects, a tissue sample is a biopsied tumor or a portion thereof, i.e., a clinically-relevant tissue sample. For example, the tumor may be from a breast cancer. The sample may be an excised lymph node.

The sample can be obtained from virtually any organism including multicellular organisms, e.g., of the plant, fungus, and animal kingdoms; preferably, the sample is obtained from an animal, e.g., a mammal. Human samples are particularly preferred.

In some aspects, the probes, compositions, methods, and kits described herein are used in the diagnosis of a condition. As used herein the term diagnose or diagnosis of a condition includes predicting or diagnosing the condition, determining predisposition to the condition, monitoring treatment of the condition, diagnosing a therapeutic response of the disease, and prognosis of the condition, condition progression, and response to particular treatment of the condition. For example, a tissue sample can be assayed according to any of the probes, methods, or kits described herein to determine the presence and/or quantity of markers of a disease or malignant cell type in the sample (relative to the non-diseased condition), thereby diagnosing or staging a disease or a cancer.

In general, samples attached to a slide can be first imaged using fluorescence (e.g., fluorescent antibodies or fluorescent stains (e.g., DAPI)) to identify morphology, regions of interest, cell types of interest, and single cells and then expression of proteins and/or nucleic acids can be digitally counted from the sample on the same slide.

Compositions and kits of the present disclosure can include probes and other reagents, for example, buffers and

42

other reagents known in the art to facilitate binding of a protein and/or a nucleic acid in a sample, i.e., for performing hybridization reactions.

A kit also will include instructions for using the components of the kit, including, but not limited to, information necessary to hybridize labeled oligonucleotides to a probe, to hybridize a probe to a target-specific oligonucleotide, to hybridize a target-specific oligonucleotide to a target nucleic acid and/or to hybridize a probe to target protein.

A region of interest may be a tissue type present in a sample, a cell type, a cell, or a subcellular structure within a cell.

Together, a comparison of the identity and abundance of the target proteins and/or target nucleic acids present in a first region of interest (e.g., tissue type, a cell type (including normal and abnormal cells), and a subcellular structure within a cell) and the identity and abundance of the target proteins and/or target nucleic acids present in second region of interest or more regions of interest can be made using the methods of the present disclosure.

As described in the preceding, the products produced by the methods of the present disclosure can be used for nucleic acid amplification. In a preferred aspect, the nucleic acid amplification can be solid-phase nucleic acid amplification. Thus, in further aspects the invention provides a method of solid-phase nucleic acid amplification of template polynucleotide molecules which comprises: preparing a library of template polynucleotide molecules which have common sequences at their 5' and 3' ends using the methods of the present disclosure and carrying out a solid-phase nucleic acid amplification reaction wherein said template polynucleotide molecules are amplified. Compositions and methods for nucleic acid amplification and sequencing have been described in, e.g., U.S. Pat. No. 9,376,678, which is incorporated herein by reference in its entirety.

The term "solid-phase amplification" as used herein refers to any nucleic acid amplification reaction carried out on or in association with a solid support such that all or a portion of the amplified products are immobilized on the solid support as they are formed. In particular, the term encompasses solid-phase polymerase chain reaction (solid-phase PCR), which is a reaction analogous to standard solution phase PCR, except that one or both of the forward and reverse amplification primers is/are immobilized on the solid support.

Although the invention encompasses "solid-phase" amplification methods in which only one amplification primer is immobilized (the other primer usually being present in free solution), it is preferred for the solid support to be provided with both the forward and the reverse primers immobilized. In practice, there will be a "plurality" of identical forward primers and/or a "plurality" of identical reverse primers immobilized on the solid support, since the PCR process requires an excess of primers to sustain amplification. References herein to forward and reverse primers are to be interpreted accordingly as encompassing a "plurality" of such primers unless the context indicates otherwise.

As will be appreciated by the skilled reader, any given PCR reaction requires at least one type of forward primer and at least one type of reverse primer specific for the template to be amplified. However, in certain aspects the forward and reverse primers may comprise template-specific portions of identical sequence, and may have entirely identical nucleotide sequence and structure (including any non-nucleotide modifications). In other words, it is possible to carry out solid-phase amplification using only one type of

US 11,377,689 B2

43

primer, and such single-primer methods are encompassed within the scope of the invention. Other aspects may use forward and reverse primers which contain identical template-specific sequences but which differ in some other structural features. For example one type of primer may contain a non-nucleotide modification which is not present in the other.

In other aspects of the invention the forward and reverse primers may contain template-specific portions of different sequence.

Amplification primers for solid-phase PCR are preferably immobilized by covalent attachment to the solid support at or near the 5' end of the primer, leaving the template-specific portion of the primer free for annealing to its cognate template and the 3' hydroxyl group free for primer extension. Any suitable covalent attachment means known in the art may be used for this purpose. The chosen attachment chemistry will depend on the nature of the solid support, and any derivatization or functionalization applied to it. The primer itself may include a moiety, which may be a non-nucleotide chemical modification, to facilitate attachment. In one particularly preferred aspect the primer may include a sulphur-containing nucleophile, such as phosphorothioate or thiophosphate, at the 5' end. In the case of solid-supported polyacrylamide hydrogels (as described below), this nucleophile will bind to a "C" group present in the hydrogel. The most preferred means of attaching primers and templates to a solid support is via 5' phosphorothioate attachment to a hydrogel comprised of polymerised acrylamide and N-(5-bromoacetamidylpentyl)acrylamide (BRAPA).

The terms "cluster" and "colony" are used interchangeably herein to refer to a discrete site on a solid support comprised of a plurality of identical immobilized nucleic acid strands and a plurality of identical immobilized complementary nucleic acid strands. The term "clustered array" refers to an array formed from such clusters or colonies. In this context the term "array" is not to be understood as requiring an ordered arrangement of clusters.

The invention also encompasses methods of sequencing the amplified nucleic acids generated by solid-phase amplification. Thus, the invention provides a method of nucleic acid sequencing comprising amplifying a library of nucleic acid templates by the methods of the present disclosure described above, using solid-phase amplification as described above to amplify this library on a solid support, and carrying out a nucleic acid sequencing reaction to determine the sequence of the whole or a part of at least one amplified nucleic acid strand produced in the solid-phase amplification reaction.

Sequencing, as referred to herein, can be carried out using any suitable "sequencing-by-synthesis" technique, wherein nucleotides are added successively to a free 3' hydroxyl group, resulting in synthesis of a polynucleotide chain in the 5' to 3' direction. The nature of the nucleotide added is preferably determined after each nucleotide addition.

The initiation point for the sequencing reaction may be provided by annealing of a sequencing primer to a product of the whole genome or solid-phase amplification reaction. In this connection, one or both of the adapters added during formation of the template library may include a nucleotide sequence which permits annealing of a sequencing primer to amplified products derived by whole genome or solid-phase amplification of the template library.

The products of solid-phase amplification reactions wherein both forward and reverse amplification primers are covalently immobilized on the solid surface are so-called "bridged" structures formed by annealing of pairs of immo-

44

bilized polynucleotide strands and immobilized complementary strands, both strands being attached to the solid support at the 5' end. Arrays comprised of such bridged structures provide inefficient templates for nucleic acid sequencing, since hybridization of a conventional sequencing primer to one of the immobilized strands is not favored compared to annealing of this strand to its immobilized complementary strand under standard conditions for hybridization.

In order to provide more suitable templates for nucleic acid sequencing it is preferred to remove substantially all or at least a portion of one of the immobilized strands in the "bridged" structure in order to generate a template which is at least partially single-stranded. The portion of the template which is single-stranded will thus be available for hybridization to a sequencing primer. The process of removing all or a portion of one immobilized strand in a "bridged" double-stranded nucleic acid structure may be referred to herein as "linearization".

Bridged template structures may be linearized by cleavage of one or both strands with a restriction endonuclease or by cleavage of one strand with a nicking endonuclease. Other methods of cleavage can be used as an alternative to restriction enzymes or nicking enzymes, including inter alia chemical cleavage (e.g. cleavage of a diol linkage with periodate), cleavage of abasic sites by cleavage with endonuclease, or by exposure to heat or alkali, cleavage of ribonucleotides incorporated into amplification products otherwise comprised of deoxyribonucleotides, photochemical cleavage or cleavage of a peptide linker.

It will be appreciated that a linearization step may not be essential if the solid-phase amplification reaction is performed with only one primer covalently immobilized and the other in free solution.

In order to generate a linearized template suitable for sequencing it is necessary to remove "unequal" amounts of the complementary strands in the bridged structure formed by amplification so as to leave behind a linearized template for sequencing which is fully or partially single stranded. Most preferably one strand of the bridged structure is substantially or completely removed.

Following the cleavage step, regardless of the method used for cleavage, the product of the cleavage reaction may be subjected to denaturing conditions in order to remove the portion(s) of the cleaved strand(s) that are not attached to the solid support. Suitable denaturing conditions will be apparent to the skilled reader with reference to standard molecular biology protocols.

Denaturation (and subsequent re-annealing of the cleaved strands) results in the production of a sequencing template which is partially or substantially single-stranded. A sequencing reaction may then be initiated by hybridization of a sequencing primer to the single-stranded portion of the template.

Thus, the nucleic acid sequencing reaction may comprise hybridizing a sequencing primer to a single-stranded region of a linearized amplification product, sequentially incorporating one or more nucleotides into a polynucleotide strand complementary to the region of amplified template strand to be sequenced, identifying the base present in one or more of the incorporated nucleotide(s) and thereby determining the sequence of a region of the template strand.

One preferred sequencing method which can be used in accordance with the invention relies on the use of modified nucleotides that can act as chain terminators. Once the modified nucleotide has been incorporated into the growing polynucleotide chain complementary to the region of the template being sequenced there is no free 3'-OH group

US 11,377,689 B2

45

available to direct further sequence extension and therefore the polymerase cannot add further nucleotides. Once the nature of the base incorporated into the growing chain has been determined, the 3' block may be removed to allow addition of the next successive nucleotide. By ordering the products derived using these modified nucleotides it is possible to deduce the DNA sequence of the DNA template. Such reactions can be done in a single experiment if each of the modified nucleotides has attached a different label, known to correspond to the particular base, to facilitate discrimination between the bases added at each incorporation step. Alternatively, a separate reaction may be carried out containing each of the modified nucleotides separately.

The modified nucleotides may carry a label to facilitate their detection. Preferably this is a fluorescent label. Each nucleotide type may carry a different fluorescent label. However the detectable label need not be a fluorescent label. Any label can be used which allows the detection of an incorporated nucleotide.

One method for detecting fluorescently labelled nucleotides comprises using laser light of a wavelength specific for the labelled nucleotides, or the use of other suitable sources of illumination. The fluorescence from the label on the nucleotide may be detected by a CCD camera or other suitable detection means.

The invention is not intended to be limited to use of the sequencing method outlined above, as essentially any sequencing methodology which relies on successive incorporation of nucleotides into a polynucleotide chain can be used. Suitable alternative techniques include, for example, Pyrosequencing, FISSEQ (fluorescent in situ sequencing), MPSS (massively parallel signature sequencing) and sequencing by ligation-based methods.

In methods of the present disclosure, the unique nucleic acid sequence present in the identifier oligonucleotide of a probe which identifies the target analyte bound to the target binding domain of the probe can comprise between about 5 nucleotides and about 50 nucleotides. Preferably, the sequence comprises between about 20 nucleotides and about 40 nucleotides. Even more preferably, the sequence comprises about 35 nucleotides. In some preferred aspects, the sequence comprises 10 nucleotides.

In methods of the present disclosure, the nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released comprises between about 6 nucleotides and about 15 nucleotides. Preferably, the sequence comprises about 12 nucleotides.

In methods of the present disclosure, an amplification primer binding sites comprises between about 18 nucleotides and about 40 nucleotides. Preferably, an amplification primer binding sites comprises about 32 nucleotides.

In some aspects of the methods of the present disclosure, an amplification primer binding site can comprise an i7 sequence, wherein the i7 sequence comprises the sequence set forth in SEQ ID NO: 1.

In some aspects of the methods of the present disclosure, an amplification primer binding site can comprise an i5 sequence, wherein the i5 sequence comprises the sequence set forth in SEQ ID NO: 2.

In some aspects of the methods of the present disclosure, an amplification primer can comprise a flow cell adapter sequence, wherein the flow cell adapter sequence is suitable for sequencing. Preferably, at least one amplification primer used in the methods of the present disclosure comprises a P5 flow cell adapter sequence, wherein the P5 flow cell adapter sequence comprises the sequence set forth in SEQ ID NO:

46

3. Preferably still, at least one amplification primer used in the methods of the present disclosure comprises a P7 flow cell adapter sequence, wherein the P7 flow cell adapter sequence comprises the sequence set forth in SEQ ID NO: 4.

In methods of the present disclosure, a unique molecular identifier can comprise between about 6 nucleotides and about 30 nucleotides. Preferably, a unique molecular identifier can comprise about 15 nucleotides. The terms unique molecular identifier and random molecular tags are used interchangeably herein. Using methods known in that art, unique molecular identifiers are random sequences that can be used to correct for biases in amplification prior to sequencing.

In methods of the present disclosure, a constant nucleic acid sequence to minimize ligation bias comprises between about 1 nucleotide and about 15 nucleotides. Preferably, the constant sequence comprises about 8 nucleotides.

In some aspects, a flow cell binding site can comprise between about 15 to about 40 nucleotides. A flow cell binding site can comprise about 29 nucleotides. A flow cell binding site can comprise about 24 nucleotides.

In some aspects, a target binding domain can comprise between about 10 to about 70 nucleotides. A target binding domain can comprise between about 30 to about 55 nucleotides. A target binding domain can comprise between about 35 to about 50 nucleotides.

In some aspects, a unique nucleic acid sequence which identifies the target analyte bound to the target binding domain can comprise between about 20 to about 40. A unique nucleic acid sequence which identifies the target analyte bound to the target binding domain can comprise about 25 nucleotides, or about 35 nucleotides, or about 12 nucleotides.

In some aspects, an amplification primer binding site can comprise between about 20 to about 50 nucleotides. An amplification primer binding site can comprise about 33 nucleotides, or about 34 nucleotides.

In some aspects, a nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can comprise between about 1 to about 20 nucleotides. A nucleic acid sequence which identifies the specific location of the tissue sample from which the identifier oligonucleotide was released can comprise about 8 nucleotides.

In some aspects, a nucleic acid sequence comprising a unique molecular identifier can comprise between about 5 to about 20 nucleotides. A nucleic acid sequence comprising a unique molecular identifier can comprise about 14 nucleotides.

As used herein, the terms "region of interest" and "ROI" are used in their broadest sense to refer to a specific location within a sample that is to be analyzed using the methods of the present disclosure.

As used herein, the term "adjacent" can mean within about 1 nucleotide, or within about 2 nucleotides, or within about 3 nucleotides, or within about 4 nucleotides, or within about 5 nucleotides, or within about 6 nucleotides, or within about 7 nucleotides, or within about 8 nucleotides, or within about 9 nucleotides, or within about 10 nucleotides, or within about 11 nucleotides, or within about 12 nucleotides, or within about 13 nucleotides, or within about 14 nucleotides, or within about 15 nucleotides, or within about 16 nucleotides, or within about 17 nucleotides, or within about 18 nucleotides, or within about 19 nucleotides, or within about 20 nucleotides, or within about 21 nucleotides, or within about 22 nucleotides, or within about 23 nucleotides,

US 11,377,689 B2

47

or within about 24 nucleotides, or within about 25 nucleotides, or within about 26 nucleotides, or within about 27 nucleotides, or within about 28 nucleotides, or within about 29 nucleotides, or within about 30 nucleotides, or within about 40 nucleotides, or within about nucleotides, or within about 50 nucleotides, or within about 60 nucleotides, or within about 70 nucleotides, or within about 80 nucleotides, or within about 90 nucleotides, or within about 100 nucleotides.

As used herein, the term "spatially detecting" is used in its broadest sense to refer to the identification of the presence of a specific target analyte within a specific region of interest in a sample. Spatially detecting can comprise quantifying the amount of a specific target analyte present within a specific region of interest in a sample. Spatially detecting can further comprise quantifying the relative amount of a first target analyte within a specific region of interest in a sample as compared to the amount of at least a second target analyte within a specific region of interest in a sample. Spatially detecting can also comprise quantifying the relative amount of a specific target analyte within a first region of interest in a sample compared to the amount of the same target analyte within at least a second region of interest in the same sample or different sample.

In some aspects of the methods and compositions of the present disclosure, a target analyte can be any molecule within a sample that is to be spatially detected. Target analytes include, but are not limited to, nucleic acid molecules and protein molecules. When the target analyte is a protein, the protein can be referred to as a target protein. When the target analyte is a nucleic acid, the nucleic acid can be referred to as a target nucleic acid. Target nucleic acids can include, but are not limited to, mRNA molecules, micro RNA (miRNA) molecules, tRNA molecules, rRNA molecules, gDNA or any other nucleic acid present within a sample.

In some aspects of the methods and compositions of the present disclosure, the term target binding domain is used in its broadest sense to refer to a portion of a probe of the present disclosure that binds to, either directly or indirectly, a target analyte located in a sample. A target binding domain can comprise nucleic acid, protein, at least one antibody, an aptamer, or any combination thereof. A target binding domain can comprise DNA, RNA or any combination thereof. A target binding domain can comprise any number of modified nucleotides and/or nucleic acid analogues.

In the aspect that the target analyte to be spatially detected is a target protein, a target binding domain can be a protein-target binding domain. A protein-target binding domain can comprise an antibody or antibody fragment that binds to the target protein.

In the aspect that the target analyte to be spatially detected is a target nucleic acid, a target binding domain can be a target nucleic acid-binding region. A target nucleic acid-binding region can comprise a nucleic acid that is complementary to the nucleic acid to be spatially detected. A target nucleic acid-binding region can comprise a nucleic acid that hybridizes to the target nucleic acid to be detected.

As used herein, the term "hybridize" is used in its broadest sense to mean the formation of a stable nucleic acid duplex. In one aspect, "stable duplex" means that a duplex structure is not destroyed by a stringent wash under conditions such as, for example, a temperature of either about 5° C. below or about 5° C. above the Tm of a strand of the duplex and low monovalent salt concentration, e.g., less than 0.2 M, or less than 0.1 M or salt concentrations known to those of skill in the art. A duplex can be "perfectly matched",

48

such that the polynucleotide and/or oligonucleotide strands making up the duplex form a double stranded structure with one another such that every nucleotide in each strand undergoes Watson-Crick base pairing with a nucleotide in the other strand. The term "duplex" comprises, but is not limited to, the pairing of nucleoside analogs, such as deoxyinosine, nucleosides with 2-aminopurine bases, PNAs, and the like, that can be employed. A duplex can comprise at least one mismatch, wherein the term "mismatch" means that a pair of nucleotides in the duplex fail to undergo Watson-Crick bonding.

