IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-261 (MFK) ) |
| NANOSTRING TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *10x's Supplemental Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery* and (2) *10x's Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)* were caused to be served on September 13, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Amanda Branch, Esquire<br>Christopher M. Pepe, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |

Kenneth L. Dorsney, Esquire  
Cortlan S. Hitch, Esquire  
MORRIS JAMES LLP  
500 Delaware Ave., Suite 1500  
Wilmington, DE 19801-1494  
(302) 888-6800  
*Attorneys for Plaintiff*  
*President and Fellows of Harvard College.*

*VIA ELECTRONIC MAIL*

OF COUNSEL:

Matthew Powers  
Paul Ehrlich  
Stefani Smith  
Robert Gerrity  
Li Shen  
TENSEGRITY LAW GROUP LLP  
555 Twin Dolphin Drive  
Suite 650  
Redwood Shores, CA 94065  
(650) 802-6000  

Samantha Jameson  
Ronald J. Pabis  
Kiley White  
TENSEGRITY LAW GROUP LLP  
8260 Greensboro Dr.  
Suite 260  
McLean, VA 22102-3848  
(650) 802-6000  

September 13, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
_____
Karen Jacobs (#2881)  
Cameron P. Clark (#6647)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
kjacobs@morrisnichols.com  
cclark@morrisnichols.com  

*Attorneys for Plaintiffs 10x Genomics, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 13, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Amanda Branch, Esquire<br>Christopher M. Pepe, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC  20036<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

- 4 -

Kenneth L. Dorsney, Esquire  *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
*Attorneys for Plaintiff*
*President and Fellows of Harvard College.*


*/s/ Cameron P. Clark*
_____
Cameron P. Clark (#6647)