# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC.,<br>　　　*Plaintiffs*,<br><br>　　v.<br><br>BRUKER SPATIAL BIOLOGY, INC. AND BRUKER NANO, INC.,<br>　　　*Defendants*. | C.A. No. 21-653-MFK<br><br>**PUBLIC REDACTED VERSION** |
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>　　　*Plaintiffs,*<br><br>　　v.<br><br>BRUKER SPATIAL BIOLOGY, INC. AND BRUKER NANO, INC.,<br>　　　*Defendants*. | C.A. No. 22-261-MFK<br><br>**PUBLIC REDACTED VERSION** |
| BRUKER SPATIAL BIOLOGY, INC. AND BRUKER NANO, INC.,<br>　　　*Plaintiffs,*<br><br>　　v.<br><br>10X GENOMICS, INC.,<br>　　　*Defendant.* | C.A. No. 22-1375-MFK<br><br>**PUBLIC REDACTED VERSION** |

## DECLARATION OF STEFANI SMITH IN SUPPORT OF
## THE PARTIES' JOINT STATUS REPORT

OF COUNSEL:

Matthew Powers  
Paul Ehrlich  
William P. Nelson  
Stefani Smith  
Robert Gerrity  
Li Shen  
TENSEGRITY LAW GROUP LLP  
555 Twin Dolphin Drive  

Frederick L. Cottrell, III (#2555)  
Jason J. Rawnsley (#5379)  
Alexandra M. Ewing (#6407)  
RICHARDS, LAYTON & FINGER, P.A.  
920 North King Street  
Wilmington, DE 19801  
(302) 651-7700  
cottrell@rlf.com

Suite 650  
Redwood Shores, CA 94065  
Tel: (650) 802-6000  
10x_NSTG_Service@tensegritylawgroup.com

Samantha Jameson  
Ron J. Pabis  
Kiley White  
Joanna R. Schacter  
1676 International Drive, Suite 910  
McLean, VA 22102-3848  
Tel: (650) 802-6000  
10x_NSTG_Service@tensegritylawgroup.com

rawnsley@rlf.com  
ewing@rlf.com

Dated: June 7, 2024                                *Attorneys for Plaintiffs*

I, Stefani Smith, hereby declare as follows:

1.  I am an attorney at the law firm of Tensegrity Law Group LLP, counsel of record for Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences, Inc. in the above captioned matter. I am an attorney in good standing licensed to practice in the State of California. I have been admitted to practice *pro hac vice* before this Court. I offer this declaration in support of the parties' Joint Status Report.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the Delaware Department of State: Division of Corporations webpage regarding the April 11, 2024, Bruker Spatial Biology, Inc.'s incorporation in Delaware.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of Case 24-10160, ECF 470-1, Purchase Agreement between NanoString Technologies, Inc., and Bruker Corporation, executed April 17, 2024, and filed April 19, 2024.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of Case 24-10160, ECF 458, Notice of Successful Bidder, filed April 17, 2024.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of Case 24-10160, ECF 465, Declaration of Mark R. Munch in Support of the Proposed Order (A) Approving Asset Purchase Agreement, (B) Approving the Sale of the Debtors' Assets Free an Clear of Liens, Claims, Interests, and Encumbrances, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief, dated and filed April 18, 2024.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of Case 24-10160, ECF 470, Order (A) Approving Asset Purchase Agreement, (B) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interest, and Encumbrances, (C) Approving the Assumption and

Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief, dated and filed April 19, 2024.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Bruker Press Release, "Bruker Completes Asset Acquisition of NanoString Business," dated May 6, 2024.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email thread with top entry dated April 17, 2024, from B. Feldman to B. Rosen, D. Sinclair, and R. Strickland.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Bruker Corp.'s 10-Q, dated March 31, 2024.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email thread with top entry dated May 23, 2024, from E. Reines to R. Gerrity and K. White.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2024, in Danville, CA.

Dated: June 7, 2024

                                                                            */s/ Stefani Smith*
                                                                            Stefani Smith

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on June 7, 2024, a true and correct copy of the foregoing was caused to be served on the following counsel via electronic mail:

FARNAN LLP

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Of Counsel:*
Edward R. Reines
Derek C. Walter
Karnik F. Hajjar
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: 650-802-3000

Amanda Branch
Christopher Pepe
Kristin Sanford
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000

Eric S. Hochstadt
Natalie C. Kennedy
Yi Zhang
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
eric.hochstadt@weil.com

Nanostring.10X@weil.com

MORRIS JAMES LLP

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
Kdorsney@morrisjames.com
Chitch@morrisjames.com

Of Counsel:
Geoffrey M. Raux, Esq.
Ruben J. Rodrigues, Esq.
Michael J. Tuteur, Esq.
Lea Gulotta James, Esq.
John W. Custer, Esq.
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
(617) 502-3284
(617) 502-3228
BOST-F-10Xv.Nanostring@foley.com

Sarah E. Rieger, Esq.
Kate E. Gehl, Esq
Ian T. Hampton, Esq.
Alan D. Rutenberg, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 319-7101
BOST-F-10Xv.Nanostring@foley.com

Jarren N. Ginsburg, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street NW, Suite 600

|  |  |
|---|---|
| *Counsel for Bruker Spatial Biology, Inc. and Bruker Nano, Inc.* | Washington, DC 20007<br>(202) 295-4071<br>jginsburg@foley.com<br><br>*Attorneys for President and Fellows of Harvard College*<br><br>*/s/ Jason J. Rawnsley*<br>Jason J. Rawnsley (#5379) |