IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>NANOSTRING TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No. 22-261-MFK |

**PLAINTIFF 10X GENOMICS, INC.'S NOTICE OF THIRD-PARTY SUBPOENAS**

PLEASE TAKE NOTICE that, Pursuant to Federal Rule of Civil Procedure 45, the subpoenas attached as Exhibits 1-6 will be served on Akoya Biosciences, Inc., AtlasXomics Inc., BGI Genomics, Bruker Corporation, Illumina, Inc. and Element Biosciences, Inc.

|  |  |
|---|---|
| *Of Counsel:* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| TENSEGRITY LAW GROUP LLP | */s/ Cameron P. Clark* |
| Matthew Powers | |
| Paul Ehrlich | Karen Jacobs (#2881) |
| Stefani Smith | Cameron P. Clark (#6647) |
| Robert Gerrity | 1201 North Market Street |
| Li Shen | P.O. Box 1347 |
| 555 Twin Dolphin Drive | Wilmington, DE 19899 |
| Suite 650 | (302) 658-9200 |
| Redwood Shores, CA 94065 | kjacobs@morrisnichols.com |
| Tel: (650) 802-6000 | cclark@morrisnichols.com |
| | |
| Ronald J. Pabis | *Attorneys for Plaintiffs 10x Genomics, Inc.* |
| Samantha Jameson | |
| Kiley White | |
| 8260 Greensboro Dr. | |
| Suite 260 | |
| McLean, VA 22102-3848 | |
| Tel: (650) 802-6000 | |

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Jesse Aaron Vella
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Dated: November 28, 2023

## **CERTIFICATE OF SERVICE**

I hereby certifies that on November 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered particpants.

I further certify that I caused copies of the foregoing to be served on November 28, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilimington, DE 19801 | *VIA ELECTRONIC MAIL* |

Edward R. Reines, Esquire
Derek C. Walter, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Amanda Branch, Esquire
Christopher M. Pepe, Esquire
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036

Natalie C. Kennedy, Esquire
Yi Zhang, Esquire
Eric S. Hochstadt, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendant NanoString Technologies, Inc.*

Kenneth L. Dorsney (#3726)  
Cortlan S. Hitch (#6720)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  

Geoffrey M. Raux, Esq.  
Ruben J. Rodrigues, Esq.  
Michael J. Tuteur, Esq.  
Lea Gulotta James, Esq.  
FOLEY & LARDNER LLP  
111 Huntington Avenue, Suite 2500  
Boston, MA 02199  

Sarah E. Rieger, Esq.  
777 East Wisconsin Avenue  
Milwaukee, WI 53202  
(414) 271-2400  

*Attorneys for President and Fellows of Harvard College*

*VIA ELECTRONIC MAIL*

                                                         */s/ Cameron P. Clark*  
                                                         Cameron P. Clark (#6647)