IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiffs,<br><br>   v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., and BRUKER CORP.,<br><br>   Defendants. | C.A. No. 22-261-MFK |

**NOTICE AND STIPULATION RE: RESOLUTION OF PENDING DISPUTE PREVIOUSLY SET FOR HEARING ON NOVEMBER 26, 2024**

The parties have continued to meet and confer and have reached agreement on a compromise to resolve the dispute previously raised with the Court regarding Bruker's supplemental interrogatory responses and that this Court previously set for a hearing on November 26, 2024 (and for a briefing schedule to begin on November 6). *See* October 30, 2024, Oral Order.

Based on the parties' compromise agreement, IT IS HEREBY STIPULATED AND AGREED by and between the Parties in the above-captioned case, through their undersigned counsel and subject to the approval of the Court, that the following additional discovery regarding the subject matter of the previously disputed supplemental interrogatory responses will be permitted on the following schedule:

1. Interrogatories: The Bruker entities (as one joint side) and 10x and Harvard (as the other joint side) may each serve up to 4 additional interrogatory requests by November 11, 2024, and each party agrees to provide its responses to those interrogatory requests by December 3, 2024.

2. Requests for admission: The Bruker entities (as one joint side) and 10x and Harvard (as the other joint side) may each serve up to 8 additional requests for admission by November 11, 2024, and each party agrees to provide its responses to those RFAs by December 3, 2024.

3. Bruker will make Beth Nye available for a remote deposition on December 4, 2024.

4. 10x and Harvard withdraw their objections to Bruker's October 8, 2024, supplemental responses to interrogatories No. 6 and No. 17, including any objection that such responses were inadequately pleaded or disclosed.

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

Respectfully Submitted,

| | |
|---|---|
| RICHARDS, LAYTON & FINGER P.A.<br><br>/s/ Jason J. Rawnsley<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Alexandra M. Ewing (#6407)<br>Gabriela Z. Monasterio (#7240)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com<br>monasterio@rlf.com<br><br>*Of Counsel:*<br>Matthew D. Powers<br>Paul T. Ehrlich<br>William P. Nelson<br>Stefani C. Smith<br>Robert Gerrity<br>Li Shen<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br><br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Samantha A. Jameson<br>Ronald J. Pabis<br>Kiley White<br>Joanna R. Schacter<br>Parshad Brahmbhatt<br>TENSEGRITY LAW GROUP, LLP<br>1676 International Dr.<br>Suite 910<br>McLean, VA 22102<br><br>Marguerite M. Sullivan<br>Molly M. Barron<br>Christopher John Brown<br>Brian Barrows Goodell | Morris James LLP<br><br>/s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>Kdorsney@morrisjames.com<br>Chitch@morrisjames.com<br><br>Of Counsel:<br>Geoffrey M. Raux, Esq.<br>Ruben J. Rodrigues, Esq.<br>Michael J. Tuteur, Esq.<br>Sarah E. Rieger, Esq.<br>Lea Gulotta James, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>(617) 502-3284<br>(617) 502-3228<br>BOST-F-10Xv.Nanostring@foley.com<br><br>Sarah E. Rieger, Esq.<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>(414) 319-7101<br>BOST-F-10Xv.Nanostring@foley.com<br><br>Jarren N. Ginsburg, Esq.<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>(202) 295-4071<br>jginsburg@foley.com<br><br>***Attorneys for President and Fellows of Harvard College*** |

| | |
|---|---|
| Sahdia Khan<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br><br>Kelly Fayne<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br><br>10x_Harvard_NSTG_Service@tensegritylawgroup.com<br><br>***Attorneys for 10x Genomics, Inc.*** | |
| FARNAN LLP<br><br>*/s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>FARNAN LLP<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Of Counsel:*<br>Edward R. Reines<br>Derek C. Walter<br>Karnik F. Hajjar<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone: 650-802-3000<br>edward.reines@weil.com<br>derek.walter@weil.com<br>karnik.hajjar@weil.com<br><br>Amanda Branch<br>Christopher Pepe<br>Kristin Sanford<br>Anne Corbett | |

4

| | |
|---|---|
| John E. Scribner<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7000<br>amanda.branch@weil.com<br>christopher.pepe@weil.com<br>kristin.sanford@weil.com<br>anne.corbett@weil.com<br>John.Scribner@weil.com<br><br>Eric S. Hochstadt<br>Natalie C. Kennedy<br>Spencer Talbot<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>eric.hochstadt@weil.com<br>Natalie.Kennedy@weil.com<br>Spencer.Talbot@weil.com<br><br>Nanostring.10X@weil.com<br><br>Courtland L. Reichman<br>Savannah H. Carnes<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401<br>Fax: (650) 623-1449<br>creichman@reichmanjorgensen.com<br>scarnes@reichmanjorgensen.com<br><br>Sarah Jorgensen<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (202) 894-7310<br>sjorgensen@reichmanjorgensen.com<br><br>Christine E. Lehman<br>Adam Adler<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP | |

| | |
|---|---|
| 1909 K St, NW<br>Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>clehman@reichmanjorgensen.com<br>aadler@reichmanjorgensen.com<br><br>***Counsel for Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp.***<br><br>Dated: November 7, 2024 | |