IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs and counterclaim defendants,<br><br>   v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.,<br><br>      Defendants and counterclaim Plaintiffs. | C.A. No. 22-261-MFK |

**STIPULATION REGARDING DIVISION OF SUMMARY JUDGMENT AND DAUBERT MOTION PAGES AND
JOINT MOTION AND ORDER REGARDING PAGE LIMITS**

Pursuant to ¶ 15(c) of the Scheduling Order (D.I. 55), the parties hereby stipulate and agree to equally divide the cumulative pages for dispositive and *Daubert* briefing to each side, with an extra page allocated to the 10x and Harvard side to the extent the cumulative page limit is an odd number. The parties further stipulate and agree that each side may allocate its pages across its opening brief(s), opposition brief(s), and reply brief(s) as it chooses.

The parties also respectfully and jointly request permission to expand the cumulative pages limits for dispositive and *Daubert* briefing from 125 pages to 175 pages, consistent with the cumulative page limits permitted in the related *Vizgen* case. *See* Case No. 22-cv-595, Oral Order dated October 2, 2024.

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Bruker Nano, Inc.,
Bruker Spatial Biology, Inc.,
and Bruker Corp.*

DATED: February 12, 2025

/s/ Alexandra M. Ewing
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King St.
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

*Attorneys for 10x Genomics, Inc.*

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800

*Attorneys for President and Fellows of Harvard College*

IT IS SO ORDERED this 13th day of February, 2025.

_____
THE HONORABLE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT JUDGE