IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.,<br><br>Defendants. | C.A. No. 22-261-MFK |

**PLAINTIFF 10X GENOMICS, INC.'S AMENDED NOTICE OF DEPOSITION OF DR. MITCHELL GUTTMAN PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30(b)(1)**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1), counsel for Plaintiff 10x Genomics, Inc. will take the deposition listed below upon oral examination commencing at the date, time and location agreed upon by the parties; or according to an alternative location, date, and arrangements upon which counsel jointly agree.

The deposition will be taken live before an officer or other person authorized to administer oaths in the state in which the witness appears, and it will be recorded by videotape, audiotape, and stenographic means, including LiveNote or other real-time recording, for all purposes permissible under the Federal Rules of Civil Procedure and the Local Rules of this Court.

| Witness | Date | Start Time | Location |
|---|---|---|---|
| Dr. Mitchell Guttman | 2/25/25 | 9:00 AM PT | Foley & Lardner LLP<br>555 South Flower Street<br>Suite 3300, Los Angeles, CA 90071 |

1

Respectfully Submitted,

| | |
|---|---|
| *Of Counsel:* | RICHARDS, LAYTON & FINGER, P.A. |
| | |
| TENSEGRITY LAW GROUP LLP | */s/ Alexandra M. Ewing* |
| Matthew Powers | Frederick L. Cottrell, III (#2555) |
| Paul Ehrlich | Jason J. Rawnsley (#5379) |
| William P. Nelson | Alexandra M. Ewing (#6407) |
| Stefani Smith | Gabriela Z. Monasterio (#7240) |
| Robert Gerrity | 920 North King Street |
| Li Shen | Wilmington, DE 19801 |
| 555 Twin Dolphin Drive | (302) 651-7700 |
| Suite 650 | cottrell@rlf.com |
| Redwood Shores, CA 94065 | rawnsley@rlf.com |
| Tel: (650) 802-6000 | ewing@rlf.com |
| | monasterio@rlf.com |
| Azra M. Hadzimehmedovic | |
| Aaron M. Nathan | **Attorneys for Plaintiff 10x Genomics, Inc.** |
| Samantha Jameson | |
| Ronald J. Pabis | |
| Kiley White | |
| Joanna R. Schacter | |
| Parshad K. Brahmbhatt | |
| Grace Gretes | |
| 1676 International Dr. | |
| Suite 910 | |
| McLean, VA 22102 | |
| Tel: (650) 802-6000 | |

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Kelly Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

10x_Harvard_NSTG_Service@tensegritylawgroup.com

Dated: February 21, 2025