# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.,<br><br>Defendants. | C.A. No. 22-261-MFK<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Michael J. Tuteur is hereby withdrawn as counsel admitted *pro hac vice* for Plaintiff President and Fellows of Harvard College ("Harvard") in the above-captioned action. Morris James LLP and Foley & Lardner LLP will continue to represent Harvard.

Dated: March 6, 2025

                                             */s/ Kenneth L. Dorsney*
                                             Kenneth L. Dorsney (#3726)
                                             Cortlan S. Hitch (#6720)
                                             MORRIS JAMES LLP
                                             500 Delaware Avenue, Suite 1500
                                             Wilmington, DE 19801-1494
                                             (302) 888-6800
                                             kdorsney@morrisjames.com
                                             chitch@morrisjames.com

                                             *Attorneys for Plaintiff*
                                             *President and Fellows of Harvard College*

1