**Attachment A – Plaintiffs' Proposed Schedule**

| 10x/Harvard v. Bruker (261) Events Church Patents / Antitrust | Original Date | Proposed Modified Date (August 4 Trial) |
|---|---|---|
| Service of additional requested limited fact discovery | | 03/11/2025 |
| Responses to additional limited discovery requests | | 03/21/2025 |
| Close of Supplemental Fact Discovery Period | -- | 03/31/2025 |
| Supplemental Opening Expert Reports | -- | 04/11/2025 |
| Supplemental Rebuttal Expert Reports | -- | 04/25/2025 |
| Supplemental Reply Expert Reports | -- | 05/06/2025 |
| Expert Discovery Cutoff | 02/28/2025 | 05/16/2025 |
| Opening SJ + Daubert | 03/10/2025 | 05/23/2025 |
| Opp Briefs SJ + Daubert | 03/26/2025 | 06/06/2025 |
| Reply Briefs SJ + Daubert | 04/02/2025 | 06/13/2025 |
| MILs (14 days prior to PTC) | 04/23/2025 | 07/11/2025 |
| MIL Opps (7 days prior to PTC) | 04/30/2025 | 07/18/2025 |
| Pretrial Order (7 days prior to PTC) | 04/30/2025 | 07/18/2025 |
| Pretrial Conference (at the Court's convenience) | 05/07/2025 | 07/25/2025 |
| Trial (8 days) | 05/15/2025 – 05/26/2025 | 08/04/2025-08/13/2025 |