**Attachment B – Bruker's Proposed Schedule**

| 10x/Harvard v. Bruker (261) Events Church Patents / Antitrust | Original Date | Bruker's Proposed Modified Dates (August 25 Trial) |
|---|---|---|
| Bruker's Service of additional requested limited fact discovery | | 3/17/2025 |
| 10x's Responses to additional limited discovery requests | | 3/27/2025 |
| Close of Supplemental Fact Discovery Period | -- | 4/25/2025 |
| Bruker's Supplemental Opening Expert Reports | -- | 5/2/2025 |
| 10x's Supplemental Rebuttal Expert Reports | -- | 5/9/2025 |
| Bruker's Supplemental Reply Expert Reports | -- | 5/13/2025 |
| Expert Discovery Cutoff | 02/28/2025 | 05/16/2025 |
| Opening SJ + Daubert | 03/10/2025 | 05/23/2025 |
| Opp Briefs SJ + Daubert | 03/26/2025 | 6/13/2025 |
| Reply Briefs SJ + Daubert | 04/02/2025 | 6/21/2025 |
| MILs (14 days prior to PTC) | 04/23/2025 | 07/11/2025 |
| MIL Opps (7 days prior to PTC) | 04/30/2025 | 07/18/2025 |
| Pretrial Order (7 days prior to PTC) | 04/30/2025 | 07/18/2025 |
| Pretrial Conference (at the Court's convenience) | 05/07/2025 | 8/15/2025 |
| Trial (8 days) | 05/15/2025 – 05/26/2025 | 8/25/2025 |