IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.,<br><br>Defendants. | C.A. No. 22-261-MFK |

**REVISED SCHEDULING ORDER**

Pursuant to the Court's March 17, 2025 oral order (D.I. 520), the parties jointly submit the following proposed scheduling order in view of the August 6, 2025 trial date.

| 10x/Harvard v. Bruker (261) Events<br>Church Patents / Antitrust | Original Dates for May 15 Trial | Modified Proposed Dates for August 6 Trial |
|---|---|---|
| Service of additional requested limited party fact discovery | | 03/19/2025 |
| Responses to additional limited discovery requests | | 03/28/2025 |
| Close of Supplemental Fact Discovery Period | -- | 04/04/2025*<br>*This deadline assumes AWS timely complies with its subpoena, noticed at D.I. 518. |
| Supplemental Opening Expert Reports | -- | 04/18/2025 |
| Supplemental Rebuttal Expert Reports | -- | 05/02/2025 |
| Supplemental Reply Expert Reports | -- | 05/09/2025 |

1

| 10x/Harvard v. Bruker (261) Events<br>Church Patents / Antitrust | Original Dates for May 15 Trial | Modified Proposed Dates for August 6 Trial |
|---|---|---|
| Expert Discovery Cutoff | 02/28/2025 | 05/21/2025 |
| Opening briefs for dispositive motions and *Daubert* motions | 03/10/2025 | 05/30/2025 |
| Responsive briefs for dispositive motions and *Daubert* motions | 03/26/2025 | 06/13/2025 |
| Reply briefs for dispositive motions and *Daubert* motions | 04/02/2025 | 06/20/2025 |
| Opening Motions in Limine (≥14 days prior to PTC) | 04/23/2025 | 07/11/2025 |
| Responses to Motions in Limine (≥7 days prior to PTC) | 04/30/2025 | 07/18/2025 |
| Pretrial Order (≥7 days prior to PTC) | 04/30/2025 | 07/18/2025 |
| Pretrial Conference (at the Court's convenience) | 05/07/2025 | 07/28/2025 at 10:00 AM Central Time |
| Trial (8 days) | 05/15/2025 – 05/26/2025 | 08/06/2025-08/15/2025 |

| RICHARDS, LAYTON & FINGER P.A.<br><br>/s/ Jason J. Rawnsley<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Alexandra M. Ewing (#6407)<br>Gabriela Z. Monasterio (#7240)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com<br>monasterio@rlf.com<br><br>*Of Counsel:*<br>Matthew D. Powers | Morris James LLP<br><br>/s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>Kdorsney@morrisjames.com<br>Chitch@morrisjames.com<br><br>Of Counsel:<br>Geoffrey M. Raux, Esq.<br>Ruben J. Rodrigues, Esq.<br>Sarah E. Rieger, Esq.<br>Lea Gulotta James, Esq.<br>Foley & Lardner LLP |

| | |
|---|---|
| Paul T. Ehrlich<br>William P. Nelson<br>Stefani C. Smith<br>Robert Gerrity<br>Li Shen<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br><br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Samantha A. Jameson<br>Ronald J. Pabis<br>Kiley White<br>Joanna R. Schacter<br>Parshad Brahmbhatt<br>Grace Gretes<br>TENSEGRITY LAW GROUP, LLP<br>1676 International Dr.<br>Suite 910<br>McLean, VA 22102<br><br>10x_Harvard_NSTG_Service@tensegritylawgroup.com<br><br>Marguerite M. Sullivan<br>Molly M. Barron<br>Christopher John Brown<br>Brian Barrows Goodell<br>Sahdia Khan<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br><br>Kelly Fayne<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br><br>***Attorneys for 10x Genomics, Inc.*** | 111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>(617) 502-3284<br>(617) 502-3228<br>BOST-F-10Xv.Nanostring@foley.com<br><br>Sarah E. Rieger, Esq.<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>(414) 319-7101<br>BOST-F-10Xv.Nanostring@foley.com<br><br>Jarren N. Ginsburg, Esq.<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>(202) 295-4071<br>jginsburg@foley.com<br><br>Andrew M. Gross, Esq.<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>(312) 832-4532<br>BOST-F-10Xv.Nanostring@foley.com<br><br>***Attorneys for President and Fellows of Harvard College*** |

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Of Counsel:*
Karnik F. Hajjar
August Melcher
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: 650-802-3000
edward.reines@weil.com
derek.walter@weil.com
karnik.hajjar@weil.com
August.Melcher@weil.com

Amanda Branch
Christopher Pepe
Kristin Sanford
Anne Corbett
John E. Scribner
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
amanda.branch@weil.com
christopher.pepe@weil.com
kristin.sanford@weil.com
anne.corbett@weil.com
John.Scribner@weil.com

Eric S. Hochstadt
Natalie C. Kennedy
Spencer Talbot
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

eric.hochstadt@weil.com
Natalie.Kennedy@weil.com
Spencer.Talbot@weil.com

Nanostring.10X@weil.com

Courtland L. Reichman
Savannah H. Carnes
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
creichman@reichmanjorgensen.com
scarnes@reichmanjorgensen.com

Sarah Jorgensen
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (202) 894-7310
sjorgensen@reichmanjorgensen.com

Christine E. Lehman
Adam Adler
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K St, NW
Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
clehman@reichmanjorgensen.com
aadler@reichmanjorgensen.com

Edward R. Reines
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
ereines@jonesday.com

Derek C. Walter
JONES DAY
555 California Street

| | |
|---|---|
| 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>dwalter@jonesday.com<br><br>***Counsel for Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp.***<br><br>Dated: March 18, 2025 | |

      IT IS SO ORDERED this 18th day of March, 2025

                                                                                                               _____<br>
                                                                                      The Honorable Matthew F. Kennelly<br>
                                                                                      United States District Judge