# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiffs,<br><br>   v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.<br><br>   Defendant. | C.A. No. 22-261-MFK |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 19, 2025, true and correct copies of: (1) 10x Genomics, Inc.'s First Set of Supplemental Requests for Production to Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp. (Nos. 1-14); (2) 10x Genomics, Inc.'s Supplemental Notice of Deposition of Bruker Pursuant to Federal Rule of Civil Procedure 30(b)(6); and (3) this Notice of Service were caused to be served on the following counsel as indicated:

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | **BY ELECTRONIC MAIL**<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>Kdorsney@morrisjames.com<br>Chitch@morrisjames.com |

**BY ELECTRONIC MAIL**
Edward R. Reines
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
ereines@jonesday.com

**BY ELECTRONIC MAIL**
Derek C. Walter
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
dwalter@jonesday.com

**BY ELECTRONIC MAIL**
August Melcher
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: 650-802-3000
August.Melcher@weil.com

**BY ELECTRONIC MAIL**
Courtland L. Reichman
Savannah H. Carnes
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
RJ_Bruker-10X@reichmanjorgensen.com

**BY ELECTRONIC MAIL**
Christine E. Lehman
Adam Adler
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K St, NW
Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
RJ_Bruker-10X@reichmanjorgensen.com

**BY ELECTRONIC MAIL**
Sarah E. Rieger, Esq.
Kate E. Gehl, Esq
Ian T. Hampton, Esq.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 319-7101
BOST-F-10Xv.Nanostring@foley.com

**BY ELECTRONIC MAIL**
Geoffrey M. Raux, Esq.
Ruben J. Rodrigues, Esq.
Michael J. Tuteur, Esq.
Lea Gulotta James, Esq.
John W. Custer, Esq.
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
(617) 502-3284
(617) 502-3228
BOST-F-10Xv.Nanostring@foley.com

**BY ELECTRONIC MAIL**
Jarren N. Ginsburg, Esq.
Alan D. Rutenberg, Esq.
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4071
BOST-F-10Xv.Nanostring@foley.com

*Attorneys for Plaintiff President and Fellows of Harvard College*

**BY ELECTRONIC MAIL**
Sarah Jorgensen
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (202) 894-7310
RJ_Bruker-10X@reichmanjorgensen.com

*Counsel for Bruker Spatial Biology, Inc. and Bruker Nano, Inc.*

| | |
|---|---|
| *Of Counsel:* | RICHARDS, LAYTON & FINGER, P.A. |
| TENSEGRITY LAW GROUP LLP | */s/ Alexandra M. Ewing* |
| Matthew Powers | Frederick L. Cottrell, III (#2555) |
| Paul Ehrlich | Jason J. Rawnsley (#5379) |
| William P. Nelson | Alexandra M. Ewing (#6407) |
| Stefani Smith | Gabriela Z. Monasterio (#7240) |
| Robert Gerrity | 920 North King Street |
| Li Shen | Wilmington, DE 19801 |
| 555 Twin Dolphin Drive | (302) 651-7700 |
| Suite 650 | cottrell@rlf.com |
| Redwood Shores, CA 94065 | rawnsley@rlf.com |
| Tel: (650) 802-6000 | ewing@rlf.com |
| | monasterio@rlf.com |
| Azra M. Hadzimehmedovic | |
| Aaron M. Nathan | **Attorneys for 10x Genomics, Inc.** |
| Samantha Jameson | |
| Ronald J. Pabis | |
| Kiley White | |
| Joanna R. Schacter | |
| Parshad K. Brahmbhatt | |
| Grace Gretes | |
| 1676 International Dr. | |
| Suite 910 | |
| McLean, VA 22102 | |
| Tel: (650) 802-6000 | |

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Kelly Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

10x_Harvard_NSTG_Service@tensegritylawgroup.com

Dated: March 19, 2025