IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.,<br><br>Defendants. | C.A. No. 22-261-MFK |

### 10X GENOMICS, INC.'S NOTICE OF AMENDED SUBPOENA TO DR. PARAMBIR S. DULAI

**PLEASE TAKE NOTICE** that, pursuant to pursuant to Federal Rule of Civil Procedure 45, the subpoena attached as Exhibit 1 (with Attachments A-B) will be served on Dr. Parambir S. Dulai.

Respectfully Submitted,

*Of Counsel:*
Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Stefani C. Smith
Robert Gerrity
Li Shen
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Ronald J. Pabis
Kiley White
Joanna R. Schacter

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Gabriela Z. Monasterio*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
Gabriela Z. Monasterio (#7240)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

***Attorneys for Plaintiff 10x Genomics, Inc.***

1

Parshad K. Brahmbhatt
Grace Gretes
TENSEGRITY LAW GROUP, LLP
1676 International Dr.
Suite 910
McLean, VA 22102

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Kelly Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

10x_Harvard_NSTG_Service@tensegritylawgroup.com

***Attorneys for Plaintiff 10x Genomics, Inc.***

Dated: April 1, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2025, copies of the foregoing were served upon the following parties as indicated below:

| | |
|---|---|
| Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>FARNAN LLP<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Edward R. Reines<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>ereines@jonesday.com<br><br>Derek C. Walter<br>JONES DAY<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>dwalter@jonesday.com<br><br>August Melcher<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone: 650-802-3000<br>August.Melcher@weil.com<br><br>Courtland L. Reichman<br>Savannah H. Carnes<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401<br>Fax: (650) 623-1449<br>creichman@reichmanjorgensen.com | **Via E-mail**<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>creichman@reichmanjorgensen.com<br>scarnes@reichmanjorgensen.com<br>sjorgensen@reichmanjorgensen.com<br>clehman@reichmanjorgensen.com<br>aadler@reichmanjorgensen.com<br>dking@reichmanjorgensen.com<br>RJ_Bruker-10X@reichmanjorgensen.com<br>myohannes@reichmanjorgensen.com<br>ereines@jonesday.com<br>dwalter@jonesday.com<br>August.Melcher@weil.com |

| | |
|---|---|
| scarnes@reichmanjorgensen.com<br><br>Sarah Jorgensen<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (202) 894-7310<br>sjorgensen@reichmanjorgensen.com<br><br>Christine E. Lehman<br>Adam Adler<br>David King<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K St, NW<br>Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>clehman@reichmanjorgensen.com<br>aadler@reichmanjorgensen.com<br>dking@reichmanjorgensen.com<br><br>***Counsel for Defendants Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp.*** | |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>Kdorsney@morrisjames.com<br>Chitch@morrisjames.com<br><br>Geoffrey M. Raux, Esq.<br>Ruben J. Rodrigues, Esq.<br>Lea Gulotta James, Esq.<br>Amani S. Kmeid, Esq.<br>Lucas I. Silva, Esq.<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>(617) 502-3284<br>(617) 502-3228 | **Via E-mail**<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br>BOST-F-10Xv.Nanostring@foley.com |

| | |
|---|---|
| BOST-F-10Xv.Nanostring@foley.com<br><br>Sarah E. Rieger, Esq.<br>Kate E. Gehl, Esq<br>Ian T. Hampton, Esq.<br>Sydney K. Hecimovich, Esq.<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>(414) 319-7101<br>BOST-F-10Xv.Nanostring@foley.com<br><br>Jarren N. Ginsburg, Esq.<br>Alan D. Rutenberg, Esq.<br>FOLEY & LARDNER LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>(202) 295-4071<br>BOST-F-10Xv.Nanostring@foley.com<br><br>Andrew M. Gross, Esq.<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>(312) 832-4532<br>BOST-F-10Xv.Nanostring@foley.com<br><br>***Attorneys for Plaintiff President and Fellows of Harvard College*** | |

                                                                                                */s/ Gabriela Z. Monasterio*
                                                                                                 Gabriela Z. Monasterio (#7240)