IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                Plaintiffs,<br>   v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.<br><br>                Defendants. | C.A. No. 22-cv-261-MFK<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that August Melcher, counsel to Defendants Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp., are now affiliated with Jones Day. His new contact information is:

August Melcher
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
amelcher@jonesday.com

Dated: April 4, 2025

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)

Jones Day
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 739-3939
ereines@jonesday.com

Derek C. Walter (admitted *pro hac vice*)
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
dwalter@jonesday.com

*Attorneys for Defendants*