IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP.,<br><br>Defendants. | C.A. No. 22-261-MFK |

**ORDER GRANTING 10X GENOMICS, INC.'S
MOTION TO MODIFY THE STIPULATED AMENDED PROTECTIVE ORDER**

The Court, having considered Plaintiff 10x Genomics, Inc.'s Motion to Modify the Stipulated Amended Protective Order (the "Motion"), all supporting evidence, and Defendant Bruker's non-opposition in its submission dated April 23, 2025, is of the opinion that the Motion should be GRANTED IN ITS ENTIRETY.

IT IS HEREBY ORDERED THAT:

1. The Protective Order (D.I. 315) is modified to allow the identification and description of materials for use in the Unified Patent Court ("UPC") proceeding.

2. The parties shall comply with the following procedure for the making of requests to the Court to allow the parties to seek permission to identify documents and requests in the UPC proceeding:

| Event | Deadline |
|---|---|
| 10x and Harvard will provide Bruker a list of up to 20 documents that 10x and Harvard would like to seek permission from the Court | Within 5 business days after entry of order |

| | |
|---|---|
| to identify in a request for production in the UPC proceeding.<br><br>Bruker will provide 10x and Harvard a list of up to 20 documents that Bruker would like to seek permission from the Court to identify in a request for production in the UPC proceeding.<br><br>To the extent any party intends to identify such documents in a request to the UPC using anything other than the document production number (e.g., any description of the document or its contents), such proposed descriptions must be included in the document list. | |
| The party receiving the list will provide, if any, objections in writing, including the specific grounds for the objections. | Within 3 business days of receipt of list |
| Parties will meet and confer if there are any disputes. | Within 3 business days of receipt of objections |
| The parties will submit the list of agreed-upon documents to the Court and/or seek relief from the Court via the discovery procedures set forth in paragraph 8(g) of the Scheduling Order. | Within 5 business days of meet and confer |

**SO ORDERED.**

Dated: 4/23/2025

_____
The Honorable Matthew F. Kennelly
United States District Judge