# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>    v.<br><br>BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., and BRUKER CORP.,<br><br>      Defendants. | C.A. No. 22-261-MFK |

## STIPULATION OF DISMISSAL

PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs, 10x Genomics, Inc. and President and Fellows of Harvard College, and the defendants, Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp., hereby stipulate and agree to dismiss this action, including any and all claims and counterclaims asserted in this action, WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Jason J. Rawnsley*<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Alexandra M. Ewing (#6407)<br>Gabriela Z. Monasterio (#7240)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com<br>monasterio@rlf.com | FARNAN LLP<br><br>*/s/ Michael J. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |

*Of Counsel*:

Matthew Powers
Paul Ehrlich
Stefani Smith
William P. Nelson
Li Shen
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
(650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha Jameson
Ronald J. Pabis
Kiley White
Joanna R. Schacter
Grace Gretes
TENSEGRITY LAW GROUP LLP
1676 International Drive
Suite 910
McLean, VA 22102-3848
(650) 802-6000

10x_NSTG_Service@tensegritylawgroup.com

*Attorneys for Plaintiff 10x Genomics, Inc.*

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Of Counsel*:

Geoffrey M. Raux
Ruben J. Rodrigues
Amani S. Kmeid
Lea Gulotta James
FOLEY & LARDNER LLP

*Of Counsel*:

Edward R. Reines
Concord Cheung
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
ereines@jonesday.com
concordcheung@jonesday.com

Derek C. Walter
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939
dwalter@jonesday.com

Christine E. Lehman
Adam Adler
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800,
Washington, DC 20006
(202) 894-7310
Bruker-10X@reichmanjorgensen.com

Sarah Jorgensen
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300,
Atlanta, GA 30309
(404) 609-1040

Courtland L. Reichman
Savannah H. Carnes
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300,
Redwood Shores, CA 94065
(650) 623-1401

*Attorneys for Defendants*

111 Huntington Avenue, Suite 2500
Boston, MA 02199
(617) 502-3284
BOST-F-10Xv.Nanostring@foley.com

Sarah E. Rieger
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 319-7101
BOST-F-10Xv.Nanostring@foley.com

Jarren N. Ginsburg
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4071
jginsburg@foley.com

Andrew M. Gross
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4532
BOST-F-10Xv.Nanostring@foley.com

*Attorneys for Plaintiff President and Fellows of Harvard College*

May 13, 2025

**IT IS SO ORDERED.**

Dated: May 13, 2025

/s/ Matthew F. Kennelly
UNITED STATES DISTRICT JUDGE