As used herein, the term "hybridization conditions," will typically include salt concentrations of less than about 1 M, more usually less than about 500 mM and even more usually less than about 200 mM. Hybridization temperatures can be as low as 5° C., but are typically greater than 22° C., more typically greater than about 30° C., and often in excess of about 37° C. Hybridizations are usually performed under stringent conditions, e.g., conditions under which a probe will specifically hybridize to its target analyte. Stringent conditions are sequence-dependent and are different in different circumstances. Longer fragments can require higher hybridization temperatures for specific hybridization. As other factors can affect the stringency of hybridization, including base composition and length of the complementary strands, presence of organic solvents and extent of base mismatching, the combination of parameters is more important than the absolute measure of any one alone. Certain hybridization conditions will promote the formation of a duplex between the entire length of a target binding domain and the target analyte. Other hybridization conditions will promote the formation of a duplex only along certain portions of the target binding domain.

In some aspects of the methods and compositions of the present disclosure, a probe can comprise a target binding domain directly, or indirectly linked to an identifier oligonucleotide. In the context of a probe, an identifier oligonucleotide is a polynucleotide that comprises a nucleic acid sequence that identifies the target analyte bound to the target binding domain of that probe. That is to say, the identifier oligonucleotide comprises a specific nucleic acid sequence that is a priori assigned to the specific target analyte bound to the target binding to which the identifier oligonucleotide is attached. In a non-limiting example, a probe designated as "probe X" designed to spatially detect "target analyte X" comprises a target binding domain designated "target binding domain X" linked to an identifier oligonucleotide designated "identifier oligonucleotide X". Target binding domain X binds to target analyte X and identifier oligonucleotide X comprises a nucleic acid sequence, designated as "nucleic acid sequence X", which corresponds to target analyte X Thus, if a skilled artisan practicing the methods of the present disclosure were to collect identifier oligonucleotides released from a region of interest in sample and obtain nucleic acid sequence X after sequencing, the skilled artisan would understand that to indicate that target analyte X was present in that region of interest. The amount, or number of sequencing reads, of nucleic acid sequence X can be used to determine the quantify, in absolute or relative terms, the amount of target analyte X within the region of interest.

As used herein, the term "amplification primer binding site" is used in its broadest sense to refer to a nucleic acid sequence that is complementary to, or at least partially complementary to at least one amplification primer, wherein the amplification primer is a short single-stranded or partially single-stranded oligonucleotide that is sufficient to prime DNA and/or RNA synthesis, for example, by PCR.

US 11,377,689 B2

49 50

In some aspects of the methods and compositions of the present disclosure, a target binding domain can be linked to an identifier oligonucleotide by a cleavable linker. Suitable cleavable linkers include, but are not limited to, chemically cleavable linkers (e.g. a linker that is cleaved when exposed to a particular chemical, combination of chemicals or reaction conditions), a photo-cleavable linker (e.g. a linker that is cleaved when exposed to light of a sufficient wavelength or light comprising a sufficient range of wavelengths), or an enzymatically cleavable linker (e.g. a linker that is cleaved by a specific enzyme or class of enzymes). Thus, as used herein the phrase "providing a force to a location of the sample sufficient to release an identifier oligonucleotide" is used in its broadest sense to describe changing the conditions within a certain region of interest in a sample such that, for any probe bound to a target analyte within that region of interest, the linker between the target binding domain of the probe and the identifier oligonucleotide of the probe is cleaved, thereby separating the identifier oligonucleotide from the target binding domain so that the identifier oligonucleotide can be subsequently collected from solution. For example, in aspects wherein a probe comprises a chemically cleavable linker between the target binding domain and the identifier oligonucleotide, providing a force to a location of the sample sufficient to release an identifier oligonucleotide can comprise exposing that location of the sample to the specific chemical, combination of chemicals or reaction conditions that catalyze the cleavage of the linker. In another non-limiting example, in aspects wherein a probe comprises a photo-cleavable linker between the target binding domain and the identifier oligonucleotide, providing a force to a location of the sample sufficient to release an identifier oligonucleotide can comprise exposing/exciting that location of the sample with light of a sufficient wavelength capable of cleaving the photo-cleavable linker. In another non-limiting example, in aspects wherein a probe comprises an enzymatically cleavable linker between the target binding domain and the identifier oligonucleotide, providing a force to a location of the sample sufficient to release an identifier oligonucleotide can comprise exposing that location of the sample to an amount of enzyme sufficient to catalyze the cleavage of the linker.

Providing a force to a location of the sample sufficient to release an identifier oligonucleotide can result in at least about 10%, or at least about 20%, or at least about 30%, or at least about 40%, or at least about 50%, or at least about 60%, or at least about 70%, or at least about 80%, or at least about 85%, or at least about 90%, or at least about 95%, or at least about 99% of probes bound to target analytes within that location of the sample to undergo cleavage of the linker connecting the target binding domain and the identifier oligonucleotide.

As would be appreciated by one skilled in the art, the term "unique molecular identifier" or "UMI" refer to short nucleic acid sequences that are used to quantify and reduce quantitative bias caused by nucleic acid amplification prior to sequencing reactions.

In some aspects of the methods and compositions of the present disclosure, an affinity moiety can comprise biotin, avidin, streptavidin, nucleic acid, or any combination thereof.

In some aspects of the methods and compositions of the present disclosure, a probe can comprise at least at least about 5, about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least

about 75, at least about 80, at least about 85, at least about 90, at least about 95, at least about 100, at least about 110, at least about 120, at least about 130, at least about 140, at least about 150, at least about 160, at least about 170, at least about 180, at least about 190 or at least about 200 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a target binding domain can comprise at least at least about 5, about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 85, at least about 90, at least about 95, at least about 100, at least about 110, at least about 120, at least about 130, at least about 140, at least about 150, at least about 160, at least about 170, at least about 180, at least about 190 or at least about 200 nucleotides.

In some aspects of the methods and compositions of the present disclosure, an identifier oligonucleotide can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 85, at least about 90, at least about 95, at least about 100, at least about 110, at least about 120, at least about 130, at least about 140, at least about 150, at least about 160, at least about 170, at least about 180, at least about 190 or at least about 200 nucleotides.

In some aspects of the methods and compositions of the present disclosure, an amplification primer can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 85, at least about 90, at least about 95, at least about 100, at least about 110, at least about 120, at least about 130, at least about 140, at least about 150, at least about 160, at least about 170, at least about 180, at least about 190 or at least about 200 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a nucleic acid probe can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 85, at least about 90, at least about 95, at least about 100, at least about 110, at least about 120, at least about 130, at least about 140, at least about 150, at least about 160, at least about 170, at least about 180, at least about 190 or at least about 200 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a nucleic acid complementary to a portion of a identifier oligonucleotide can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 85, at least about 90, at least about 95 or at least about 100 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a nucleic acid sequence comprising a molecular identifier can comprise at least about 5, or at least about 10 nucleotides, or at least about 15, or at least about

US 11,377,689 B2

51                                                                  52

20, or at least about 25, or at least about 30, or at least about 35, or at least about 40, or at least about 45, or at least about 50 nucleotides.

In some aspects of the methods and compositions of the present disclosure, an amplification primer binding site can comprise at least 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35, at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65 or at least about 70 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a flow cell adapter sequence suitable for sequencing can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35 at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 85, at least about 90, at least about 95 or at least about 100 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a flow cell binding site can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35, at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 90, at least about 95 or at least about 100 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a nucleic acid sequence which identifies the specific location of the tissue sample from which an identifier oligonucleotide was released can comprise at least about 5, or at least about 10 nucleotides, or at least about 15, or at least about 20, or at least about 25, or at least about 30, or at least about 35, or at least about 40, or at least about 45, or at least about 50 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a unique nucleic acid sequence which identifies the target analyte bound to a target binding domain can comprise at least about 5, at least about 10, at least about 15, at least about 20, at least about 25, at least about 30, at least about 35, at least about 40, at least about 45, at least about 50, at least about 55, at least about 60, at least about 65, at least about 70, at least about 75, at least about 80, at least about 90, at least about 95 or at least about 100 nucleotides.

In some aspects of the methods and compositions of the present disclosure, a probe, a target binding domain, an identifier oligonucleotide, an amplification primer, a nucleic acid probe, a nucleic acid complementary to a portion of a identifier oligonucleotide, a nucleic acid sequence comprising a molecular identifier, an amplification primer binding site, a flow cell adapter sequence, a flow cell binding site, a nucleic acid sequence which identifies the specific location of the tissue sample from which an identifier oligonucleotide was released, a unique nucleic acid sequence which identifies the target analyte bound to a target binding domain or any combination thereof can comprise at least one natural base, can comprise no natural bases, can comprise at least one modified nucleotide or nucleic acid analog, can comprise no modified nucleotides or nucleic acid analogs, can comprise at least one universal base, can comprise no universal bases, can comprise at least one degenerate base or can comprise no degenerate bases.

In some aspects of the methods and compositions of the present disclosure, a probe, a target binding domain, an identifier oligonucleotide, an amplification primer, a nucleic acid probe, a nucleic acid complementary to a portion of a identifier oligonucleotide, a nucleic acid sequence comprising a molecular identifier, an amplification primer binding site, a flow cell adapter sequence, a flow cell binding site, a nucleic acid sequence which identifies the specific location of the tissue sample from which an identifier oligonucleotide was released, a unique nucleic acid sequence which identifies the target analyte bound to a target binding domain or any combination thereof can comprise any combination natural bases (e.g. 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or more natural bases), modified nucleotides or nucleic acid analogs (e.g. 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or more modified or analog nucleotides), universal bases (e.g. 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or more universal bases), or degenerate bases (e.g. 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or more degenerate bases). When present in a combination, the natural bases, modified nucleotides or nucleic acid analogs, universal bases and degenerate bases can be arranged in any order.

The terms "modified nucleotides" or "nucleic acid analogues" include, but are not limited to, locked nucleic acids (LNA), bridged nucleic acids (BNA), propyne-modified nucleic acids, zip nucleic acids (ZNA®), isoguanine and isocytosine. Preferably, the modified nucleotides or nucleic acid analogues are locked nucleic acids (LNAs).

The term "locked nucleic acids (LNA)" as used herein includes, but is not limited to, a modified RNA nucleotide in which the ribose moiety comprises a methylene bridge connecting the 2' oxygen and the 4' carbon. This methylene bridge locks the ribose in the 3'-endo confirmation, also known as the north confirmation, that is found in A-form RNA duplexes. The term inaccessible RNA can be used interchangeably with LNA. The term "bridged nucleic acids (BNA)" as used herein includes, but is not limited to, modified RNA molecules that comprise a five-membered or six-membered bridged structure with a fixed 3'-endo confirmation, also known as the north confirmation. The bridged structure connects the 2' oxygen of the ribose to the 4' carbon of the ribose. Various different bridge structures are possible containing carbon, nitrogen, and hydrogen atoms. The term "propyne-modified nucleic acids" as used herein includes, but is not limited to, pyrimidines, namely cytosine and thymine/uracil, that comprise a propyne modification at the C5 position of the nucleic acid base. The term "zip nucleic acids (ZNA®)" as used herein includes, but is not limited to, oligonucleotides that are conjugated with cationic spermine moieties.

The term "universal base" as used herein includes, but is not limited to, a nucleotide base does not follow Watson-Crick base pair rules but rather can bind to any of the four canonical bases (A, T/U, C, G) located on the target nucleic acid. The term "degenerate base" as used herein includes, but is not limited to, a nucleotide base that does not follow Watson-Crick base pair rules but rather can bind to at least two of the four canonical bases A, T/U, C, G), but not all four. A degenerate base can also be termed a Wobble base; these terms are used interchangeably herein.

As used in this Specification and the appended claims, the singular forms "a," "an" and "the" include plural referents unless the context clearly dictates otherwise.

Unless specifically stated or obvious from context, as used herein, the term "or" is understood to be inclusive and covers both "or" and "and".

Unless specifically stated or obvious from context, as used herein, the term "about" is understood as within a range of normal tolerance in the art, for example within 2 standard deviations of the mean. About can be understood as within 10%, 9%, 8%, 7%, 6%, 5%, 4%, 3%, 2%, 1%, 0.5%, 0.1%, 0.05%, or 0.01% of the stated value. Unless otherwise clear

US 11,377,689 B2

53                                                        54

from the context, all numerical values provided herein are modified by the term "about."

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which the invention pertains. Although other probes, compositions, methods, and kits similar, or equivalent, to those described herein can be used in the practice of the present disclosure, the preferred materials and methods are described herein. It is to be understood that the terminology used herein is for the purpose of describing particular aspects only, and is not intended to be limiting.

EXAMPLES

Example 1—Two-Ended Adapter Ligation Method for 96 Multiplexed Samples

In this example, a two-ended adapter ligation method of the present disclosure was used to sequence identifier oligonucleotides collected from 96 multiplexed samples. The nucleic acid adapters used in this experiment were partially double-stranded. The nucleic acid adapters comprised a first strand and a second strand. The first strand comprised a 5' phosphate moiety for ligation. The first strand also comprised a constant nucleic acid sequence to minimize ligation bias (GCGTAGTG), a nucleic acid sequence comprising a unique molecular identifier, a unique nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a first amplification primer binding site (SEQ ID NO: 2). The second strand comprised a single overhanging thymine nucleotide at the 3' end, a sequence complementary to the constant nucleic acid sequence to minimize ligation bias present in the first strand, a sequence complementary to the unique nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released present in the first strand and a second amplification primer binding site (SEQ ID NO: 1).

To form the partially double stranded nucleic acid adapters, first strand oligonucleotides and second strand oligonucleotides were combined in equimolar proportion for a final total oligonucleotide concentration of 28 μM in buffer comprising 50 mM NaCl. The oligonucleotide mixture was heated at 95° C. for 2 minutes and cooled at ambient temperature for 30 minutes, thereby annealing the first stand and second strand oligonucleotides together to form the partially double-stranded nucleic acid adapters. Annealed nucleic acid adaptors were diluted to final concentration ranging between 0.02 μM to 0.002 μM in a solution of 10 mM Tris pH 8 and 0.05% Tween20.

Collected identifier oligonucleotides were end repaired and A-tailed using NEBNext Ultra II DNA Library Prep Kit for Illumina (New England Biolabs) with a modified protocol. End repair/A-tail master mix was prepared by combining the following: 627.8 μL of PCR-grade H2O, 143.9 μL of NEBNext Ultra II End Prep Reaction Buffer, and 61.7 μL of NEBNext Ultra II End Prep Enzyme Mix. 8.3 μL of end repair/A-tail master mix was added to 4 μL of each sample of identifier oligonucleotides. The reaction was incubated for 30 minutes at 20° C. with a heated lid for >75° C., followed by a second incubation for 30 minutes at 65° C. The repaired/A-tailed identifier oligonucleotide mixtures were then stored at 4° C.

Following end repair and A-tailing, the nucleic acid adaptors were ligated to the repaired/A-tailed identifier oligonucleotides by adding 6.4 μL of NEBNext Ultra II

Ligation Master Mix, 0.2 μL of NEBNext Ligation Enhancer, and 1 μL of the nucleic acid adapter dilution to each repaired/A-tailed identifier oligonucleotide mixture. These reactions were incubated for 15 minutes at 20° C. with the heated lid off and subsequently quenched with 1 μL 0.5M EDTA. All of the reactions were then pooled into a single 15 mL conical tube to form a pooled adapter-ligated sample.

The pooled adaptor-ligated sample was purified using diluted Agencourt AMPure XP magnetic beads (Beckman Coulter Genomics Inc.), which were prepared by combining 350 of AMPure XP beads and 3.15 mL of AMPure XP buffer (2.5M NaCl, 20% PEG8000). AMPure XP bead cleanup was performed with 3.5 mL of diluted AMPure XP beads and eluted in 200 of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. AMPure XP bead cleanup was then repeated with 400 μL of AMPure XP beads and eluted in 20 μL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20 to obtain purified adapter-ligated samples.

Following AMPure XP cleanup, PCR reactions with purified adaptor-ligated sample were prepared to amplify the adapter-ligated identifier oligonucleotides. To 6 μL of the purified adapter-ligated sample, 10 μL of NEBNext Ultra II Q5 Master Mix, 0.2 μL of 100 μM forward and reverse primers, and 3.6 μL of PCR-grade H2O was added. The forward primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the first amplification primer binding site located on the first strand of the nucleic acid adapter. Table 1 provides the sequences of the forward primers used.

TABLE 1

| Forward primers for two-ended adapter ligation. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| AATGATACGGCGACCACCGA GATCTACACGCTCAGATATA GCCTACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 5 |
| AATGATACGGCGACCACCGA GATCTACACGCTCAGAATAG AGGCACACTCTTTAAGACGA CGTCGCTATGGC CTCTCC | 6 |
| AATGATACGGCGACCACCGA GATCTACACGCTCAGACCTA TCCTACACTCTTTAAGACGA | 7 |
| CGTCGCTATGGCCTCTCC AATGATACGGCGACCACCGA GATCTACACGCTCAGAGGCT CTGAACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 8 |
| AATGATACGGCGACCACCGA GATCTACACGCTCAGAAGGC GAAGACACTCTTTAAGACGA CGTCGCTATGGC CTCTCC | 9 |
| AATGATACGGCGACCACCGA GATCTACACGCTCAGATAAT CTTAACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 10 |

US 11,377,689 B2

55

TABLE 1-continued

Forward primers for two-ended
adapter ligation.

| Primer Sequence | SEQ ID NO |
|---|---|
| AATGATACGGCGACCACCGA GATCTACACGCTCAGACAGG ACGTACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 11 |
| AATGATACGGCGACCACCGA GATCTACACGCTCAGAGTAC TGACACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 12 |

The reverse primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the second amplification primer binding site located on the second strand of the nucleic acid adapter. Table 2 provides the sequences of the reverse primers used.

TABLE 2

Reverse primers for two-ended
adapter ligation

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATCGAGTAATGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 13 |
| CAAGCAGAAGACGGCATACGAGATTCTCCGGAGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 14 |
| CAAGCAGAAGACGGCATACGAGATAATGAGCGGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 15 |
| CAAGCAGAAGACGGCATACGAGATGGAATCTCGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 16 |
| CAAGCAGAAGACGGCATACGAGATTTCTGAATGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 17 |
| CAAGCAGAAGACGGCATACGAGATACGAATTCGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 18 |
| CAAGCAGAAGACGGCATACGAGATAGCTTCAGGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 19 |
| CAAGCAGAAGACGGCATACGAGATGCGATTAGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 20 |
| CAAGCAGAAGACGGCATACGAGATCATAGCCGGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 21 |
| CAAGCAGAAGACGGCATACGAGATTTCGCCGGAGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 22 |
| CAAGCAGAAGACGGCATACGAGATGCGCGAGAGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 23 |
| CAAGCAGAAGACGGCATACGAGATCTATCGCTGT GACTGGAGTTCAGACGTGTGCTCTTCCGATCT | 24 |

The optimal number of PCR cycles was determined empirically with triplicate PCR reactions. Alternately, the optimal number of PCR cycles could have been determined using real-time/qPCR. The PCR program used comprised the following steps:

(1) 30 seconds at 98° C.
(2) 10 seconds at 98° C.
(3) 1 minute at 65° C.

56

(4) Repeating steps (2) and (3) nine times
(5) 5 minutes at 65° C.

The amplified products were purified using 18 μL of AMPure XP beads and eluting with 20 μL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

The amplified products were assessed using a High Sensitivity DNA chip on 2100 Bioanalyzer (Agilent Genomics) and KAPA Library Quantification Kit for Illumina Platforms (Kapa Biosystems). The amplified products were also diluted to 15 pM for sequencing on a MiSeq (Illumina) according to manufacturer's instructions (MiSeq Reagent Kit v3 2×75 bp) with a custom spike-in primer comprising the nucleotide sequence

```
                          (SEQ ID NO: 25)
    ACACTCTTTAAGACGACGTCGCTATGGCCTCTCC.
```

Example 2—One-Ended Adapter Ligation Method
for 96 Multiplexed Samples

In this example, a one-ended adapter ligation method of the present disclosure was used to sequence identifier oligonucleotides collected from 96 multiplexed samples. The nucleic acid adapters used in this experiment were partially double-stranded. The nucleic acid adapters comprised a first strand and a second strand. The first strand comprised a 5' phosphate moiety for ligation. The first strand also comprised a constant nucleic acid sequence to minimize ligation bias (CACTACGC), a nucleic acid sequence comprising a unique molecular identifier, a unique nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a first amplification primer binding site (SEQ ID NO: 1). The second strand comprised a single overhanging thymine nucleotide at the 3' end, a sequence complementary to the constant nucleic acid sequence to minimize ligation bias present in the first strand and a sequence complementary to the unique nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released present in the first strand.

To form the partially double stranded nucleic acid adapters, first strand oligonucleotides and second strand oligonucleotides were combined in equimolar proportion for a final total oligonucleotide concentration of 28 μM in 50 mM NaCl. The oligonucleotide mixture was heated to 95° C. for 2 minutes and cooled at ambient temperature for 30 minutes, thereby annealing the first stand and second strand oligonucleotides together to form the partially double-stranded nucleic acid adapters. Annealed nucleic acid adaptors were diluted to a final concentration ranging between 0.02 μM to 0.002 μM in a solution of 10 mM Tris pH 8 and 0.05% Tween20.

Nucleic acid adapters were ligated to the collected identifier oligonucleotides by addition of 10 μL of 2× rapid ligation buffer (Enzymatics), 1 μL of T4 DNA Rapid Ligase (Enzymatics), and 1 μL of annealed nucleic acid adapter dilutions to each sample of collected identifier oligonucleotides. Samples were incubated for 15 minutes at 20° C. with the heated lid off and subsequently quenched with 1 μL 0.5M EDTA. All of the reactions were then pooled into a single 15 mL conical tube to form a pooled adapter-ligated sample.

The pooled adaptor-ligated sample was purified using diluted Agencourt AMPure XP magnetic beads (Beckman Coulter Genomics Inc.), which were prepared by combining 350 of AMPure XP beads and 3.15 mL of AMPure XP buffer

US 11,377,689 B2

**57**

(2.5M NaCl, 20% PEG8000). AMPure XP bead cleanup was performed with 3.5 mL of diluted AMPure XP beads and eluted in 200 of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. AMPure XP bead cleanup was then repeated with 400 µL of AMPure XP beads and eluted in 20 µL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20 to obtain purified adapter-ligated samples.

Following AMPure XP cleanup, PCR reactions with purified adaptor-ligated sample were prepared to amplify the adapter-ligated identifier oligonucleotides. To 6 µL of the purified adapter-ligated sample, 10 µL of NEBNext Ultra II Q5 Master Mix, 0.2 µL of 100 µM forward and reverse primers, and 3.6 µL of PCR-grade H$_2$O was added. The forward primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the first amplification primer binding site located on the first strand of the nucleic acid adapter. Table 3 provides the sequences of the forward primers used.

TABLE 3

| Forward primers for two-ended adapter ligation. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| AATGATACGGCGACCACCGAGATCTA CACGCTCAGATATAGCCTACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 5 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGAATAGAGGCACACTCTT TAAGACGACGTCGCTATGGCCTCTCC | 6 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGACCTATCCTACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 7 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGAGGCTCTGAACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 8 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGAAGGCGAAGACACTCTT TAAGACGACGTCGCTATGGCCTCTCC | 9 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGATAATCTTAACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 10 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGACAGGACGTACACTCTT TAAGACGACGTCGCTATGGCCTCTCC | 11 |
| AATGATACGGCGACCACCGAGATCTAC ACGCTCAGAGTACTGACACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 12 |

The reverse primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the second amplification primer binding site located on the second strand of the nucleic acid adapter. Table 4 provides the sequences of the reverse primers used.

**58**

TABLE 4

| Reverse primers for two-ended adapter ligation. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| CAAGCAGAAGACGGCATACGAGATCG AGTAATGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 13 |
| CAAGCAGAAGACGGCATACGAGATTC TCCGGAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 14 |
| CAAGCAGAAGACGGCATACGAGATAA TGAGCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 15 |
| CAAGCAGAAGACGGCATACGAGATGG AATCTCGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 16 |
| CAAGCAGAAGACGGCATACGAGATTT CTGAATGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 17 |
| CAAGCAGAAGACGGCATACGAGATAC GAATTCGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 18 |
| CAAGCAGAAGACGGCATACGAGATAG CTTCAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 19 |
| CAAGCAGAAGACGGCATACGAGATGC GCATTAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 20 |
| CAAGCAGAAGACGGCATACGAGATCA TAGCCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 21 |
| CAAGCAGAAGACGGCATACGAGATTT CGCGGAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 22 |
| CAAGCAGAAGACGGCATACGAGATGC GCGAGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 23 |
| CAAGCAGAAGACGGCATACGAGATCT ATCGCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 24 |

The optimal number of PCR cycles was determined empirically with triplicate PCR reactions. Alternately, the optimal number of PCR cycles could have been determined using real-time/qPCR. The PCR program used comprised the following steps:

(1) 30 seconds at 98° C.
(2) 10 seconds at 98° C.
(3) 1 minute at 65° C.
(4) Repeating steps (2) and (3) nine times
(5) 5 minutes at 65° C.

The amplified products were purified using 18 µL of AMPure XP beads and eluting with 20 µL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

The amplified products were assessed using a High Sensitivity DNA chip on 2100 Bioanalyzer (Agilent Genomics) and KAPA Library Quantification Kit for Illumina Platforms (Kapa Biosystems). The amplified products were also diluted to 15 pM for sequencing on a MiSeq (Illumina) according to manufacturer's instructions (MiSeq Reagent Kit v3 2×75 bp) with a custom spike-in primer comprising the nucleotide sequence

US 11,377,689 B2

**59**

(SEQ ID NO: 25)

ACACTCTTTAAGACGACGTCGCTATGGCCTCTCC.

### Example 3—Templated-Primer Extension Method for 96 Multiplexed Samples

In this example, a templated-primer extension method of the present disclosure was used to sequence identifier oligonucleotides collected from 96 multiplexed samples. The single stranded nucleic acid templates used in this example comprised a 3' biotin moiety, a region complementary to the unique nucleic acid sequences present in the collected identifier oligonucleotides, a nucleic acid sequence comprising a unique molecular identifier and a second amplification primer binding sequence

(GTGACTGGAGTTCAGACGTGTG

CTCTTCCGGATCT, SEQ ID NO: 26).

Table 5 provides the sequences of the single-stranded nucleic acid templates used in this example.

TABLE 5

| Single stranded nucleic acid templates for templated-primer extension method | |
|---|---|
| Single-stranded nucleic acid templates | SEQ ID NO |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTTGAAGCACAC CGTTTTTCTTTCTTTCACGG | 27 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNNACCCACAGGTT ATACGGGATTATCCGGTTATCCA | 28 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCGACACCGAGT TCGACCGTTATGTTGGTAGGATC | 29 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCGGTGTGTAAG CGTAACGATGTTGGTGTCGCTCT | 30 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCAGACACTGCG ACAACTCACGATCATGACACAGA | 31 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNNATATTCTGTAC TCAGTGCCTATCCACCTAATAGG | 32 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNTTCAGTTATAA TGTGTCCAGCAGAAGCAGGAATT | 33 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNGTCCTTTGTTG GGCGGACCGTAATGAGGAATTTG | 34 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNGATGAGACTTC TACATGTCCGATGTTTTTGTGCT | 35 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNACTCACACATA GTACTGACACGTAAGATAGGATG | 36 |

**60**

TABLE 5-continued

| Single stranded nucleic acid templates for templated-primer extension method | |
|---|---|
| Single-stranded nucleic acid templates | SEQ ID NO |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTTACCCTATCT CGTCTATGTACGTCAGGCTGAAT | 37 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNNATCAACGTAGG GTAAGGTCATATTTTTACCTTAC | 38 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTTCCCTCTTTC TCCGCTTATGGATGAAAGGACAG | 39 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCCTGCACAGTG AGTTTCTTTCACTCTAACTCTCT | 40 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNTGTCGCTCTAG TGTGACTTTTCCACCTCGCATCT | 41 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNNATATCTTTCTC GGGTAAAGATTAGGCGTCCGATA | 42 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCGATTAGCCGT AGACGCAACTCATTGCCGAAGAT | 43 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTGTGAGCATTT CAGTACGAGTGATGCAGATAAAC | 44 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNTATAGTTACCA AGTACTATGGGTTGGTGGAAGCC | 45 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCCAATTATACT GTCTGTTATGTTCTCGGATAAGC | 46 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTCAGGTGCTTG TAGGCTCATGATAGGGGTAATGC | 47 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCTCTGCTGTAA TCTCAGCTCCACTTGTTTCTAAG | 48 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTGGCATATTGC AGCTGAGCCAGCTCAATTTGAAG | 49 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCCGTTGATTTA CGCAACAGCGGCTTATATAGCTC | 50 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCATCATCGACA GTTCGCAGCCCTATAACATGATA | 51 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNATCGCAGGATG GTACAGCATCATACATGATGAGC | 52 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNCTGATAAGTCG TAGGAATGTCGCTTAATACGGAT | 53 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNATGGCGGTTTC GGGTCCTGCACTATTCCTAATAA | 54 |

US 11,377,689 B2

| 61 | 62 |
|---|---|

TABLE 5-continued

| Single stranded nucleic acid templates for templated-primer extension method | |
|---|---|
| Single-stranded nucleic acid templates | SEQ ID NO |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNNNCCAGTACGGGT ACTAATAAGTGTCATATCTATTG | 55 |
| GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNTGTTGGAGAGG TTAGAGGTGAGGAGGCGAAGATA | 56 |

Single stranded nucleic acid templates were ordered from Integrated DNA Technologies, Inc. and quantified using a NanoDrop 1000 spectrophotometer (Thermo Fisher Scientific). Individual single stranded nucleic acid templates were normalized to a standard concentration and then pooled to be equimolar. The pool of single stranded nucleic acid templates was diluted to 0.83 nM in a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

The collected identifier oligonucleotides were hybridized to the single stranded nucleic acid templates and extended by addition of 10 µL of NEBNext Ultra II Q5 Master Mix (New England Biolabs), 4 µL of the diluted single stranded nucleic acid template pool and 4 µL of H$_2$O to 2 µL of each sample of identifier oligonucleotides. The following PCR program was used to extend the identifier oligonucleotides:

(1) 30 seconds at 98° C., 10×
(2) 1 minutes at 98° C.,
(3) 1 minutes at 68° C.
(4) 1 minutes at 72° C.
(5) Repeating steps (2)-(4) ten times
(6) 2 minutes at 72° C.

The extension products were stored at 4° C. Magnetic streptavidin beads (MyOne Streptavidin C1 beads, Thermo Fisher Scientific) were washed in 1× Binding and Washing Buffer (5 mM Tris-HCl, 0.5 mM EDTA, 1M NaCl), and 5 µL of streptavidin beads were added to each extension product sample. The extension product samples were incubated with the beads on an orbital mixer for a minimum of 15 minutes. Following incubation, the samples were heated to 95° C. for 3 minutes and transferred to a magnetic plate. Supernatant was extracted immediately after sufficient bead pelleting to yield the purified extension product samples.

The purified extension product samples were amplified by adding to 7.5 µL of each purified extension product sample, 12.5 µL of NEBNext Ultra II Q5 Master Mix, 0.25 µL of 100 µM forward primer, 1 µL of 25 µM reverse primer and 3.8 µL of PCR-grade H$_2$O. The forward primer comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the first amplification primer binding site located on the identifier oligonucleotide. Table 6 provides the sequences of the forward primers used in this example.

TABLE 6

| Forward primers for templated-primer extension method. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGATATAGCCTACACTCTTTA AGACGACGTCGCTATGGCCTCTCC | 5 |

TABLE 6-continued

| Forward primers for templated-primer extension method. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGAATAGAGGCACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 6 |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGACCTATCCTACACTCTTTA AGACGACGTCGCTATGGCCTCTCC | 7 |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGAGGCTCTGAACACTCTTTA AGACGACGTCGCTATGGCCTCTCC | 8 |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGAAGGCGAAGACACTCTTT AAGACGACGTCGCTATGGCCTCTCC | 9 |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGATAATCTTAACACTCTTTA AGACGACGTCGCTATGGCCTCTCC | 10 |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGACAGGACGTACACTCTTTA AGACGACGTCGCTATGGCCTCTCC | 11 |
| AATGATACGGCGACCACCGAGATCTACA CGCTCAGAGTACTGACACACTCTTTA AGACGACGTCGCTATGGCCTCTCC | 12 |

The reverse primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the second amplification primer binding site located single-stranded nucleic acid template. Table 7 provides the sequences of the reverse primers used.

TABLE 7

| Reverse primers for templated-primer extension method. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| CAAGCAGAAGACGGCATACGAGATGT CGGTAAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 57 |
| CAAGCAGAAGACGGCATACGAGATAG GTCACTGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 58 |
| CAAGCAGAAGACGGCATACGAGATGA ATCCGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 59 |
| CAAGCAGAAGACGGCATACGAGATGT ACCTTGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 60 |
| CAAGCAGAAGACGGCATACGAGATCA TGAGGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 61 |
| CAAGCAGAAGACGGCATACGAGATTG ACTGACGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 62 |
| CAAGCAGAAGACGGCATACGAGATCG TATTCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 63 |

US 11,377,689 B2

**63**

TABLE 7-continued

Reverse primers for templated-
primer extension method.

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATCT CCTAGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 64 |
| CAAGCAGAAGACGGCATACGAGATTA GTTGCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 65 |
| CAAGCAGAAGACGGCATACGAGATGA GATACGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 66 |
| CAAGCAGAAGACGGCATACGAGATAG GTGTACGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 67 |
| CAAGCAGAAGACGGCATACGAGATTA ATGCCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 68 |
| CAAGCAGAAGACGGCATACGAGATTC AGACGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 69 |
| CAAGCAGAAGACGGCATACGAGATGA TAGGCTGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 70 |
| CAAGCAGAAGACGGCATACGAGATTG GTACAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 71 |
| CAAGCAGAAGACGGCATACGAGATCA AGGTCTGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 72 |
| CAAGCAGAAGACGGCATACGAGATGC TATCCTGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 73 |
| CAAGCAGAAGACGGCATACGAGATATG GAAGGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 74 |
| CAAGCAGAAGACGGCATACGAGATTCA AGGACGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 75 |
| CAAGCAGAAGACGGCATACGAGATGTT ACGCAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 76 |
| CAAGCAGAAGACGGCATACGAGATAGT CTGTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 77 |
| CAAGCAGAAGACGGCATACGAGATGCA CGTAAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 78 |
| CAAGCAGAAGACGGCATACGAGATAAC CTTGGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 79 |
| CAAGCAGAAGACGGCATACGAGATATT GCGTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 80 |
| CAAGCAGAAGACGGCATACGAGATACC TGGAAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 81 |

**64**

TABLE 7-continued

Reverse primers for templated-
primer extension method.

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATGGA GATGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 82 |
| CAAGCAGAAGACGGCATACGAGATGTA CTCTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 83 |
| CAAGCAGAAGACGGCATACGAGATGTA ACGACGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 84 |
| CAAGCAGAAGACGGCATACGAGATATT CCTCCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 85 |
| CAAGCAGAAGACGGCATACGAGATGTG TTCCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 86 |
| CAAGCAGAAGACGGCATACGAGATAAG CACTGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 87 |
| CAAGCAGAAGACGGCATACGAGATCTA GCAAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 88 |
| CAAGCAGAAGACGGCATACGAGATTGC TTCCAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 89 |
| CAAGCAGAAGACGGCATACGAGATGCT TAGCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 90 |
| CAAGCAGAAGACGGCATACGAGATAAC CGTTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 91 |
| CAAGCAGAAGACGGCATACGAGATGAC ATTCCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 92 |
| CAAGCAGAAGACGGCATACGAGATAGA CCGTAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 93 |
| CAAGCAGAAGACGGCATACGAGATGAT ACTGGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 94 |
| CAAGCAGAAGACGGCATACGAGATTGC GTAGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 95 |
| CAAGCAGAAGACGGCATACGAGATTCG GTTACGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 96 |
| CAAGCAGAAGACGGCATACGAGATATG ACGTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 97 |
| CAAGCAGAAGACGGCATACGAGATGCT GTAAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 98 |
| CAAGCAGAAGACGGCATACGAGATGCA ATGGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 99 |

US 11,377,689 B2

**65**

TABLE 7-continued

| Reverse primers for templated-primer extension method. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| CAAGCAGAAGACGGCATACGAGATATC TCGCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 100 |
| CAAGCAGAAGACGGCATACGAGATGGC TATTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 101 |
| CAAGCAGAAGACGGCATACGAGATGGT GTCTTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 102 |
| CAAGCAGAAGACGGCATACGAGATTCA ACTGGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 103 |
| CAAGCAGAAGACGGCATACGAGATCTT CACCAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 104 |
| CAAGCAGAAGACGGCATACGAGATACG GTCTTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 105 |
| CAAGCAGAAGACGGCATACGAGATTCT CGCAAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 106 |
| CAAGCAGAAGACGGCATACGAGATGGA ATTGCGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 107 |
| CAAGCAGAAGACGGCATACGAGATACG GATTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 108 |
| CAAGCAGAAGACGGCATACGAGATTTA AGCGGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 109 |
| CAAGCAGAAGACGGCATACGAGATTGC AGGTAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 110 |
| CAAGCAGAAGACGGCATACGAGATCAA TCGACGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 111 |
| CAAGCAGAAGACGGCATACGAGATGTG CCATAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 112 |
| CAAGCAGAAGACGGCATACGAGATTGT TCGAGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 113 |
| CAAGCAGAAGACGGCATACGAGATTGG AGTTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 114 |
| CAAGCAGAAGACGGCATACGAGATACG ATGACGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 115 |
| CAAGCAGAAGACGGCATACGAGATTGA TGTCCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 116 |
| CAAGCAGAAGACGGCATACGAGATTGA ACCTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 117 |

**66**

TABLE 7-continued

| Reverse primers for templated-primer extension method. | |
|---|---|
| Primer Sequence | SEQ ID NO |
| CAAGCAGAAGACGGCATACGAGATCTT CGTTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 118 |
| CAAGCAGAAGACGGCATACGAGATCTT CTGAGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 119 |
| CAAGCAGAAGACGGCATACGAGATTGC TCATGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 120 |
| CAAGCAGAAGACGGCATACGAGATAGT TCGTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 121 |
| CAAGCAGAAGACGGCATACGAGATTAG CGTCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 122 |
| CAAGCAGAAGACGGCATACGAGATGGC GTTATGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 123 |
| CAAGCAGAAGACGGCATACGAGATGGT GATTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 124 |
| CAAGCAGAAGACGGCATACGAGATAAC TTGCCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 125 |
| CAAGCAGAAGACGGCATACGAGATGCA AGATCGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 126 |
| CAAGCAGAAGACGGCATACGAGATTCG CATTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 127 |
| CAAGCAGAAGACGGCATACGAGATTGT ACACCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 128 |
| CAAGCAGAAGACGGCATACGAGATAGC TCCTAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 129 |
| CAAGCAGAAGACGGCATACGAGATGCA ATTCGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 130 |
| CAAGCAGAAGACGGCATACGAGATCTT AGGACGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 131 |
| CAAGCAGAAGACGGCATACGAGATGTC CTAAGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 132 |
| CAAGCAGAAGACGGCATACGAGATAAC GTGGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 133 |
| CAAGCAGAAGACGGCATACGAGATCTG TGTTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 134 |
| CAAGCAGAAGACGGCATACGAGATGTT AAGGCGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 135 |

US 11,377,689 B2

67

TABLE 7-continued

Reverse primers for templated-
primer extension method.

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATCAC CTTACGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 136 |
| CAAGCAGAAGACGGCATACGAGATTGG TAGCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 137 |
| CAAGCAGAAGACGGCATACGAGATCAG TGAAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 138 |
| CAAGCAGAAGACGGCATACGAGATGTT CAACCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 139 |
| CAAGCAGAAGACGGCATACGAGATTGG CTATCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 140 |
| CAAGCAGAAGACGGCATACGAGATCTG GAGTAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 141 |
| CAAGCAGAAGACGGCATACGAGATTCT CTTCCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 142 |
| CAAGCAGAAGACGGCATACGAGATTCT AACGCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 143 |
| CAAGCAGAAGACGGCATACGAGATGGT CAGATGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 144 |
| CAAGCAGAAGACGGCATACGAGATCTC TGGTTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 145 |
| CAAGCAGAAGACGGCATACGAGATTGT GGTACGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 146 |
| CAAGCAGAAGACGGCATACGAGATCCT ATACCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 147 |
| CAAGCAGAAGACGGCATACGAGATTTC TCTCGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 148 |
| CAAGCAGAAGACGGCATACGAGATGTA TGCTGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 149 |
| CAAGCAGAAGACGGCATACGAGATAAG TCGAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 150 |
| CAAGCAGAAGACGGCATACGAGATAAC CGAAGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 151 |
| CAAGCAGAAGACGGCATACGAGATTGT TGTGGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 152 |

The PCR program used to amplify the purified extension products comprised the following steps:

(1) 30 seconds at 98° C.

(2) 10 seconds at 98° C.

68

(3) 30 seconds at 65° C.

(4) 30 seconds at 72° C.

(5) Repeat steps (2)-(4) eighteen times

(6) 2 minutes at 72° C.

The amplified extension products were stored at 4° C. 4 μL of each PCR reaction were combined into four pools, for 24 samples per pool.

The pooled PCR reactions were purified using diluted Agencourt AMPure XP magnetic beads (Beckman Coulter Genomics Inc.), which were prepared by combining 100 μL of AMPure XP beads and 400 μL of AMPure XP buffer (2.5M NaCl, 20% PEG8000). Purification was performed with 76.8 μL of diluted AMPure XP beads and eluted in 20 μL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. Beads were retained and cleanup process was repeated with 24 μL of AMPure XP buffer and eluted in 20 μL of buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

The purified PCR products were assessed using a High Sensitivity DNA chip on 2100 Bioanalyzer (Agilent Genomics) and KAPA Library Quantification Kit for Illumina Platforms (Kapa Biosystems). The purified PCR products were also diluted to 15 pM for sequencing on a MiSeq (Illumina) according to manufacturer's instructions (MiSeq Reagent Kit v3 2×75 bp) with a custom spike-in primer comprising the nucleotide sequence

(SEQ ID NO: 25)
ACACTCTTTAAGACGACGTCGCTATGGCCTCTCC.

Example 4—Long Probe Hybridization Method for 96 Multiplexed Samples

In this example, a long probe hybridization method of the present disclosure was used to sequence identifier oligonucleotides collected from 96 multiplexed samples. In this example, the first nucleic acid probe comprises a 5' phosphate moiety, a nucleic acid sequence complementary to a portion of the identifier oligonucleotide, a first amplification primer binding site comprising an i7 sequence (SEQ ID NO: 1), unique nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released and a P7 flow cell adapter sequence (SEQ ID NO: 4). The second nucleic acid probe comprises a nucleic acid sequence complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a unique molecular identifier, a second amplification primer binding site comprising and i5 sequence (SEQ ID NO: 2) and i5 sequence (SEQ ID NO: 3) and a P5 flow cell adapter sequence (SEQ ID NO: 3).

The first and second nucleic acid probes were ordered from Integrated DNA Technologies, Inc. and quantified using a NanoDrop 1000 spectrophotometer (Thermo Fisher Scientific). Individual nucleic acid probes were normalized to a standard concentration, pooled to be equimolar, and diluted to 0.83 nM in a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. The nucleic acid probes and the identifier oligonucleotides were hybridized by combining 0.5 μL of diluted nucleic acid probe pool with 2 μL of a mixture of identifier oligonucleotides collected from a sample solution in a buffer comprising 50 mM NaCl. This mixture was heated for 2 minutes at 95° C. and cooled for 30 minutes at ambient temperature to yield an annealed identifier oligonucleotide-nucleic acid probe mixture.

In the case in which the first and the second nucleic acid probes hybridized to the identifier oligonucleotide such that

US 11,377,689 B2

69
70

the first and the second nucleic acid probes were not adjacent and were not overlapping, a gap extension reaction was performed. To 2.5 µL of each annealed identifier oligonucleotide-nucleic acid probe mixture, 3.8 µL of NEBNext Ultra II Q5 Master mix and 1.3 µL of PCR-grade H$_2$O was added. The mixture was then subjected to the following Gap extension temperature cycle:

(1) 30 seconds at 98° C.
(2) 1 minute at 98° C.
(3) 1 minute at 68° C.
(4) 1 minute at 72° C.,
(5) Repeat steps (2)-(4) ten times
(6) 2 minutes at 72° C.

The gap extension products were then stored at 4° C. The first and second nucleic acid probes were then ligated together by adding to 1 µL of the gap extension product, 10 µL of 2× rapid ligation buffer (Enzymatics), 1 µL of T4 DNA Rapid Ligase (Enzymatics), and 8 µL of PCR-grade H$_2$O. These ligation reactions were incubated for 15 minutes 20° C., subsequently quenched with 1 µL 0.5M EDTA, and pooled into a single 15 mL conical tube.

In the case in which the first and the second nucleic acid probes hybridized to the identifier oligonucleotide such that the first and the second nucleic acid probes were adjacent and were not overlapping, nick repair ligation reaction was performed. To 2.5 µL of each annealed identifier oligonucleotide-nucleic acid probe mixture, 10 µL of 2× rapid ligation buffer (Enzymatics), 1 µL of T4 DNA Rapid Ligase (Enzymatics), and 1 µL of PCR-grade H$_2$O was added. These ligation reactions were incubated for 15 minutes at 20° C., subsequently quenched with 1 µL of 0.5M EDTA, and pooled into a single 15 mL conical tube.

The pools of quenched ligation reactions were then purified using diluted Agencourt AMPure XP magnetic beads (Beckman Coulter Genomics Inc.), which were prepared by combining 350 µL of AMPure XP beads and 3.15 mL of AMPure XP buffer (2.5M NaCl, 20% PEG8000). The purification was performed with 3.5 mL of diluted AMPure XP beads and eluted in 200 µL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. The AMPure XP bead cleanup was then repeated with 400 µL of AMPure XP beads and eluted in 20 µL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

To amplify the purified ligation products, PCR reactions with purified ligation products and primers were prepared. To 6 µL of purified ligation product, 10 µL of NEBNext Ultra II Q5 Master Mix, 0.2 µL of 100 µM forward primer (CAAGCAGAAGACGGCATACGA, SEQ ID NO: 153) and reverse primer (AATGATACGGCGACCACCGA, SEQ ID NO: 154) and 3.6 µL of PCR-grade H$_2$O was added. The PCR program used to amplify the purified extension products comprised the following steps:

(1) 30 seconds at 98° C.
(2) 10 seconds at 98° C.
(3) 30 seconds at 65° C.
(4) 30 seconds at 72° C.
(5) Repeat steps (2)-(4) eighteen times
(6) 2 minutes at 72° C.

The amplified products were stored at 4° C. 4 µL of each PCR reaction were combined into six pools, for 16 samples per pool. The amplified products were further purified using an AMPure XP bead cleanup with 64 µL of AMPure XP beads and eluting with 20 µL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

The purified amplified products were assessed using a High Sensitivity DNA chip on 2100 Bioanalyzer (Agilent Genomics) and KAPA Library Quantification Kit for Illu-

mina Platforms (Kapa Biosystems). The purified amplified products were also diluted to 15 pM for sequencing on a MiSeq (Illumina) according to manufacturer's instructions (MiSeq Reagent Kit v3 2×75 bp) with either standard sequencing primers or a custom spike-in Read1 primer (SEQ ID NO: 25).

Example 5—Short Probe Hybridization Method for 96 Multiplexed Samples

In this example, a short probe hybridization method of the present disclosure was used to sequence identifier oligonucleotides collected from 96 multiplexed samples. In this example, the first nucleic acid probe comprises a 5' phosphate moiety, a nucleic acid sequence complementary to a portion of the identifier oligonucleotide, a first amplification primer binding site comprising an i7 sequence (SEQ ID NO: 1) and a unique nucleic acid sequence which identifies the specific location of the sample from which the identifier oligonucleotide was released. The second nucleic acid probe comprises a nucleic acid sequence complementary to a portion of the identifier oligonucleotide, a nucleic acid sequence comprising a unique molecular identifier and a second amplification primer binding site comprising an i5 sequence (SEQ ID NO: 2).

The first and second nucleic acid probes were ordered from Integrated DNA Technologies, Inc. and quantified using a NanoDrop 1000 spectrophotometer (Thermo Fisher Scientific). Individual nucleic acid probes were normalized to a standard concentration, pooled to be equimolar, and diluted to 0.83 nM in a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. The nucleic acid probes and the identifier oligonucleotides were hybridized by combining 0.5 µL of diluted nucleic acid probe pool with 2 µL of a mixture of identifier oligonucleotides collected from a sample solution in a buffer comprising 50 mM NaCl. This mixture was heated for 2 minutes at 95° C. and cooled for 30 minutes at ambient temperature to yield an annealed identifier oligonucleotide-nucleic acid probe mixture.

In the case in which the first and the second nucleic acid probes hybridized to the identifier oligonucleotide such that the first and the second nucleic acid probes were not adjacent and were not overlapping, a gap extension reaction was performed. To 2.5 µL of each annealed identifier oligonucleotide-nucleic acid probe mixture, 3.8 µL of NEBNext Ultra II Q5 Master mix and 1.3 µL of PCR-grade H$_2$O was added. The mixture was then subjected to the following Gap extension temperature cycle:

(1) 30 seconds at 98° C.
(2) 1 minute at 98° C.
(3) 1 minute at 68° C.
(4) 1 minute at 72° C.,
(5) Repeat steps (2)-(4) ten times
(6) 2 minutes at 72° C.

The gap extension products were then stored at 4° C. The first and second nucleic acid probes were then ligated together by adding to 1 µL of the gap extension product, 10 µL of 2× rapid ligation buffer (Enzymatics), 1 µL of T4 DNA Rapid Ligase (Enzymatics), and 8 µL of PCR-grade H$_2$O. These ligation reactions were incubated 15 min 20° C., quenched with 1 µL 0.5M EDTA, and pooled into a single 15 mL conical tube.

In the case in which the first and the second nucleic acid probes hybridized to the identifier oligonucleotide such that the first and the second nucleic acid probes were adjacent and were not overlapping, nick repair ligation reaction was performed. To 2.5 µL of each annealed identifier oligonucle-

US 11,377,689 B2

71

otide-nucleic acid probe mixture, 10 μL of 2× rapid ligation buffer (Enzymatics), 1 μL of T4 DNA Rapid Ligase (Enzymatics), and 1 μL of PCR-grade H$_2$O was added. These ligation reactions were incubated for 15 minutes at 20° C., subsequently quenched with 1 μL of 0.5M EDTA, and pooled into a single 15 mL conical tube.

The pools of quenched ligation reactions were then purified using diluted Agencourt AMPure XP magnetic beads (Beckman Coulter Genomics Inc.), which were prepared by combining 350 μL of AMPure XP beads and 3.15 mL of AMPure XP buffer (2.5M NaCl, 20% PEG8000). The purification was performed with 3.5 mL of diluted AMPure XP beads and eluted in 200 μL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20. The AMPure XP bead cleanup was then repeated with 400 μL of AMPure XP beads and eluted in 20 μL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

To amplify the purified ligation products, PCR reactions with purified ligation products and primers were prepared. To 6 μL of purified ligation product, 10 μL of NEBNext Ultra II Q5 Master Mix, 0.2 μL of 100 μM forward primer and reverse primer and 3.6 μL of PCR-grade H$_2$O was added. The forward primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the first amplification primer binding site located on the first strand of the nucleic acid adapter. Table 8 provides the sequences of the forward primers used.

TABLE 8

Forward primers for short probe hybridization method.

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATCG AGTAATGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 13 |
| CAAGCAGAAGACGGCATACGAGATTCT CCGGAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 14 |
| CAAGCAGAAGACGGCATACGAGATAAT GAGCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 15 |
| CAAGCAGAAGACGGCATACGAGATGGA ATCTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 16 |
| CAAGCAGAAGACGGCATACGAGATTTC TGAATGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 17 |
| CAAGCAGAAGACGGCATACGAGATACG AATTCGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 18 |
| CAAGCAGAAGACGGCATACGAGATAGC TTCAGGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 19 |
| CAAGCAGAAGACGGCATACGAGATGCG CATTAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 20 |
| CAAGCAGAAGACGGCATACGAGATCAT AGCCGGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 21 |

72

TABLE 8-continued

Forward primers for short probe hybridization method.

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATTTC GCGGAGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 22 |
| CAAGCAGAAGACGGCATACGAGATGCG CGAGAGTGACTGGAGTTCAGACGTG TGCTCTTCCGATCT | 23 |
| CAAGCAGAAGACGGCATACGAGATCTA TCGCTGTGACTGGAGTTCAGACGTGT GCTCTTCCGATCT | 24 |

The reverse primers comprised a flow cell adapter sequence suitable for sequencing, a unique molecular identifier and a nucleic acid sequence complementary to the second amplification primer binding site located on the second strand of the nucleic acid adapter. Table 9 provides the sequences of the reverse primers used.

TABLE 9

Reverse primers for short probe hybridization method.

| Primer Sequence | SEQ ID NO |
|---|---|
| AATGATACGGCGACCACCGAGATCTACACT ATAGCCTACACTCTTTCCCTACACGACGCT CTTCCGATCT | 155 |
| AATGATACGGCGACCACCGAGATCTACACA TAGAGGCACACTCTTTCCCTACACGACGCT CTTCCGATCT | 156 |
| AATGATACGGCGACCACCGAGATCTACACC CTATCCTACACTCTTTCCCTACACGACGCT CTTCCGATCT | 157 |
| AATGATACGGCGACCACCGAGATCTACACG GCTCTGAACACTCTTTCCCTACACGACGCT CTTCCGATCT | 158 |
| AATGATACGGCGACCACCGAGATCTACACA GGCGAAGACACTCTTTCCCTACACGACGCT CTTCCGATCT | 159 |
| AATGATACGGCGACCACCGAGATCTACACT AATCTTAACACTCTTTCCCTACACGACGCT CTTCCGATCT | 160 |
| AATGATACGGCGACCACCGAGATCTACACC AGGACGTACACTCTTTCCCTACACGACGCT CTTCCGATCT | 161 |
| AATGATACGGCGACCACCGAGATCTACACG TACTGACACACTCTTTCCCTACACGACGCT CTTCCGATCT | 162 |

The PCR program used to amplify the purified extension products comprised the following steps:
(1) 30 seconds at 98° C.
(2) 10 seconds at 98° C.
(3) 30 seconds at 65° C.
(4) 30 seconds at 72° C.
(5) Repeat steps (2)-(4) eighteen times
(6) 2 minutes at 72° C.
The amplified products were stored at 4° C. 4 μL of each PCR reaction were combined into six pools, for 16 samples

US 11,377,689 B2

73

per pool. The amplified products were further purified using an AMPure XP bead cleanup with 64 μL of AMPure XP beads and eluting with 20 μL of a buffer comprising 10 mM Tris pH 8 and 0.05% Tween20.

The purified amplified products were assessed using a High Sensitivity DNA chip on 2100 Bioanalyzer (Agilent Genomics) and KAPA Library Quantification Kit for Illumina Platforms (Kapa Biosystems). The purified amplified products were also diluted to 15 pM for sequencing on a MiSeq (Illumina) according to manufacturer's instructions (MiSeq Reagent Kit v3 2×75 bp) with either standard sequencing primers or a custom spike-in Read1 primer (SEQ ID NO: 25).

Example 6—Direct PCR Method for 96 Multiplexed Samples

In this example, a direct PCR method of the present disclosure was used to sequence identifier oligonucleotides collected from 96 multiplexed samples. In this example, 8 species of forward amplification primers and 12 species of reverse amplification primers were used. The forward primers comprised a P5 flow cell adapter (SEQ ID NO: 3), a nucleic acid sequence comprising a unique molecular identifier and a region complementary to a first amplification primer binding site present on the identifier oligonucleotide. Table 10 provides the sequences of the forward amplification primers used.

TABLE 10

Forward amplification primers for direct PCR method.

| Primer Sequence | SEQ ID NO |
|---|---|
| AATGATACGGCGACCACCGAGATCTACACG CTCAGATATAGCCTACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 5 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGAATAGAGGCACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 6 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGACCTATCCTACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 7 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGAGGCTCTGAACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 8 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGAAGGCGAAGACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 9 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGATAATCTTAACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 10 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGACAGGACGTACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 11 |
| AATGATACGGCGACCACCGAGATCTACACG CTCAGAGTACTGACACACTCTTTAAGACGA CGTCGCTATGGCCTCTCC | 12 |

The reverse primers comprised a P7 flow cell adapter (SEQ ID NO: 4), a nucleic acid sequence comprising a unique molecular identifier and a region complementary to a second amplification primer binding site present on the

74

identifier oligonucleotide. Table 11 provides the sequences of the reverse amplification primers used.

TABLE 11

Reverse amplification primers for direct PCR method.

| Primer Sequence | SEQ ID NO |
|---|---|
| CAAGCAGAAGACGGCATACGAGATCGTGAT GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 163 |
| CAAGCAGAAGACGGCATACGAGATACATCG GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 164 |
| CAAGCAGAAGACGGCATACGAGATGCCTAA GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 165 |
| CAAGCAGAAGACGGCATACGAGATTGGTCA GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 166 |
| CAAGCAGAAGACGGCATACGAGATCACTGT GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 167 |
| CAAGCAGAAGACGGCATACGAGATATTGGC GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 168 |
| CAAGCAGAAGACGGCATACGAGATGATCTG GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 169 |
| CAAGCAGAAGACGGCATACGAGATTCAAGT GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 170 |
| CAAGCAGAAGACGGCATACGAGATCTGATC GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 171 |
| CAAGCAGAAGACGGCATACGAGATAAGCTA GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 172 |
| CAAGCAGAAGACGGCATACGAGATGTAGCC GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 173 |
| CAAGCAGAAGACGGCATACGAGATTACAAG GTGACTGGAGTTCAGACGTGTGCTCTTCCG ATCTNNNNNNNNNNNNNNNAACGGACAGGAT GCAGCAAAAT | 174 |

In the case of 8 forward amplification primers and 12 reverse amplification primers, when the unique molecular identifiers from a pair of forward and reverse primers are combined, a total of 96 unique combinations can be obtained, allowing for the multiplexing of 96 samples.

To amplify the collected identifier oligonucleotides for sequencing, PCR reactions with collected identifier oligonucleotides and forward and reverse amplification primers were prepared on a 96-well plate with 2 μL of each identifier

US 11,377,689 B2

75                                                                                      76

oligonucleotide sample, 10 µL of NEBNext Ultra II Q5 Master Mix, 2 µL of 10 µM forward amplification primer, 2 µL of reverse amplification primer, and 4 µL of PCR-grade H₂O. Each well in the 96-well plate contained an identifier oligonucleotide sample and a unique combination of forward and reverse amplification primers. The PCR program used comprised the following steps:

(1) 30 seconds at 98° C.
(2) 10 seconds at 98° C.
(3) 30 seconds at 65° C.
(4) 30 seconds at 72° C.
(5) Repeat steps (2)-(4) six to ten times
(6) 2 minutes at 72° C.

The amplified products were stored at 4° C. 10 µL of each PCR reaction was combined into a single 15 mL conical tube.

The pooled PCR reactions were purified using diluted Agencourt AMPure XP magnetic beads (Beckman Coulter Genomics Inc.), which were prepared by combining 115.2 µL of AMPure XP beads and 1036.8 µL of AMPure XP buffer (2.5M NaCl, 20% PEG8000). Purification was performed with 1152 µL of diluted AMPure XP beads and eluted in 60 µL of a buffer comprising 10 mM Tris pH 8. The purification process was repeated with 60 µL of AMPure XP beads and eluted in 70 µL of a buffer comprising 10 mM Tris pH 8.

Following AMPure XP cleanup, PCR reactions with universal primers were prepared with 9 µL of pooled direct PCR product, 15 µL of NEBNext Ultra II Q5 Master Mix, 3 µL of 10 µM universal P7 primer (SEQ ID NO: 153) and 2 µL of 10 µM universal P5 primer (SEQ ID NO: 154). The PCR program used was:

(1) 30 seconds at 98° C.,
(2) 10 seconds at 98° C.
(3) 30 seconds at 65° C.
(4) 30 seconds at 72° C.
(5) Repeat steps (2)-(4) 15 to 24 times
(6) 2 minutes at 72° C.

Two rounds of AMPure XP bead cleanup was performed. The first round was performed with 30 µL of beads and eluted with 20 µL of a buffer comprising 10 mM Tris pH 8 and the second round was performed with 20 µL beads and eluted with 11 µL of a buffer comprising 10 mM Tris pH 8.

These purified PCR products were assessed using a High Sensitivity DNA chip on 2100 Bioanalyzer (Agilent Genomics). The purified PCR products were also diluted for sequencing on a MiSeq (Illumina) according to manufacturer's instructions (MiSeq Reagent Kit v3 2x75 bp) with a custom spike-in primer (SEQ ID NO: 25).

### Example 7—Spatially Detecting Target Analytes in a FFPE Sample

The methods of the present invention were used to spatially detect a plurality of different target analytes, including target proteins and target RNAs, in a sample of inflamed human tonsil tissue FFPE section.

In one experiment, 30 different target proteins were spatially detected using the methods of the present disclosure in two serial sections cut from the inflamed human tonsil tissue FFPE section. The 30 target proteins are put forth in Table 12. The 30 target proteins included IgG Rabbit isotype and IgG Mouse isotype as negative controls, as these target proteins should not have been present in the inflamed human tonsil sample and therefore should not have been detected.

TABLE 12

| Target Proteins | |
|---|---|
| Target Protein | Target Protein |
| AKT | FOXP3 |
| B7-H3 | GZMB |
| Bcl-2 | Histone H3 |
| Beta-2-microglobulin | Ki67 |
| Beta-catenin | CD20 |
| CD14 | P-AKT |
| CD19 | PanCK |
| CD3 | PD1 |
| CD4 | PD-L1 |
| CD44 | S6 |
| CD45 | STAT3 |
| CD45RO | P-STAT3 |
| CD56 | VISTA |
| CD68 | IgG Rabbit isotype (negative control) |
| CD8A | IgG Mouse isotype (control) |

To spatially detect the 30 target proteins, 30 different probes of the present disclosure were used. Each probe comprised a target binding domain comprising an antibody that specifically binds to one of the 30 target proteins in Table 12. The two serial sections were contacted with a plurality of the 30 different probes. Ninety-six regions of interest (ROI) were then identified. For each ROI, the ROI was illuminated with UV light to release the identifier oligonucleotides from the probes bound within the ROI. The released identifier oligonucleotides were then collected and identified using a short probe hybridization method of the present disclosure, thereby spatially detecting the 30 target proteins in the two serial sections. As shown in FIGS. 21A-21D, the number of reads per target protein in each ROI for the two serial sections were well correlated, demonstrating that the method yields reproducible results.

In a second experiment, 20 different target RNAs were spatially detected using the methods of the present disclosure in two different serial sections cut from the inflamed human tonsil tissue FFPE section. The 20 different target RNAs are put forth in Table 13. The 20 target RNAs included 6 negative controls (Negative Probe) that should not have been detected in the sample.

TABLE 13

| Target RNAs | | |
|---|---|---|
| Target RNA | Target RNA | Target RNA |
| CD3E | CD40 | CTLA4 |
| CD3G | CD45 | GAPDH |
| CD4 | CD74 | KRT13 |
| CD20 | CD79A | PD1 |
| PSA | RP56 | Negative Probe #1 |
| Negative Probe #2 | Negative Probe #3 | Negative Probe #4 |
| Negative Probe #5 | Negative Probe #6 | |

To spatially detect the 20 Target RNAs, 20 different probes of the present disclosure were used. Each probe comprised a target binding domain comprising a nucleic acid sequence complementary to at least one portion of one of the 20 target RNAs. The two serial sections were contacted with a plurality of the 20 different probes. Ninety-six regions of interest (ROI) were then identified. For each ROI, the ROI was illuminated with UV light to release the identifier oligonucleotides from the probes bound within the ROI. The released identifier oligonucleotides were then collected and identified using a direct PCR method of the present disclosure, thereby spatially detecting the 20 target

US 11,377,689 B2

77

RNAs in the two serial sections. As shown in FIGS. 22A-22D, the number of reads per target RNA in each ROI for the two serial sections were well correlated, demonstrating that the method yields reproducible results.

### Example 8—Spatially Detecting Target Proteins in a Fluorescently Stained FFPE Sample

In another experiment, a 5 μm FFPE section of inflamed human tonsil tissue was stained with 4 fluorescent visualization markers: (1) CD3E, a T-cell marker; (2) PanCK, an epithelial cell marker; (3) Ki-67, a proliferation marker; and (4) SYTO83, a DNA stain, as shown in the left panel of FIG. 23. The stained FFPE section was then contacted with the probes directed against 30 target proteins, as described in Example 7. As shown in the left panel FIG. 23, 96 regions of interest (ROIs) were selected. Each ROI was a circle with a 500 μm diameter. For each ROI, the ROI was illuminated with UV light to release the identifier oligonucleotides from the probes bound within the ROI. The released identifier oligonucleotides were then collected and identified using a short probe hybridization method of the present disclosure, thereby spatially detecting the 30 target proteins in the FFPE section. As shown in the right panel of FIG. 23, PanCK, CD3E and Ki67 were spatially detected in ROIs that correlated with their fluorescent visualization markers. Thus, the results generated by the methods of the present disclosure correlate with the results generated using established immunohistochemical method.

### Example 9—Spatially Detecting Target RNAs in a FFPE Sample

In another experiment, a 5 μm section from an inflamed human tonsil tissue FFPE block was contacted with probes directed against 20 target RNAs, as described in Example 7. 96 regions of interest (ROIs) were then selected. Each ROI was a circle with a 500 μm diameter. For each ROI, the ROI was illuminated with UV light to release the identifier oligonucleotides from the probes bound within the ROI. The released identifier oligonucleotides were then collected and identified using a direct PCR method of the present disclosure, thereby spatially detecting the 20 target RNAs in the two serial sections. The total RNA from a 20 μm section from the same inflamed human tonsil tissue FFPE block was then isolated. The total RNA was analyzed using the NanoString nCounter® system. FIG. 24 shows that the average number of counts for 11 different RNA targets recorded using the methods of the present disclosure were well correlated with the average number of counts for the same 11 different RNA targets recorded using the nCounter®

78

system. Thus, the results generated using the methods of the present disclosure correlate with the results generated using established direct detection methods.

### Example 10—Spatially Detecting Target RNAs in Specific Sub-Regions of an ROI

In another experiment, a 5 μm section from an inflamed human tonsil tissue FFPE block was contacted with probes directed against 30 target proteins, as described in Example 7. The same 5 μm section was also stained with 4 fluorescent visualization markers: (1) CD3E, a T-cell marker; (2) PanCK, an epithelial cell marker; (3) Ki-67, a proliferation marker; and (4) SYTO83, a DNA stain. As shown in FIG. 25, 48 regions of interest (ROIs) were identified. For each ROI, two sub-regions were then identified based on the fluorescent staining. Areas of an ROI that were fluorescently stained positive for PanCK (PanCK+) were designated a "tumor" sub-region and the areas of an ROI that lacked PanCK fluorescent staining were designated a "micro-environment" sub-region, as shown in FIG. 25. For each ROI, the tumor sub-region and the micro-environment sub-region were separately illuminated with UV light to release the identifier oligonucleotides from the probes bound within each sub-region by creating a custom mask based on the intensity of PanCK fluorescent staining. The released identifier oligonucleotides were also separately collected. The collected identifier oligonucleotides were then analyzed using the short-probe hybridization method of the present disclosure and the NanoString nCounter® system. As shown in the bottom panel of FIG. 25, the results using the NanoString nCounter® system and the short-probe hybridization method of the present disclosure were well correlated. Furthermore, in the tumor sub-regions, PanCK was detected at a significantly higher level as compared to the micro-environment sub-regions. Thus, the spatial detection results provided by the methods of the present disclosure are consistent with established fluorescent immunohistochemical methods and allows for the spatial detection within highly specific regions of a sample.

### Example 11—96-Plex Human Immuno-Oncology Panel

A 96-plex human immuno-oncology panel was designed for use in the direct-PCR methods of the present invention. The panel comprised a plurality of probes that could be used to spatially detect 96 different human target RNAs using the direct-PCR methods of the present disclosure. The 96 target RNAs are shown in Table 14.

TABLE 14

| Target RNAs | | | | | | | |
|--------|--------|--------|--------|--------|--------|--------|--------|
| Target | Target | Target | Target | Target | Target | Target | Target |
| AKT1 | CD3E | CEACAM8 | FOXP3 | IFNG | KRT1 | NCAM1 | SOD2 |
| ARG1 | CD4 | CMKLR1 | GZMB | IFNGR1 | KRT10 | NKG7 | SOX10 |
| B2M | CD40 | CSF1R | H3F3A | IL10 | KRT14 | NT5E | STAT1 |
| BATF3 | CD40LG | CTLA4 | HAVCR2 | IL12B | KRT17 | PDCD1 | STAT2 |
| BCL2 | CD44 | CTNNB1 | HIF1A | IL15 | KRT18 | PDCD1LG2 | STAT3 |
| BCL2L1 | CD47 | CXCL10 | HLA_DQA1 | IL1B | KRT19 | PECAM1 | TBX21 |
| CCL5 | CD68 | CXCL9 | HLA DRB | IL6 | KRT6A | PMEL | TIGIT |
| CCND1 | CD74 | CSCR6 | HLA _E | ITGAM | KRT7 | PSMB10 | TNF |
| CD14 | CD86 | DKK2 | ICAM1 | ITGAV | LAG3 | PTEN | TNFRSF9 |
| CD27 | CD8A | EPCAM | ICOSLG | ITGAX | LY6E | PRTPRC | TNFSF4 |
| CD274 | CEACAM1 | FAS | IDO1 | ITGB2 | MKI67 | RPS6 | VEGFA |
| CD276 | CEACAM6 | FASLG | IFNAR1 | ITGB8 | MS4A1 | SIOOB | VSIR |

US 11,377,689 B2

79

In total, the panel comprised 928 different probes. Each of the probes comprised an identifier oligonucleotide comprising a first amplification primer binding site, a nucleic acid sequence comprising a unique molecular identifier, a unique nucleic acid sequence which identified the target RNA bound to the target binding domain and a second amplification primer binding site. FIG. 26 shows a schematic of the probes used in the panel. For each of the 96 target RNAs, there was at least one probe within the 928 probe set comprising a target binding domain that directly or indirectly hybridized to that target RNA. For most of the 96 target RNAs, there were 10 different probes that directly or indirectly hybridized to the specific target RNA. These 10 different probes directly or indirectly hybridized to different locations on the target RNA to create a "tiling" effect, as shown in the top panel of FIG. 27. Tiling multiple probes onto a target RNA means that each target RNA will be individually detected multiple times, increasing the overall accuracy of the measurement. For example, as shown in the bottom panel of FIG. 27, in the case where 10 probes are tiled onto a single target RNA, one of the probes may be incorrectly detected too many times (outlier high count probe), while another probe may be incorrectly detected too few times (outlier low count probe). However, the other 8 probes may be detected at a similar level, indicating that the two outliers should be discarded during analysis and the signals from the 8 probes used to generate a more accurate measurement of the abundance of the target RNA.

The set of 928 probes also comprised 80 negative control probes. Each of the 80 negative control probes comprised a target binding domain comprising a scrambled, non-specific nucleic acid sequence that was designed using guidelines from the External RNA Controls Consortium such that the target binding domain should not be complementary to RNA molecules present within a human sample. Thus, these 80 negative control probes should not be detected during analysis.

The 96-plex human immune-oncology panel was used to analyze a tissue microarray. The tissue microarray comprised FFPE samples of 22 common human cell lines, including normal and cancerous cell types. Some of the cell lines are shown in Table 15.

80

TABLE 15

| Cell lines | | | |
|---|---|---|---|
| Cell Line | Cell Line | Cell Line | Cell Line |
| CCRF-CEM | DAUDI | H596 | H2228 |
| HT29 | HUT78 | HUH7 | JURKAT |
| M14 | MDA-MB-468 | MOLT4 | RAJI |
| SKBR3 | SUDHL1 | SUDHL4 | |

The tissue microarray also comprised one mouse cell line (3T3) as a negative control. Each of the FFPE samples on the microarray was contacted with a plurality of the 928 different probes in the immuno-onocology panel. As shown in FIG. 28, for each of the FFPE samples, at least three circular regions of interest (ROIs) with a diameter of 300 μm were selected. As a negative control, ROIs were also selected on regions of the microarray that did not comprise a FFPE sample (glass negative control). For each ROI, the ROI was illuminated with UV light to release the identifier oligonucleotides from the probes bound within the ROI. The released identifier oligonucleotides were then collected and identified using a direct PCR method of the present disclosure thereby spatially detecting the 96 target RNAs in each of the FFPE samples on the tissue microarray.

FIG. 29 shows that a sufficient read depth was achieved using a MiSeq v3 flowcell. The top panel of FIG. 30 shows that none of the target RNAs were spatially detected for the glass negative control ROIs. Likewise, the bottom panel of FIG. 30 shows that nearly none of the target RNAs were detected in the negative control mouse 3T3 FFPE sample. Conversely, as shown in FIGS. 31, 33 and 34, specific target RNAs were successfully detected in the HEK293 (human embryonic kidney) FFPE sample and the Jurkat (human T-cell lymphocyte) FFPE sample. FIGS. 31, 33 and 34 show that clusters of "tiled" probes were detected for particular target RNAs, including AKT1, B2M, CD3E, HIF1A, PTEN, RPS6, STAT1, STAT2, STAT3, VEGF, PTPRC (CD45), and KRT1/10/18/19. These results indicated that there are certain target RNAs that are differentially transcribed in the two different cells lines. The results of this experiment were also verified using the NanoString nCounter system to identify the collected identifier oligonucleotides. As shown in FIG. 27, the results using the direct-PCR method of the present disclosure were consistent with the results obtained using the NanoString nCounter system.

```
                     SEQUENCE LISTING


<160> NUMBER OF SEQ ID NOS: 175

<210> SEQ ID NO 1
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: i7 sequence

<400> SEQUENCE: 1

agatcggaag agcacacgtc tgaactccag tcac                          34


<210> SEQ ID NO 2
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: i5 sequence

<400> SEQUENCE: 2
```

US 11,377,689 B2

81                                                          82

-continued

```
acactctttc cctacacgac gctcttccga                          30


<210> SEQ ID NO 3
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P5 flow cell adapter

<400> SEQUENCE: 3

aatgatacgg cgaccaccga gatctacac                           29


<210> SEQ ID NO 4
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P7 flow cell adapter

<400> SEQUENCE: 4

atctcgtatg ccgtcttctg cttg                                24


<210> SEQ ID NO 5
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i501 Primer

<400> SEQUENCE: 5

aatgatacgg cgaccaccga gatctacacg ctcagatata gcctacactc tttaagacga   60

cgtcgctatg gcctctcc                                       78


<210> SEQ ID NO 6
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i502 Primer

<400> SEQUENCE: 6

aatgatacgg cgaccaccga gatctacacg ctcagaatag aggcacactc tttaagacga   60

cgtcgctatg gcctctcc                                       78


<210> SEQ ID NO 7
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i503 Primer

<400> SEQUENCE: 7

aatgatacgg cgaccaccga gatctacacg ctcagaccta tcctacactc tttaagacga   60

cgtcgctatg gcctctcc                                       78


<210> SEQ ID NO 8
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i504 Primer

<400> SEQUENCE: 8
```

US 11,377,689 B2

83                                                                                84

-continued

```
aatgatacgg cgaccaccga gatctacacg ctcagaggct ctgaacactc tttaagacga      60

cgtcgctatg gcctctcc                                                    78


<210> SEQ ID NO 9
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i505 Primer

<400> SEQUENCE: 9

aatgatacgg cgaccaccga gatctacacg ctcagaaggc gaagacactc tttaagacga      60

cgtcgctatg gcctctcc                                                    78


<210> SEQ ID NO 10
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i506 Primer

<400> SEQUENCE: 10

aatgatacgg cgaccaccga gatctacacg ctcagataat cttaacactc tttaagacga      60

cgtcgctatg gcctctcc                                                    78


<210> SEQ ID NO 11
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i507 Primer

<400> SEQUENCE: 11

aatgatacgg cgaccaccga gatctacacg ctcagacagg acgtacactc tttaagacga      60

cgtcgctatg gcctctcc                                                    78


<210> SEQ ID NO 12
<211> LENGTH: 78
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: DSP_NGS_i508 Primer

<400> SEQUENCE: 12

aatgatacgg cgaccaccga gatctacacg ctcagagtac tgacacactc tttaagacga      60

cgtcgctatg gcctctcc                                                    78


<210> SEQ ID NO 13
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i701 Primer

<400> SEQUENCE: 13

caagcagaag acggcatacg agatcgagta atgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 14
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
```

US 11,377,689 B2

**85**                                                                          **86**

-continued

---

```
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i702 Primer

<400> SEQUENCE: 14

caagcagaag acggcatacg agattctccg gagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 15
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i703 Primer

<400> SEQUENCE: 15

caagcagaag acggcatacg agataatgag cggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 16
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i704 Primer

<400> SEQUENCE: 16

caagcagaag acggcatacg agatggaatc tcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 17
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i705 Primer

<400> SEQUENCE: 17

caagcagaag acggcatacg agatttctga atgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 18
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i706 Primer

<400> SEQUENCE: 18

caagcagaag acggcatacg agatacgaat tcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 19
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i707 Primer

<400> SEQUENCE: 19

caagcagaag acggcatacg agatagcttc aggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66
```

US 11,377,689 B2

**87**                                                                        **88**

-continued

```
<210> SEQ ID NO 20
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i708 Primer

<400> SEQUENCE: 20

caagcagaag acggcatacg agatgcgcat tagtgactgg agttcagacg tgtgctcttc     60

cgatct                                                                66


<210> SEQ ID NO 21
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i709 Primer

<400> SEQUENCE: 21

caagcagaag acggcatacg agatcatagc cggtgactgg agttcagacg tgtgctcttc     60

cgatct                                                                66


<210> SEQ ID NO 22
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i710 Primer

<400> SEQUENCE: 22

caagcagaag acggcatacg agatttcgcg gagtgactgg agttcagacg tgtgctcttc     60

cgatct                                                                66


<210> SEQ ID NO 23
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i711 Primer

<400> SEQUENCE: 23

caagcagaag acggcatacg agatgcgcga gagtgactgg agttcagacg tgtgctcttc     60

cgatct                                                                66


<210> SEQ ID NO 24
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i712 Primer

<400> SEQUENCE: 24

caagcagaag acggcatacg agatctatcg ctgtgactgg agttcagacg tgtgctcttc     60

cgatct                                                                66


<210> SEQ ID NO 25
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Spike-in primer

<400> SEQUENCE: 25
```

US 11,377,689 B2

**89**                                                                              **90**

-continued

```
acactcttta agacgacgtc gctatggcct ctcc                          34


<210> SEQ ID NO 26
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Amplification primer binding site

<400> SEQUENCE: 26

gtgactggag ttcagacgtg tgctcttccg atct                          34


<210> SEQ ID NO 27
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P01_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 27

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt tgaagcacac   60

cgtttttctt tcttctttca cgg                                      83


<210> SEQ ID NO 28
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P03_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 28

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna cccacaggtt   60

atacgggatt atccggttat cca                                      83


<210> SEQ ID NO 29
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P04_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 29

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc gacaccgagt   60

tcgaccgtta tgttggtagg atc                                      83


<210> SEQ ID NO 30
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P05_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
```

US 11,377,689 B2

| 91 | 92 |
|---|---|

-continued

```
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 30

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc ggtgtgtaag      60

cgtaacgatg ttggtgtcgc tct                                             83


<210> SEQ ID NO 31
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P06_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 31

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc agacactgcg      60

acaactcacg atcatgacac aga                                             83


<210> SEQ ID NO 32
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P07_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 32

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna tattctgtac      60

tcagtgccta tccacctaat agg                                             83


<210> SEQ ID NO 33
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P09_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 33

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt tcagttataa      60

tgtgtccagc agaagcagga att                                             83


<210> SEQ ID NO 34
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P11_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 34

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnng tcctttgttg      60

ggcggaccgt aatgaggaat ttg                                             83
```

US 11,377,689 B2

93                                                                94

-continued

```
<210> SEQ ID NO 35
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P13_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 35

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnng atgagacttc      60

tacatgtccg atgtttttgt gct                                             83


<210> SEQ ID NO 36
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P15_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 36

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna ctcacacata      60

gtactgacac gtaagatagg atg                                             83


<210> SEQ ID NO 37
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P16_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 37

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt tacccttatct     60

cgtctatgta cgtcaggctg aat                                             83


<210> SEQ ID NO 38
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P17_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 38

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna tcaacgtagg      60

gtaaggtcat atttttacct tac                                             83


<210> SEQ ID NO 39
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

US 11,377,689 B2

**95**                                                      **96**

-continued

```
<223> OTHER INFORMATION: P18_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 39

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt tccctctttc      60

tccgcttatg gatgaaagga cag                                             83


<210> SEQ ID NO 40
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P19_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 40

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnc ctgcacagtg       60

agtttctttc actctaactc tct                                             83


<210> SEQ ID NO 41
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P20_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 41

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnt gtcgctctag       60

tgtgactttt ccacctcgca tct                                             83


<210> SEQ ID NO 42
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P21_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 42

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna tatctttctc      60

gggtaaagat taggcgtccg ata                                             83


<210> SEQ ID NO 43
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P23_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 43
```

US 11,377,689 B2

**97**                                                        **98**

-continued

```
gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc gattagccgt     60

agacgcaact cattgccgaa gat                                            83


<210> SEQ ID NO 44
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P24_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 44

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt gtgagcattt     60

cagtacgagt gatgcagata aac                                            83


<210> SEQ ID NO 45
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P25_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 45

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt atagttacca     60

agtactatgg gttggtggaa gcc                                            83


<210> SEQ ID NO 46
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P26_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 46

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc caattatact     60

gtctgttatg ttctcggata agc                                            83


<210> SEQ ID NO 47
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P27_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 47

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt caggtgcttg     60

taggctcatg ataggggtaa tgc                                            83


<210> SEQ ID NO 48
```

US 11,377,689 B2

**99** **100**

-continued

```
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P28_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 48

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc tctgctgtaa    60

tctcagctcc acttgtttct aag                                            83


<210> SEQ ID NO 49
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P29_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 49

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnng tgcatattgc     60

agctgagcca gctcaatttg aag                                            83


<210> SEQ ID NO 50
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P30_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 50

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnc cgttgattta     60

cgcaacagcg gcttatatag ctc                                            83


<210> SEQ ID NO 51
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P31_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 51

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnc atcatcgaca     60

gttcgcagcc ctataacatg ata                                            83


<210> SEQ ID NO 52
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P32_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
```

US 11,377,689 B2

**101**                                                      **102**

-continued

---

<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 52

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna tcgcaggatg      60

gtacagcatc atacatgatg agc                                            83


<210> SEQ ID NO 53
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P33_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 53

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna tcgcaggatg      60

gtacagcatc atacatgatg agc                                            83


<210> SEQ ID NO 54
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P34_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 54

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnna tggcggtttc      60

gggtcctgca ctattcctaa taa                                            83


<210> SEQ ID NO 55
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P35_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 55

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnc cagtacgggt      60

actaataagt gtcatatcta ttg                                            83


<210> SEQ ID NO 56
<211> LENGTH: 83
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P36_PriExtUMI15_tpt
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (35)..(49)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 56

gtgactggag ttcagacgtg tgctcttccg atctnnnnnn nnnnnnnnnt gttggagagg      60

US 11,377,689 B2

**103**                                                                                           **104**

-continued

```
ttagaggtga ggaggcgaag ata                                            83


<210> SEQ ID NO 57
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 57

caagcagaag acggcatacg agatgtcggt aagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 58
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 58

caagcagaag acggcatacg agataggtca ctgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 59
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 59

caagcagaag acggcatacg agatgaatcc gagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 60
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 60

caagcagaag acggcatacg agatgtacct tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 61
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 61

caagcagaag acggcatacg agatcatgag gagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 62
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer
```

US 11,377,689 B2

**105**                                                                 **106**

-continued

```
<400> SEQUENCE: 62

caagcagaag acggcatacg agattgactg acgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 63
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 63

caagcagaag acggcatacg agatcgtatt cggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 64
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 64

caagcagaag acggcatacg agatctccta gagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 65
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 65

caagcagaag acggcatacg agattagttg cggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 66
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 66

caagcagaag acggcatacg agatgagata cggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 67
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 67

caagcagaag acggcatacg agataggtgt acgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 68
```

US 11,377,689 B2

**107**                                                                                    **108**

-continued

```
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 68

caagcagaag acggcatacg agattaatgc cggtgactgg agttcagacg tgtgctcttc     60

cgatct                                                               66


<210> SEQ ID NO 69
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 69

caagcagaag acggcatacg agattcagac gagtgactgg agttcagacg tgtgctcttc     60

cgatct                                                               66


<210> SEQ ID NO 70
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 70

caagcagaag acggcatacg agatgatagg ctgtgactgg agttcagacg tgtgctcttc     60

cgatct                                                               66


<210> SEQ ID NO 71
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 71

caagcagaag acggcatacg agattggtac aggtgactgg agttcagacg tgtgctcttc     60

cgatct                                                               66


<210> SEQ ID NO 72
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 72

caagcagaag acggcatacg agatcaaggt ctgtgactgg agttcagacg tgtgctcttc     60

cgatct                                                               66


<210> SEQ ID NO 73
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 73

caagcagaag acggcatacg agatgctatc ctgtgactgg agttcagacg tgtgctcttc     60
```

US 11,377,689 B2

**109**                                          **110**

-continued

```
cgatct                                                      66


<210> SEQ ID NO 74
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 74

caagcagaag acggcatacg agatatggaa gggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                      66


<210> SEQ ID NO 75
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 75

caagcagaag acggcatacg agattcaagg acgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                      66


<210> SEQ ID NO 76
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 76

caagcagaag acggcatacg agatgttacg cagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                      66


<210> SEQ ID NO 77
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 77

caagcagaag acggcatacg agatagtctg tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                      66


<210> SEQ ID NO 78
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 78

caagcagaag acggcatacg agatgcacgt aagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                      66


<210> SEQ ID NO 79
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

US 11,377,689 B2

**111**                                                         **112**

-continued

<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 79

caagcagaag acggcatacg agataacctt gggtgactgg agttcagacg tgtgctcttc        60

cgatct                                                                  66


<210> SEQ ID NO 80
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 80

caagcagaag acggcatacg agatattgcg tggtgactgg agttcagacg tgtgctcttc        60

cgatct                                                                  66


<210> SEQ ID NO 81
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 81

caagcagaag acggcatacg agatacctgg aagtgactgg agttcagacg tgtgctcttc        60

cgatct                                                                  66


<210> SEQ ID NO 82
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 82

caagcagaag acggcatacg agatggagat gagtgactgg agttcagacg tgtgctcttc        60

cgatct                                                                  66


<210> SEQ ID NO 83
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 83

caagcagaag acggcatacg agatgtactc tcgtgactgg agttcagacg tgtgctcttc        60

cgatct                                                                  66


<210> SEQ ID NO 84
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 84

caagcagaag acggcatacg agatgtaacg acgtgactgg agttcagacg tgtgctcttc        60

cgatct                                                                  66

US 11,377,689 B2

**113**                                                                                                **114**

-continued

```
<210> SEQ ID NO 85
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 85

caagcagaag acggcatacg agatattcct ccgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                                66


<210> SEQ ID NO 86
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 86

caagcagaag acggcatacg agatgtgttc ctgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                                66


<210> SEQ ID NO 87
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 87

caagcagaag acggcatacg agataagcac tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                                66


<210> SEQ ID NO 88
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 88

caagcagaag acggcatacg agatctagca aggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                                66


<210> SEQ ID NO 89
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 89

caagcagaag acggcatacg agattgcttc cagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                                66


<210> SEQ ID NO 90
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 90
```

US 11,377,689 B2

**115**                                                                    **116**

-continued

```
caagcagaag acggcatacg agatgcttag ctgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 91
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 91

caagcagaag acggcatacg agataaccgt tcgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 92
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 92

caagcagaag acggcatacg agatgacatt ccgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 93
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 93

caagcagaag acggcatacg agatagaccg tagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 94
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 94

caagcagaag acggcatacg agatgatact gggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 95
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 95

caagcagaag acggcatacg agattgcgta gagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 96
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
```

US 11,377,689 B2

**117**                                                                            **118**

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 96

caagcagaag acggcatacg agattcggtt acgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 97
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 97

caagcagaag acggcatacg agatatgacg tcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 98
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 98

caagcagaag acggcatacg agatgctgta aggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 99
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 99

caagcagaag acggcatacg agatgcaatg gagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 100
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 100

caagcagaag acggcatacg agatatctcg ctgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 101
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 101

caagcagaag acggcatacg agatggctat tggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66
```

US 11,377,689 B2

**119**                                                      **120**

-continued

```
<210> SEQ ID NO 102
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 102

caagcagaag acggcatacg agatggtgtc ttgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                               66


<210> SEQ ID NO 103
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 103

caagcagaag acggcatacg agattcaact gggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                               66


<210> SEQ ID NO 104
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 104

caagcagaag acggcatacg agatcttcac cagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                               66


<210> SEQ ID NO 105
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 105

caagcagaag acggcatacg agatacggtc ttgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                               66


<210> SEQ ID NO 106
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 106

caagcagaag acggcatacg agattctcgc aagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                               66


<210> SEQ ID NO 107
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 107
```

US 11,377,689 B2

**121** **122**

-continued

```
caagcagaag acggcatacg agatggaatt gcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 108
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 108

caagcagaag acggcatacg agatacggat tcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 109
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 109

caagcagaag acggcatacg agatttaagc gggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 110
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 110

caagcagaag acggcatacg agattgcagg tagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 111
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 111

caagcagaag acggcatacg agatcaatcg acgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 112
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 112

caagcagaag acggcatacg agatgtgcca tagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 113
<211> LENGTH: 66
<212> TYPE: DNA
```

US 11,377,689 B2

**123**                                                                                         **124**

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 113

caagcagaag acggcatacg agattgttcg aggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 114
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 114

caagcagaag acggcatacg agattggagt tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 115
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 115

caagcagaag acggcatacg agatacgatg acgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 116
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 116

caagcagaag acggcatacg agattgatgt ccgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 117
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 117

caagcagaag acggcatacg agattgaacc tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 118
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 118

caagcagaag acggcatacg agatcttcgt tcgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66
```

US 11,377,689 B2

**125**                                                      **126**

-continued

```
<210> SEQ ID NO 119
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 119

caagcagaag acggcatacg agatcttctg aggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 120
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 120

caagcagaag acggcatacg agattgctca tggtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 121
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 121

caagcagaag acggcatacg agatagttcg tcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 122
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 122

caagcagaag acggcatacg agattagcgt ctgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 123
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 123

caagcagaag acggcatacg agatggcgtt atgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                 66


<210> SEQ ID NO 124
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer
```

US 11,377,689 B2

127                                                                    128

-continued

```
<400> SEQUENCE: 124

caagcagaag acggcatacg agatggtgat tcgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 125
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 125

caagcagaag acggcatacg agataacttg ccgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 126
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 126

caagcagaag acggcatacg agatgcaaga tcgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 127
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 127

caagcagaag acggcatacg agattcgcat tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 128
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 128

caagcagaag acggcatacg agattgtaca ccgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 129
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 129

caagcagaag acggcatacg agatagctcc tagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                               66


<210> SEQ ID NO 130
<211> LENGTH: 66
```

US 11,377,689 B2

| 129 | 130 |
|---|---|

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 130

caagcagaag acggcatacg agatgcaatt cggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 131
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 131

caagcagaag acggcatacg agatcttagg acgtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 132
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 132

caagcagaag acggcatacg agatgtccta aggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 133
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 133

caagcagaag acggcatacg agataacgtg gagtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 134
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 134

caagcagaag acggcatacg agatctgtgt tggtgactgg agttcagacg tgtgctcttc    60

cgatct                                                              66


<210> SEQ ID NO 135
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 135

caagcagaag acggcatacg agatgttaag gcgtgactgg agttcagacg tgtgctcttc    60
```

US 11,377,689 B2

**131**                                                                **132**

-continued

```
cgatct                                                       66


<210> SEQ ID NO 136
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 136

caagcagaag acggcatacg agatcacctt acgtgactgg agttcagacg tgtgctcttc   60

cgatct                                                       66


<210> SEQ ID NO 137
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 137

caagcagaag acggcatacg agattggtag ctgtgactgg agttcagacg tgtgctcttc   60

cgatct                                                       66


<210> SEQ ID NO 138
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 138

caagcagaag acggcatacg agatcagtga aggtgactgg agttcagacg tgtgctcttc   60

cgatct                                                       66


<210> SEQ ID NO 139
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 139

caagcagaag acggcatacg agatgttcaa ccgtgactgg agttcagacg tgtgctcttc   60

cgatct                                                       66


<210> SEQ ID NO 140
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 140

caagcagaag acggcatacg agattggcta tcgtgactgg agttcagacg tgtgctcttc   60

cgatct                                                       66


<210> SEQ ID NO 141
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer
```

US 11,377,689 B2

**133**                                                                          **134**

-continued

```
<400> SEQUENCE: 141

caagcagaag acggcatacg agatctggag tagtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 142
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 142

caagcagaag acggcatacg agattctctt ccgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 143
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 143

caagcagaag acggcatacg agattctaac gcgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 144
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 144

caagcagaag acggcatacg agatggtcag atgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 145
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 145

caagcagaag acggcatacg agatctctgg ttgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 146
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 146

caagcagaag acggcatacg agattgtggt acgtgactgg agttcagacg tgtgctcttc      60

cgatct                                                                66


<210> SEQ ID NO 147
```

<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 147

caagcagaag acggcatacg agatcctata ccgtgactgg agttcagacg tgtgctcttc 60

cgatct 66

<210> SEQ ID NO 148
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 148

caagcagaag acggcatacg agatttctct cggtgactgg agttcagacg tgtgctcttc 60

cgatct 66

<210> SEQ ID NO 149
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 149

caagcagaag acggcatacg agatgtatgc tggtgactgg agttcagacg tgtgctcttc 60

cgatct 66

<210> SEQ ID NO 150
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 150

caagcagaag acggcatacg agataagtcg aggtgactgg agttcagacg tgtgctcttc 60

cgatct 66

<210> SEQ ID NO 151
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 151

caagcagaag acggcatacg agataaccga aggtgactgg agttcagacg tgtgctcttc 60

cgatct 66

<210> SEQ ID NO 152
<211> LENGTH: 66
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Reverse primer

<400> SEQUENCE: 152

caagcagaag acggcatacg agattgttgt gggtgactgg agttcagacg tgtgctcttc 60

US 11,377,689 B2

**137**                                                              **138**

-continued

```
cgatct                                                        66


<210> SEQ ID NO 153
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P7 universal primer

<400> SEQUENCE: 153

caagcagaag acggcatacg a                                       21


<210> SEQ ID NO 154
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: P5 universal primer

<400> SEQUENCE: 154

aatgatacgg cgaccaccga                                         20


<210> SEQ ID NO 155
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i501 Primer

<400> SEQUENCE: 155

aatgatacgg cgaccaccga gatctacact atagcctaca ctctttccct acacgacgct   60

cttccgatct                                                    70


<210> SEQ ID NO 156
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i502 Primer

<400> SEQUENCE: 156

aatgatacgg cgaccaccga gatctacaca tagaggcaca ctctttccct acacgacgct   60

cttccgatct                                                    70


<210> SEQ ID NO 157
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i503 Primer

<400> SEQUENCE: 157

aatgatacgg cgaccaccga gatctacacc ctatcctaca ctctttccct acacgacgct   60

cttccgatct                                                    70


<210> SEQ ID NO 158
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i504 Primer

<400> SEQUENCE: 158
```

US 11,377,689 B2

**139**                                                                                    **140**

-continued

```
aatgatacgg cgaccaccga gatctacacg gctctgaaca ctctttccct acacgacgct      60

cttccgatct                                                             70


<210> SEQ ID NO 159
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i505 Primer

<400> SEQUENCE: 159

aatgatacgg cgaccaccga gatctacaca ggcgaagaca ctctttccct acacgacgct      60

cttccgatct                                                             70


<210> SEQ ID NO 160
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i506 Primer

<400> SEQUENCE: 160

aatgatacgg cgaccaccga gatctacact aatcttaaca ctctttccct acacgacgct      60

cttccgatct                                                             70


<210> SEQ ID NO 161
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i507 Primer

<400> SEQUENCE: 161

aatgatacgg cgaccaccga gatctacacc aggacgtaca ctctttccct acacgacgct      60

cttccgatct                                                             70


<210> SEQ ID NO 162
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: NEBNext i508 Primer

<400> SEQUENCE: 162

aatgatacgg cgaccaccga gatctacacg tactgacaca ctctttccct acacgacgct      60

cttccgatct                                                             70


<210> SEQ ID NO 163
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i701
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 163

caagcagaag acggcatacg agatcgtgat gtgactggag ttcagacgtg tgctcttccg      60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                            100
```

US 11,377,689 B2

-continued

```
<210> SEQ ID NO 164
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i702
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 164

caagcagaag acggcatacg agatacatcg gtgactggag ttcagacgtg tgctcttccg      60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 165
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i703
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 165

caagcagaag acggcatacg agatgcctaa gtgactggag ttcagacgtg tgctcttccg      60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 166
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i704
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 166

caagcagaag acggcatacg agattggtca gtgactggag ttcagacgtg tgctcttccg      60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 167
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i705
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 167

caagcagaag acggcatacg agatcactgt gtgactggag ttcagacgtg tgctcttccg      60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 168
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i706
<220> FEATURE:
```

US 11,377,689 B2

**143**                                                                                           **144**

-continued

---

```
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 168

caagcagaag acggcatacg agatattggc gtgactggag ttcagacgtg tgctcttccg     60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 169
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i707
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 169

caagcagaag acggcatacg agatgatctg gtgactggag ttcagacgtg tgctcttccg     60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 170
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i708
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 170

caagcagaag acggcatacg agattcaagt gtgactggag ttcagacgtg tgctcttccg     60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 171
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i709
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 171

caagcagaag acggcatacg agatctgatc gtgactggag ttcagacgtg tgctcttccg     60

atctnnnnnn nnnnnnnnaa cggacaggat gcagcaaaat                          100


<210> SEQ ID NO 172
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i710
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 172

caagcagaag acggcatacg agataagcta gtgactggag ttcagacgtg tgctcttccg     60
```

US 11,377,689 B2

145                                                                 146

-continued

```
atctnnnnnn nnnnnnnaa cggacaggat gcagcaaaat                    100


<210> SEQ ID NO 173
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i711
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 173

caagcagaag acggcatacg agatgtagcc gtgactggag ttcagacgtg tgctcttccg    60

atctnnnnnn nnnnnnnaa cggacaggat gcagcaaaat                           100


<210> SEQ ID NO 174
<211> LENGTH: 100
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: UMI14_i712
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (65)..(78)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 174

caagcagaag acggcatacg agattacaag gtgactggag ttcagacgtg tgctcttccg    60

atctnnnnnn nnnnnnnaa cggacaggat gcagcaaaat                           100


<210> SEQ ID NO 175
<211> LENGTH: 106
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Exemplary Probe Sequence
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (61)..(74)
<223> OTHER INFORMATION: n is a, c, g, or t

<400> SEQUENCE: 175

attcttgagg aggaagtagc gtggccgcca ggtcttgatg acacgacgct cttccgatct    60

nnnnnnnnnn nnnntgcata ctggcaagat cggaagagca cacgtc                  106
```

What is claimed is:

1. A method for spatially detecting at least one target analyte in a first location and a second location of a tissue sample comprising:

a) contacting the tissue sample with a plurality of nucleic acid probes, wherein each of the nucleic acid probes comprise a target binding domain that binds to the at least one target analyte, wherein the tissue sample [has been] is treated to facilitate binding of the nucleic acid probes to the target analyte;

b) collecting the nucleic acid probes, or portions thereof, bound to the at least one target analyte in a first location of the tissue sample under conditions that release the nucleic acid probes, or portions thereof, from the first location of the tissue sample;

c) collecting the nucleic acid probes, or portions thereof, bound to the at least one target analyte in a second location of the tissue sample under conditions that release the nucleic acid probes, or portions thereof, from the second location of the tissue sample;

d) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the first location of the tissue sample into each of the nucleic acid probes, or portions thereof, collected in step (b), thereby forming a first plurality of extension products that comprise the nucleic acid probes, or portions thereof, collected in step (b) and the at least one nucleic acid sequence that identifies the first location of the tissue sample;

e) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the second location of the tissue sample into each of the nucleic acid probes, or portions thereof, collected in step (c), thereby forming a second plurality extension

US 11,377,689 B2

147

products that comprise the nucleic acid probes, or portions thereof, collected in step (c) and the at least one nucleic acid sequence that identifies the second location of the tissue sample; and

f) identifying the first plurality of extension products and the second plurality of extension products by sequencing the first plurality of extension products and the second plurality of extension products, thereby spatially detecting the at least one target analyte in the first location of the tissue sample and the second location of the tissue sample.

**2**. The method of claim **1**, wherein the tissue sample is a formalin-fixed paraffin-embedded (FFPE) tissue sample.

**3**. The method of claim **1**, wherein the tissue sample is immobilized onto a microscope slide.

**4**. The method of claim **3**, wherein the microscope slide comprises a plurality of primers immobilized on the microscope slide.

**5**. The method of claim **4**, wherein the plurality of primers is immobilized on the microscope slide at their 5' ends.

**6**. The method of claim **5**, wherein each of step (d) and step (e) comprise performing a solid-phase amplification reaction, wherein the solid-phase amplification reaction is carried out on the microscope slide using the plurality of primers immobilized on the microscope slide.

**7**. The method of claim **1**, wherein the sequencing step is performed using a next generation sequencing reaction.

**8**. The method of claim **1**, further comprising amplifying a library using the first plurality of extension products and the second plurality of extension products as templates.

**9**. The method of claim **1**, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one unique molecular identifier.

**10**. The method of claim **1**, wherein the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one unique molecular identifier.

**11**. The method of claim **1**, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one amplification primer binding site.

**12**. The method of claim **1**, wherein the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one amplification primer binding site.

**13**. The method of claim **1**, wherein the target binding domains comprise a single-stranded nucleic acid molecule.

**14**. The method of claim **1**, wherein steps (b) and (c) are performed simultaneously.

**15**. The method of claim **1**, wherein steps (d) and (e) are performed simultaneously.

**16**. A method for spatially detecting at least one target analyte in a first location and a second location of a tissue sample comprising:

a) contacting the tissue sample with a first plurality of nucleic acid probes and a second plurality of nucleic acid probes,

wherein each of the nucleic acid probes in the first plurality of nucleic acid probes comprise a target binding domain that binds to the at least one target analyte,

wherein each of the nucleic acid probes in the second plurality of nucleic acid probes comprise a target binding domain that binds to the at least one target analyte,

148

wherein the tissue sample is treated to facilitate binding of the first plurality of nucleic acid probes and the second plurality of nucleic acid probes to the at least one target analyte;

b) forming ligated probes by ligating each of nucleic acid probes from the first plurality of nucleic acid probes and each of nucleic acid probes from the second plurality of nucleic acid probes that are bound to each of identical molecules from the at least one target analyte;

c) collecting the ligated probes, or portions thereof, bound to each of the identical molecules from the at least one target analyte in a first location of the tissue sample under conditions that release the ligated probes, or portions thereof, from the first location of the tissue sample;

d) collecting the ligated probes, or portions thereof, bound to each of the identical molecules from the at least one target analyte in a second location of the tissue sample under conditions that release the probes, or portions thereof, from the second location of the tissue sample;

e) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the first location of the tissue sample into each of the ligated probes, or portions thereof, collected in step (c), thereby forming a first plurality of extension products that comprise the ligated probes, or portions thereof, collected in step (c) and the at least one nucleic acid sequence that identifies the first location of the tissue sample;

f) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the second location of the tissue sample into each of the ligated probes, or portions thereof, collected in step (d), thereby forming a second plurality extension products that comprise the ligated probes, or portions thereof, collected in step (d) and the at least one nucleic acid sequence that identifies the at least second location of the tissue sample; and

g) identifying the first plurality of extension products and the second plurality of extension products by sequencing the first plurality of extension products and the second plurality of extension products, thereby spatially detecting the at least one target analyte in the first location of the tissue sample and the second location of the tissue sample.

**17**. The method of claim **16**, wherein the tissue sample is a formalin-fixed paraffin-embedded (FFPE) tissue sample.

**18**. The method of claim **16**, wherein the tissue sample is immobilized onto a microscope slide.

**19**. The method of claim **18**, wherein the microscope slide comprises a plurality of primers immobilized on the microscope slide.

**20**. The method of claim **19**, wherein the plurality of primers is immobilized on the microscope slide at their 5' ends.

**21**. The method of claim **20**, wherein each of step (e) and step (f) comprise performing a solid-phase amplification reaction, wherein the solid-phase amplification reaction is carried out on the microscope slide using the plurality of primers immobilized on the microscope slide.

**22**. The method of claim **16**, wherein the sequencing step is performed using a next generation sequencing reaction.

**23**. The method of claim **16**, further comprising amplifying a library using the first plurality of extension products and the second plurality of extension products as templates.

US 11,377,689 B2

149

150

**24**. The method of claim **16**, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one unique molecular identifier.

**25**. The method of claim **16**, wherein the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one unique molecular identifier.

**26**. The method of claim **16**, wherein the nucleic acid probes in the first plurality of nucleic acid probes comprise an amplification primer binding site, the nucleic acid probes in the second plurality of nucleic acid probes comprise an amplification primer binding site, or both nucleic acid probes in the first plurality of nucleic acid probes comprise an amplification primer binding site and the nucleic acid probes in the second plurality of nucleic acid probes comprise an amplification primer binding site.

**27**. The method of claim **16**, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one amplification primer binding site, the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one amplification primer binding site, or both the at least one nucleic acid sequence that identifies the first location of the tissue sample and the at least one nucleic acid sequence that identifies the second location of the tissue sample comprise at least one amplification primer binding site.

**28**. The method of claim **16**, wherein the target binding domain of each probe from the first plurality of nucleic acid probes and the second plurality of nucleic acid probes comprises a single-stranded nucleic acid molecule.

**29**. The method of claim **16**, wherein steps (c) and (d) are performed simultaneously.

**30**. The method of claim **16**, wherein steps (e) and (f) are performed simultaneously.

\* \* \* \* \*

# Exhibit 2

**Exemplary Infringement of U.S. Patent No. 11,377,689 ("the '689 Patent")**

**by use of 10X's Visium Spatial system ("Visium")**

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| 1. A method for spatially detecting at least one target analyte in a first location and a second location of a tissue sample comprising: | To the extent that the preamble is found to be limiting, 10X's Visium Spatial System ("Visium") and related products are designed and marketed such that they will be used, and are in fact used, to spatially detect at least one target analyte in a first location and a second location of a tissue sample.<br><br>Visium and related products are all products, components, and services that are made, used, performed, offered to sell, sold, and/or imported in the United States by or on behalf of 10x in connection with 10x's Visium.  Visium and related products include, for example and without limitation, Visium CytAssist, Visium Spatial Gene Expression slides, Visium Spatial Gene Expression reagents, and analysis and visualization software, Space Ranger and Loupe Browser, and Certified Service Providers (CSP), that are sold by 10X for use in 10X's Visium for spatially detecting target biological molecules via sample imaging and delivery of probes.[1] |

---

[1] Without limitation as to the named products, components, and services, these include but are not limited to: Dual Index Kit TS Set A (1000251); Dual Index Kit TT Set A (1000215); Human Gene Signature Panel (1000258); Human Immunology Panel (1000259); Human Neuroscience Panel (1000277); Human Pan-Cancer Panel (1000260); Library Amplification Kit (1000249); Target Hybridization Kit (1000248); Visium Accessory Kit (1000194); Visium CytAssist Calibration Kit (1000458); Visium CytAssist Reagent Accessory Kit (1000499); Visium CytAssist Spatial Gene Expression for FFPE, Mouse Transcriptome, 6.5mm (1000522); Visium CytAssist Spatial Gene Expression for FFPE, Mouse Transcriptome, 11mm (1000523); Visium CytAssist Spatial Gene Expression for FFPE, Human Transcriptome, 6.5mm (1000520); Visium CytAssist Spatial Gene Expression for FFPE, Human Transcriptome, 11mm (1000521); Visium CytAssist Training Kit (1000459); Visium Spatial for FFPE Gene Expression Kit, Human Transcriptome (1000338); Visium Spatial for FFPE Gene Expression Kit, Mouse Transcriptome (1000339); Visium Spatial for FFPE Gene Expression Starter Kit, Human Transcriptome (1000334); Visium Spatial for FFPE Gene Expression Starter Kit, Mouse Transcriptome (1000335); Visium Spatial Gene Expression Slide & Reagents Kit (1000187); Visium Spatial Gene Expression Starter Kit (1000200); Visium Spatial Tissue Optimization Slide & Reagents Kit (1000193); Visium Tissue Section Test Slides, 4 Slide Pack (1000347); Custom Panel Designer; Loupe Browser; Space Ranger; Certified Service Providers.

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
|  | "Visium Spatial Gene Expression for FFPE assays RNA levels by using probes against the whole transcriptome in intact formalin fixed paraffin embedded (FFPE) tissue sections and *maps the location(s) where gene activity is occurring*." CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide_RevD at 18 (emphasis added).<br><br>Visium Spatial Gene Expression for FFPE samples is a groundbreaking solution that complements traditional pathologist-led analysis. *Spatially profile RNA expression* for over 18,000 genes in human and mouse FFPE samples with high resolution across entire tissue sections. With whole transcriptome analysis and our specialized chemistry for FFPE tissue profiling, *you can detect any gene in any pathway, resolve tissue heterogeneity, and reveal the spatial organization of cell types and cell states within a morphological context.* Combine with immunofluorescence (IF) for simultaneous visualization of protein and gene expression.<br><br><br><br>10x_LIT000128_PS_Spatial_biology_without_limits_Spatial_gene_expression_in_FFPE at 1 (emphasis added). |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| | An FFPE tissue section is placed onto a Visium gene expression slide and imaged for histological purposes (either H&E for morphological context or IF for protein co-detection). Each Capture Area on a Visium for FFPE slide has an array containing capture probes that bind to RNA. The probe pairs are extended to incorporate complements of the spatial barcodes, and sequencing libraries are prepared. The libraries are then sequenced and data visualized to determine *which genes are expressed, and where, as well as in what quantity*.<br><br><br><br>*Id.* at 2 (emphasis added).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| a) contacting the tissue sample with a plurality of nucleic acid probes, wherein each of the nucleic acid probes comprise a target binding domain that binds to the at least one target analyte, wherein the tissue sample is treated to facilitate binding of the nucleic acid probes to the target analyte; | 10X's Visium performs contacting the tissue sample with a plurality of nucleic acid probes (probe pairs), wherein each of the nucleic acid probes comprise a target binding domain (LHS and RHS) that binds to the at least one target analyte, wherein the tissue sample is treated (deparaffinized, stained, and decrosslinked) to facilitate binding of the nucleic acid probes to the target analyte.<br><br>"The human or mouse whole transcriptome probe panel, consisting of a *pair of specific probes* for each targeted gene, is added to the *deparaffinized, stained, and decrosslinked* tissues. Together, probe pairs hybridize to their complementary target RNA." CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide_RevD at 19 (emphasis added).<br><br><br><br>"After hybridization, a ligase is added to seal the junction between the probe pairs that have hybridized to RNA, forming a ligation product." *Id.* |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
|  | 

To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| b) collecting the nucleic acid probes, or portions thereof, bound to the at least one target analyte in a first location of the tissue sample under conditions that release the nucleic acid probes, or portions thereof, from the first location of the tissue sample; | 10X's Visium performs collecting the nucleic acid probes, or portions thereof, bound to the at least one target analyte in a first location of the tissue sample under conditions that release the nucleic acid probes, or portions thereof, from the first location of the tissue sample.

"The single stranded ligation products are released from the tissue upon RNase treatment and permeabilization, and then captured on the Visium slides." |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| | <br><br>*Id.* at 20.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| c) collecting the nucleic acid probes, or portions thereof, bound to the at least one target analyte in a second location of the tissue sample under conditions that release the nucleic acid probes, or portions thereof, from the | 10X's Visium performs collecting the nucleic acid probes, or portions thereof, bound to the at least one target analyte in a second location of the tissue sample under conditions that release the nucleic acid probes, or portions thereof, from the second location of the tissue sample.<br><br>Reagents are added to and reactions are performed on at least 5000 distinct locations (gene expression spots) simultaneously:<br><br>"Always cover the tissue section completely when adding reagents to the well. A gentle tap may help spread the reagent more evenly." *Id.* at 29. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| second location of the tissue sample; | "Visium slides include 4 Capture Areas (6.5 x 6.5 mm), each with ~5,000 unique gene expression spots. Each gene expression spot includes primers with a unique Spatial Barcode . . . . The tissue sections are always placed on the active surface of the Capture Areas."<br><br><br><br>*Id.* at 23.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| d) performing an extension reaction that incorporates at least one nucleic acid | 10X's Visium performs an extension reaction that incorporates at least one nucleic acid sequence (primer sequence containing spatial barcode) that identifies the first location of the tissue sample into each of the nucleic acid probes, or portions thereof, collected in step (b), thereby forming a first |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| sequence that identifies the first location of the tissue sample into each of the nucleic acid probes, or portions thereof, collected in step (b), thereby forming a first plurality of extension products that comprise the nucleic acid probes, or portions thereof, collected in step (b) and the at least one nucleic acid sequence that identifies the first location of the tissue sample; | plurality of extension products (spatially barcoded, ligated probe products) that comprise the nucleic acid probes, or portions thereof, collected in step (b) and the at least one nucleic acid sequence (spatial barcode) that identifies the first location of the tissue sample.  For example:<br><br>"Once ligation products are captured, probes are extended by the addition of UMI, Spatial Barcode and partial Read 1. This generates spatially barcoded, ligated probe products, which can then be carried forward for library preparation."<br><br><br><br>*Id.* at 20.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| e) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the second location of the | *See Supra* infringement analysis for Claims 1(c), 1(d).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| tissue sample into each of the nucleic acid probes, or portions thereof, collected in step (c), thereby forming a second plurality extension products that comprise the nucleic acid probes, or portions thereof, collected in step (c) and the at least one nucleic acid sequence that identifies the second location of the tissue sample; and | |
| f) identifying the first plurality of extension products and the second plurality of extension products by sequencing the first plurality of extension products and the second plurality of extension products, thereby spatially detecting the at least one target analyte in the first location of the tissue smaple and the second location of the tissue sample. | 10X's Visium performs identifying the first plurality of extension products and the second plurality of extension products by sequencing the first plurality of extension products and the second plurality of extension products, thereby spatially detecting the at least one target analyte in the first location of the tissue smaple and the second location of the tissue sample. *See Supra* infringement analysis for Claim 1(c). Sequence of the extension products is determined by the application of Illumina-specific adapters followed by amplification for assessment by a sequencer: "TruSeq Read 1 and Small RNA Read 2 (Read 2S) are standard Illumina sequencing primer sites used in paired-end sequencing. TruSeq Read 1 is used to sequence 16 bp Spatial Barcode and 12 bp UMI. Small RNA Read 2 (Read 2S) is used to sequence the Ligated Probe Insert." *Id.* at 60.  |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
|  | To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 2. The method of claim 1, wherein the tissue sample is a formalin-fixed paraffin-embedded (FFPE) tissue sample. | 10X's Visium includes a formalin-fixed paraffin-embedded (FFPE) tissue sample.<br><br>"Visium Spatial Gene Expression for FFPE assays RNA levels by using probes against the whole transcriptome in intact formalin fixed paraffin embedded (FFPE) tissue sections and maps the location(s) where gene activity is occurring." *Id.* at 18.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 3. The method of claim 1, wherein the tissue sample is immobilized onto a microscope slide. | 10X's Visium includes a tissue sample that is immobilized onto a microscope slide.<br><br>"Tissue sections placed on these Capture Areas are *fixed* and stained . . . ." CG000239_Visium_Spatial_Gene_Expression_User_Guide_Rev_F at 16 (emphasis added).<br><br>"Immediately place a finger on the backside of the Capture Area on the slide for a few seconds to *allow the section to adhere to the slide.*" TissuePreparationGuide at 15 (emphasis added).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 4. The method of claim 6, wherein the microscope slide comprises a plurality of primers immobilized on the microscope slide. | 10X's Visium includes a microscope slide comprises a plurality of primers immobilized on the microscope slide.<br><br>"Tissue sections are placed within the frames of Capture Areas on Visium Spatial slides. Only one section should be placed within each Capture Area." *Id.* at 10. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| | "Each Visium Spatial or Gateway Gene Expression Slide contains Capture Areas with gene expression spots that include primers required for capture and priming of poly-adenylated mRNA." CG000239_Visium_Spatial_Gene_Expression_User_Guide_Rev_F at 16.<br><br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 5. The method of claim 7, wherein the plurality of primers is immobilized on the microscope slide at their 5' ends. | 10X's Visium includes plurality of primers immobilized on the microscope slide at their 5' ends.<br><br><br><br>CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide_RevD at 71.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 6. The method of claim 8, wherein each of step (d) and step (e) comprise performing a solid-phase amplification reaction, wherein the solid-phase | *See supra* infringement analysis for Claims 1(c), 1(d), 1(e).<br><br> "Seq-Scope is based on a solid-phase amplification of randomly barcoded single-molecule oligonucleotides using an Illumina sequencing platform." https://www.10xgenomics.com/resources/publications?query=34115981&pmid=34115981 |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| amplification reaction is carried out on the microscope slide using the plurality of primers immobilized on the microscope slide. | |
| 7. The method of claim 1, wherein the sequencing step is performed using a next generation sequencing reaction. | 10X's Visium performs the sequencing step using a next generation sequencing reaction.<br><br>"The resulting 10x barcoded library is compatible with standard NGS short-read sequencing on Illumina sequencers for massive transcriptional profiling of entire tissue sections." https://www.10xgenomics.com/products/spatial-gene-expression.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 8. The method of claim 1, further comprising amplifying a library using the first plurality of extension products and the second plurality of extension products as templates. | 10X's Visium performs amplifying a library using the first plurality of extension products and the second plurality of extension products as templates.<br><br>"The spatially barcoded, ligated probe products are released from the slide and harvested for qPCR to determine Sample Index PCR cycle number. The products then undergo indexing via Sample Index PCR. This, in turn, generates final library molecules that are cleaned up by SPRIselect, assessed on a bioanalyzer or a similar instrument, quantified, and then sequenced." CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide_RevD at 21.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 9. The method of claim 1, wherein the at least one nucleic acid sequence that identifies the first location | 10X's Visium includes at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one unique molecular identifier. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| of the tissue sample comprises at least one unique molecular identifier. | "[E]ach spot with primers that include: Illumina TruSeq Read 1 (partial read 1 sequencing primer); 16 nt Spatial Barcode (all primers in a specific spot share the same Spatial Barcode); 12 nt unique molecular identifier (UMI); 30 nt poly(dT) sequence (captures ligation product)." *Id.* at 18.

To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 10. The method of claim 1, wherein the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one unique molecular identifier. | *See supra* infringement analysis for Claims 1(c), 12.

To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 11. The method of claim 1, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one amplification primer binding site. | 10X's Visium includes the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one amplification primer binding site.

"TruSeq Read 1 and Small RNA Read 2 (Read 2S) are standard Illumina sequencing primer sites used in paired-end sequencing." |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| | <br><br>CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide_RevD at 21.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 12. The method of claim 1, wherein the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one amplification primer binding site. | *See supra* infringement analysis for Claims 1(c), 15.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 13. The method of claim 1, wherein the target binding domains comprise a single-stranded nucleic acid molecule. | 10X's Visium includes target binding domains comprise a single-stranded nucleic acid molecule.<br><br>*See supra* infringement analysis for Claim 1(a).<br><br>"The single stranded ligation products are released from the tissue upon RNase treatment and permeabilization, and then captured on the Visium slides." *Id.* at 20. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
|  | To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 14. The method of claim 1, wherein steps (b) and (c) are performed simultaneously. | 10X's Visium performs steps (b) and (c) of claim 1 simultaneously. *See supra* infringement analysis for Claim 1(b), 1(c). To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 15. The method of claim 1, wherein steps (d) and (e) are performed simultaneously. | 10X's Visium performs steps (d) and (e) of claim 1 simultaneously. *See supra* infringement analysis for Claims 1(c), 1(d), 1(e). To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 16. A method for spatially detecting at least one target analyte in a first location and a second location of a tissue sample comprising: | To the extent that the preamble is found to be limiting, 10X's Visium, including instruments and consumables, is designed and marketed such that it will be used, and is in fact used, to spatially detect at least one target analyte in a first location and a second location of a tissue sample. *See supra* infringement analysis for Claim 1. To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| a) contacting the tissue sample with a first plurality of nucleic acid | 10X's Visium performs contacting the tissue sample with a first plurality of nucleic acid probes (LHS probes) and a second plurality of nucleic acid probes (RHS probes). |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| probes and a second plurality of nucleic acid probes, | *See supra* infringement analysis for Claim 1(a).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| wherein each of the nucleic acid probes in the first plurality of nucleic acid probes comprise a target binding domain that binds to the at least one target analyte, | 10X's Visium includes nucleic acid probes in the first plurality of nucleic acid probes comprise a target binding domain (LHS target specific sequence) that binds to the at least one target analyte.<br><br>*See supra* infringement analysis for Claim 1(a).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| wherein each of the nucleic acid probes in the second plurality of nucleic acid probes comprise a target binding domain that binds to the at least one target analyte, | 10X's Visium includes nucleic acid probes in the second plurality of nucleic acid probes comprise a target binding domain (RHS target specific sequence) that binds to the at least one target analyte.<br><br>*See supra* infringement analysis for Claim 1(a).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| wherein the tissue sample is treated to facilitate binding of the first plurality of nucleic acid probes and the second plurality of nucleic acid probes to the at least one target analyte; | 10X's Visium treats tissue sample to facilitate binding of the first plurality of nucleic acid probes and the second plurality of nucleic acid probes to the at least one target analyte.<br><br>"FFPE tissue sections should be deparaffinized, stained, imaged, and decrosslinked before proceeding with Visium Spatial Gene Expression for FFPE."<br><br>CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide RevD at 37.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| b) forming ligated probes by ligating each of nucleic acid probes from the first plurality of nucleic acid probes and each of nucleic acid probes from the second plurality of nucleic acid probes that are bound to each of identical molecules from the at least one target analyte; | 10X's Visium performs forming ligated probes (ligation products) by ligating each of nucleic acid probes from the first plurality of nucleic acid probes and each of nucleic acid probes from the second plurality of nucleic acid probes that are bound to each of identical molecules from the at least one target analyte.<br><br>*See supra* infringement analysis for Claim 1(a).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| c) collecting the ligated probes, or portions thereof, bound to the at least one target analyte in a first location of the tissue sample under conditions that release the ligated probes, or portions thereof, from the first location of the tissue sample; | 10X's Visium performs collecting the ligated probes, or portions thereof, bound to the at least one target analyte in a first location of the tissue sample under conditions that release the ligated probes, or portions thereof, from the first location of the tissue sample.<br><br>*See supra* infringement analysis for Claim 1(b).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| d) collecting the ligated probes, or portions thereof, bound to each of identical molecules from the at least one target analyte in a second location of the tissue sample under conditions that release the probes, or portions thereof, | 10X's Visium performs collecting the ligated probes, or portions thereof, bound to each of identical molecules from the at least one target analyte in a second location of the tissue sample under conditions that release the probes, or portions thereof, from the second location of the tissue sample.<br><br>*See supra* infringement analysis for Claims 1(c), 20(c).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| from the second location of the tissue sample; | |
| e) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the first location of the tissue sample into each of the ligated probes, or portions thereof, collected in step (c), thereby forming a first plurality of extension products that comprise the ligated probes, or portions thereof, collected in step (c) and the at least one nucleic acid sequence that identifies the first location of the tissue sample; | 10X's Visium performs performing an extension reaction that incorporates at least one nucleic acid sequence (primer sequence containing spatial barcode) that identifies the first location of the tissue sample into each of the ligated probes, or portions thereof, collected in step (c), thereby forming a first plurality of extension products (spatially barcoded, ligated probe products) that comprise the ligated probes, or portions thereof, collected in step (c) and the at least one nucleic acid sequence that identifies the first location of the tissue sample. <br><br>*See supra* infringement analysis for Claim 1(d). <br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| f) performing an extension reaction that incorporates at least one nucleic acid sequence that identifies the second location of the tissue sample into each of the ligated probes, or portions thereof, collected in step (d), thereby forming a second plurality extension products that comprise the ligated | 10X's Visium performs an extension reaction that incorporates at least one nucleic acid sequence that identifies the second location of the tissue sample into each of the ligated probes, or portions thereof, collected in step (d), thereby forming a second plurality extension products that comprise the ligated probes, or portions thereof, collected in step (d) and the at least one nucleic acid sequence that identifies the at least second location of the tissue sample. <br><br>*See supra* infringement analysis for Claims 1(c), 20(f). <br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| probes, or portions thereof, collected in step (d) and the at least one nucleic acid sequence that identifies the at least second location of the tissue sample; and | |
| g) identifying the first plurality of extension products and the second plurality of extension products by sequencing the first plurality of extension products and the second plurality of extension products, thereby spatially detecting the at least one target analyte in the first location and the second location of the tissue sample. | 10X's Visium performs identifying the first plurality of extension products and the second plurality of extension products by sequencing the first plurality of extension products and the second plurality of extension products, thereby spatially detecting the at least one target analyte in the first location and the second location of the tissue sample.<br><br>*See supra* infringement analysis for Claim 1(f).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 17. The method of claim 16, wherein the tissue sample is a formalin-fixed paraffin-embedded (FFPE) tissue sample. | 10X's Visium includes a formalin-fixed paraffin-embedded (FFPE) tissue sample.<br><br>*See supra* infringement analysis for Claim 4.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 18. The method of claim 16, wherein the tissue sample is immobilized onto a microscope slide. | 10X's Visium includes tissue sample immobilized onto a microscope slide.<br><br>*See supra* infringement analysis for Claim 6. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
|  | To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 19. The method of claim 18, wherein the microscope slide comprises a plurality of primers immobilized on the microscope slide. | 10X's Visium includes a microscope slide comprises a plurality of primers immobilized on the microscope slide.<br><br>*See supra* infringement analysis for Claim 7.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 20. The method of claim 19, wherein the plurality of primers is immobilized on the microscope slide at their 5' ends. | 10X's Visium includes a plurality of primers is immobilized on the microscope slide at their 5' ends.<br><br>*See supra* infringement analysis for Claim 8.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 21. The method of claim 20, wherein each of step (e) and step (f) comprise performing a solid-phase amplification reaction, wherein the solid-phase amplification reaction is carried out on the microscope slide using the plurality of primers immobilized on the microscope slide. | 10X's Visium performs the method of claim 24, wherein each of step (e) and step (f) comprise performing a solid-phase amplification reaction, wherein the solid-phase amplification reaction is carried out on the microscope slide using the plurality of primers immobilized on the microscope slide.<br><br>*See supra* infringement analysis for Claim 9.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 22. The method of claim 16, wherein the sequencing | 10X's Visium performs sequencing using a next generation sequencing reaction. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| step is performed using a next generation sequencing reaction. | *See supra* infringement analysis for Claim 10.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 23. The method of claim 16, further comprising amplifying a library using the first plurality of extension products and the second plurality of extension products as templates. | 10X's Visium performs amplifying a library using the first plurality of extension products and the second plurality of extension products as templates.<br><br>*See supra* infringement analysis for Claim 11.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 24. The method of claim 16, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one unique molecular identifier. | 10X's Visium includes the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one unique molecular identifier.<br><br>*See supra* infringement analysis for Claim 12.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 25. The method of claim 16, wherein the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one unique molecular identifier. | 10X's Visium includes the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one unique molecular identifier.<br><br>*See supra* infringement analysis for Claims 1(c), 28.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 26. The method of claim 16, wherein the nucleic | 10X's Visium includes nucleic acid probes in the first plurality of nucleic acid probes comprise an amplification primer binding site (Read 2), the nucleic acid probes in the second plurality of nucleic |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| acid probes in the first plurality of nucleic acid probes comprise an amplification primer binding site, the nucleic acid probes in the second plurality of nucleic acid probes comprise an amplification primer binding site, or both nucleic acid probes in the first plurality of nucleic acid probes comprise an amplification primer binding site and the nucleic acid probes in the second plurality of nucleic acid probes comprise an amplification primer binding site. | acid probes comprise an amplification primer binding site, or both nucleic acid probes in the first plurality of nucleic acid probes comprise an amplification primer binding site and the nucleic acid probes in the second plurality of nucleic acid probes comprise an amplification primer binding site.<br><br>"TruSeq Read 1 and Small RNA Read 2 (Read 2S) are standard Illumina sequencing primer sites used in paired-end sequencing."  CG000407_VisiumSpatialGeneExpressionforFFPE_UserGuide_RevD at 21.<br><br><br><br>*Id.* at 19.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 27. The method of claim 16, wherein the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one amplification primer binding site, the at least one nucleic acid sequence that identifies the second location of the tissue | 10X's Visium includes the at least one nucleic acid sequence that identifies the first location of the tissue sample comprises at least one amplification primer binding site, the at least one nucleic acid sequence that identifies the second location of the tissue sample comprises at least one amplification primer binding site, or both the at least one nucleic acid sequence that identifies the first location of the tissue sample and the at least one nucleic acid sequence that identifies the second location of the tissue sample comprise at least one amplification primer binding site.<br><br>*See supra* infringement analysis for Claim 15.<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| sample comprises at least one amplification primer binding site, or both the at least one nucleic acid sequence that identifies the first location of the tissue sample and the at least one nucleic acid sequence that identifies the second location of the tissue sample comprise at least one amplification primer binding site. | |
| 28. The method of claim 16, wherein the target binding domain of each probe from the first plurality of nucleic acid probes and the second plurality of nucleic acid probes comprises a single-stranded nucleic acid molecule. | 10X's Visium includes target binding domain of each probe from the first plurality of nucleic acid probes and the second plurality of nucleic acid probes comprises a single-stranded nucleic acid molecule.<br><br>*See supra* infringement analysis for Claims 17, 20(a).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 29. The method of claim 16, wherein steps (c) and (d) are performed simultaneously. | 10X's Visium performs steps (c) and (d) of claim 20 simultaneously.<br><br>*See supra* infringement analysis for Claims 1(c), 20(c), 20(d).<br><br>To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |
| 30. The method of claim 16, wherein steps (e) and | 10X's Visium performs steps (e) and (f) of claim 20 simultaneously. |

| the '689 Patent | 10X's Visium Spatial System |
|---|---|
| (f) are performed simultaneously. | *See supra* infringement analysis for Claims 1(c), 20(e), 20(f). <br><br> To the extent Visium and related products are argued by Counterclaim-Defendant or found by the Court not to literally infringe certain limitations of the '689 Patent, infringement of such limitations can be found under the doctrine of equivalents. |